**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Imperial Plastics, Incorporated** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-1857952** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **c/o Ballard Spahr LLP** **2000 IDS Center, 80 S. 8th St.** **Minneapolis, MN 55402** | **c/o 12400 Coit Road, Ste. 900** **Dallas, TX 75251** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hennepin** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor   **Imperial Plastics, Incorporated**                                       Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _3261_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor    **Imperial Plastics, Incorporated**                                    Case number (*if known*) _____
         Name

---

**11.  Why is the case filed in**          *Check all that apply:*
     ***this district?***

     ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
          preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**     ■ No
     **have possession of any**
     **real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**
                                     **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                         What is the hazard? _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                         livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐ Other _____

                                     **Where is the property?** _____
                                                               Number, Street, City, State & ZIP Code

                                     **Is the property insured?**

                                     ☐ No

                                     ☐ Yes.   Insurance agency  _____

                                               Contact name     _____

                                               Phone            _____

---

■    **Statistical and administrative information**

**13.  Debtor's estimation of**     .     *Check one:*
     **available funds**
                                     ☐ Funds will be available for distribution to unsecured creditors.

                                     ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ☐ 1-49                    ■ 1,000-5,000            ☐ 25,001-50,000
     **creditors**              ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                                ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                                ☐ 200-999

---

**15.  Estimated Assets**       ☐ $0 - $50,000                   ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000             ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ■ $100,001 - $500,000            ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**  ☐ $0 - $50,000                   ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000             ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (*if known*) |
| | Name | |

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/20/2020
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Timothy Hassenger**
Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

X    **/s/ George H. Singer**
Signature of attorney for debtor

Date    **08/20/2020**
MM / DD / YYYY

**George H. Singer**
Printed name

**Ballard Spahr LLP**
Firm name

**2000 IDS Center, 80 S. 8th St.**
**Minneapolis, MN 55402**
Number, Street, City, State & ZIP Code

Contact phone    **(612) 371-3211**    Email address    **singerg@ballardspahr.com**

**0262043 MN**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Imperial Plastics, Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    **See attached Addendum.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/20/2020          X _____
                                   Signature of individual signing on behalf of debtor

                                   **Timothy Hassenger**
                                   Printed name

                                   **Chief Restructuring Officer**
                                   Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Imperial Plastics, Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $        **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $     **319,385.35**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $     **319,385.35**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $   **19,040,550.77**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $       **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$   **7,713,404.57**

4.    **Total liabilities** ..............................................................................................................................
    Lines 2 + 3a + 3b

| $   **26,753,955.34** |
| --- |

**Fill in this information to identify the case:**

Debtor name    **Imperial Plastics, Incorporated**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **BMO Harris Bank** | **Operating Account** | 4247 | **$77,237.53** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | **$77,237.53** |

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. **See attached Addendum (Prepaid Expenses and Deposits)** | **$242,147.82** |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Imperial Plastics, Incorporated** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$242,147.82

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **The company owns the stock of its subsidiary, "GBR Holding Corp".** | 100 % | N/A | $0.00 |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Imperial Plastics, Incorporated** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** "imperialplastics.com" was the company's official website. | **$0.00** | **N/A** | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Imperial Plastics, Incorporated** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $77,237.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $242,147.82 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $319,385.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $319,385.35 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    **Imperial Plastics, Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |
| **2.1** **Ankura Trust Company, LLC** <br> Creditor's Name <br><br> **(as agent)** <br> **140 Sherman Street, 4th Floor** <br> **Fairfield, CT 06824** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **06/25/2019** <br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes. Specify each creditor, including this creditor and its relative priority. <br> **1. MidCap Funding IV Trust** <br> **2. Ankura Trust Company, LLC** | **Describe debtor's property that is subject to a lien** <br> **All assets** <br><br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☐ No <br> ☒ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $11,522,585.69 | $0.00 |
| **2.2** **MidCap Funding IV Trust** <br> Creditor's Name <br><br> **(as agent)** <br> **7255 Woodmount Avenue, Ste 200** <br> **Bethesda, MD 20814** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** | **Describe debtor's property that is subject to a lien** <br> **All assets** <br><br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $7,517,965.08 | $0.00 |

| Debtor | **Imperial Plastics, Incorporated** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $19,040,550.77 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **MidCap Funding IV Trust (as agent)** | Line  2.1 | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **Imperial Plastics, Incorporated**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**1777 OAKDALE PROPERTY LLC**<br>**C/O AVI LEVI**<br>**1689 OAKDALE AVENUE, SUITE #102**<br>**WEST ST. PAUL, MN 55118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**1ST PRIORITY SERVICES INC**<br>**PO BOX 730440**<br>**DALLAS, TX 75373-0440**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**2 POINT 2 TOOL**<br>**PO BOX 1291**<br>**LAKEVILLE, MN 55044**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $78,076.09 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**20 20 CUSTOM MOLDED PLASTICS**<br>**14620 SELWYN DRIVE**<br>**HOLIDAY CITY, OH 43543**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3D SOLUTIONS INC**
**3530 - 88TH AVE. NE**
**BLAINE, MN 55014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3M COMPANY**
**PO BOX 33121**
**ST PAUL, MN 55133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A & A SEPTIC SERVICE LLC**
**1786 SHERWOOD ST**
**MORA, MN 55051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A H HERMEL COMPANY**
**P.O. BOX 447**
**MANKATO, MN 56002-0447**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A LOCKSMITH**
**1105 ADAMS STREET**
**MANKATO, MN 56001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A1 ENGINEERING**
**9506 FOLEY BLVD**
**COON RAPIDS, MN 55433**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARON MURRAY**
**610 PARK AVENUE**
**P.O. BOX 194**
**SANDSTONE, MN 55072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARON PETERSON TRUCKING**
**42233 ARLONE ROAD**
**HINCKLEY, MN 55037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AARON WILLIAMS**
**6708 570TH STREET**
**PINE CITY, MN 55063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACC PLASTICS MACHINERY**
**CORPORATION**
**48 WEST SHORE ROAD**
**MOUNTAIN LAKES, NJ 07046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACCESS PACKAGING INC**
**PO BOX 11**
**HASTINGS, MN 55033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACCOUNTING PRINCIPALS INC**
**DEPT CH 14031**
**PALATINE, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACCURATE COLOR & COMPOUNDING**
**1666 DEARBORN AVENUE**
**AURORA, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,524.56 |
|---|---|---|---|

**ACCURATE COMPONENT SALES**
**SDS 12-1957**
**PO BOX 86**
**MINNEAPOLIS, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

**ACCURATE PRODUCTS INC**
**4645 N RAVENSWOOD AVENUE**
**CHICAGO, IL 60640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.20** | Nonpriority creditor's name and mailing address

**ACD LLC**
**2321 SO. PULLMAN ST.#H**
**SANTA ANA, CA 92705-5506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.21** | Nonpriority creditor's name and mailing address

**ACE HARDWARE**
**43 UNION STREET NORTH**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$429.61**

---

**3.22** | Nonpriority creditor's name and mailing address

**ACE HARDWARE & PAINT**
**PO BOX 1281**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$446.09**

---

**3.23** | Nonpriority creditor's name and mailing address

**ACROMAT**
**806 8TH STREET**
**GOTHENBURG, NE 69138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.24** | Nonpriority creditor's name and mailing address

**ACROTECH OF MINNESOTA**
**5140 MOUNDVIEW DRIVE**
**RED WING, MN 55066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**ACRYLIC DESIGN**
**NW 7778PO BOX 1450**
**MINNEAPOLIS, MN 55485-7778**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**

**ACTION PLUS SIGN COMPANY**
**6955 146TH STREET**
**APPLE VALLEY, MN 55124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**ADAMS MAGNETIC PRODUCTS COMPANY**
**888 LARCH AVENUE**
**ELMHURST, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**ADP INC**
**1851 N RESLER DRIVE MS-100**
**EL PASO, TX 79912**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**ADVANCED COATING SYSTEMS**
**2258 TERMINAL ROAD**
**ROSEVILLE, MN 55113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**ADVANCED INSPECTION SERVICES**
**15150 25TH AVE N**
**SUITE 200**
**MINNEAPOLIS, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,125.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**ADVANCED MACHINING AND AUTOMATION**
**1505 W BARTON LANE**
**MOUNT PLEASANT, IA 52641**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**ADVANCED PACKAGING AND PLASTICS**
**7177 COMMERCE CIRCLE WEST**
**FRIDLEY, MN 55432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,080.48**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADVANCED POLYMER ALLOYS**
**24089 NETWORK PLACE**
**CHICAGO, IL 60673-1240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADVANTAGE COATING INC**
**884 ARBOR DRIVE**
**CHASKA, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADVANTAGE ELECTRONICS**
**PO BOX 407**
**GREENWOOD, IN 46143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,029.00 |
|---|---|---|---|

**ADVANTAGE ENGINEERING INC**
**2461 RELIABLE PARKWAY**
**CHICAGO, IL 60686-0024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AECOM TECHNICAL SERVICES**
**AN AECOM COMPANY**
**1178 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AERO MATERIAL HANDLING**
**103 PLEASANT STREET**
**ANOKA, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,786.90 |
|---|---|---|---|

**AEROTEK COMMERCIAL STAFFING**
**PO BOX 198531**
**ATLANTA, GA 30384-8531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AFI INDUSTRIES**
**PO BOX 846**
**BEDFORD PARK, IL 60499-0846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AGC NETWORKS INC**
**945 BROADWAY ST NE, SUITE 100**
**MINNEAPOLIS, MN 55413-1471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AGGRESSIVE HYDRAULICS INC**
**18800 ULYSSES STREET NE**
**PO BOX 187**
**CEDAR, MN 55011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AGRI INDUSTRIAL PLASTICS CO**
**301 NORTH 22ND ST**
**FAIRFIELD, IA 52556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$920.98**

**AGRITEK INDUSTRIES dba LAKE MICHIGAN WIR**
**LAKE MICHIGAN WIRE TECHNOLOGIES**
**4211 HALLACY DR.**
**HOLLAND, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AILCO EQUIPMENT FINANCE GROUP INC**
**W222N833 CHEANEY RD**
**WAUKESHA, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,223.53**

**AIR AUTOMATION**
**230 COMMERCE CIRCLE S**
**FRIDLEY, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIR CLEANING TECHNOLOGY**
**13310 INDUSTRIAL PARK BLV**
**SUITE 195**
**PLYMOUTH, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIR ENGINEERING AND SUPPLY**
**7521 COMMERCE LANE NE**
**PO BOX 32397**
**FRIDLEY, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIR HYDRAULIC SYSTEMS INC**
**P.O. BOX 8660351**
**MINNEAPOLIS, MN 55486-0351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $393.86 |
|---|---|---|---|

**AIR LAKE MACHINE & WELDING**
**21710 GRENADA AVENUE**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIR LAND TRANSPORT SERVICE**
**PO BOX 968**
**1020 WEST BIRCHWOOD AVE.**
**MORTON, IL 61550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AIRCORPS LLC**
**2230 TERMINAL ROAD**
**ST. PAUL, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,640.10 |
|---|---|---|---|

**AIRGAS NORTH CENTRAL**
**PO BOX 734445**
**CHICAGO, IL 60673-4445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address

**AIRLAKE AUTOMOTIVE REPAIR**
**21155 HAMBURG AVE**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address

**AIRLAKE TRUCK SERVICE LLC**
**21225 HAMBURG AVE**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address

**AIRMITE DEVICES INC**
**608 LONG LAKE**
**ROUND LAKE, IL 60073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address

**AIRTECH THERMEX INC**
**4918 W. 35TH ST.**
**ST. LOUIS PARK, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$7,544.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address

**AK MATERIAL HANDLING SYSTEMS**
**8630 MONTICELLO LANE NORTH**
**MAPLE GROVE, MN 55369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address

**ALAN EDEL OIL SERVICE**
**6965 DENNISON BLVD**
**NORTHFIELD, MN 55057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address

**ALAN LUPTON ASSOCIATES INC**
**343 N. MAIN STREET**
**SUITE 201**
**CANANDAIGUA, NY 14424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.61**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| **ALBA ENTERPRISES**<br>**2730 MONTEREY STREET**<br>**SUITE 103**<br>**TORRANCE, CA 90503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

$0.00

---

**3.62**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| **ALBANY STEEL & BRASS CORP**<br>**6784 EAGLE WAY**<br>**CHICAGO, IL 60678-1678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

$0.00

---

**3.63**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| **ALEX AIR APPARATUS INC**<br>**11897 CO. RD. 87 SE**<br>**ALEXANDRIA, MN 56308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.64**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| **ALEX EBERHARDT**<br>**17 UNION STREET**<br>**APT. 4**<br>**MORA, MN 55051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.65**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| **ALEXANDER & ASSOCIATES**<br>**2751 HENNEPIN AVENUE**<br>**SUITE 307**<br>**MINNEAPOLIS, MN 55408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.66**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| **ALIGNEX INC**<br>**7200 METRO BLVD.**<br>**EDINA, MN 55439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.67**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |
| **ALL AMERICAN TOWING**<br>**465 POPLAR STREET**<br>**MANKATO, MN 56001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

| Debtor | **Imperial Plastics, Incorporated** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALL COVERED**
**DEPT. 33163**
**P.O. BOX 39000**
**SAN FRANCISCO, CA 94139-3163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALL FREIGHT SERVICES**
**5311 SCHNEIDER RD**
**NEWBURGH, IN 47630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALL POINTS CAPITAL CORP**
**PO BOX 3071**
**HICKSVILLE, NY 11802-3071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALL WORLD MACHINERY SUPPLY**
**6164 ALL WORLD WAY**
**ROSCOE, IL 61073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLEGHENY MATERIAL HANDLING INC**
**2301 DUSS AVENUE**
**BUILDING 14**
**AMBRIDGE, PA 15003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALLIANCE POLYMERS AND SERVICES**
**30735 CYPRESS ROAD SUITE 400**
**ROMULUS, MI 48174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,211.94 |
|---|---|---|---|

**ALLIED ELECTRONICS**
**ACCTS RECEIVABLE DEPT**
**PO BOX 2325**
**FORT WORTH, TX 76113-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALLINA HEALTH**
**NW 629601 PO BOX 1450**
**MINNEAPOLIS, MN 55485-6296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALLSTATE SALES & LEASING**
**P.O. BOX 270710**
**MINNEAPOLIS, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALLTECH ENGINEERING CORP**
**2515 PILOT KNOB ROAD**
**MENDOTA HEIGHTS, MN 55120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALPI USA INC**
**700 NICHOLAS BOULEVARD SUITE 411**
**ELK GROVE VILLAGE, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALS LOCK & KEY**
**20374 EAVES WAY**
**FARMINGTON, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALTHOFF & NORDQUIST LLC**
**505 SECOND STREET**
**PINE CITY, MN 55063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,859.81**

**AMCO POLYMERS LLC**
**P.O. BOX 935387**
**ATLANTA, GA 31193-5387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN DOOR WORKS**
2150 FRONTAGE RD S
WAITE PARK, MN 56387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN FLEXIBLE PRODUCTS INC**
124 PEAVEY CIRCLE
CHASKA, MN 55318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN GENERAL LIFE INSURANCE CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICAN LABEL & TAG INC**
PO BOX 85488
WESTLAND, MI 48185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERICRAFT CARTON INC**
PO BOX 83209
CHICAGO, IL 60691-0209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERIPRIDE LINEN & APPAREL**
PO BOX 3100
BEMIDJI, MN 56619-3100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMERISTAR MFG INC**
2600 9TH AVENUE
MANKATO, MN 56001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMPACET CORPORATION**
**24426 NETWORK PLACE**
**CHICAGO, IL 60673-1244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMS INC**
**9248 230TH ST. N.**
**FOREST LAKE, MN 55025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMY HENDRY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANA BRIONES**
**14750 W. BURNSVILLE PKWY.**
**LOT 122**
**BURNSVILLE, MN 55306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,790.00 |
|---|---|---|---|

**ANCHOR PAPER CO**
**480 BROADWAY STREET**
**ST PAUL, MN 55101-2410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDERBERG INNOVATIVE PRINT**
**SOLUTIONS**
**6999 OXFORD STREET**
**ST LOUIS PARK, MN 55426-4507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANDERSON & KOCH FORD INC**
**5577 ST. CROIX TRAIL**
**PO BOX 158**
**NORTH BRANCH, MN 55056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.96** | Nonpriority creditor's name and mailing address

**ANDERSON ASSOCIATES SERVICE**
**200 OLD COUNTY CIRCLE**
**SUITE 116**
**WINDSOR LOCKS, CT 06096**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$553.40**

---

**3.97** | Nonpriority creditor's name and mailing address

**ANDERSON AUTOMATICS INC**
**6401 WELCOME AVENUE NORTH**
**MINNEAPOLIS, MN 55429-2092**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.98** | Nonpriority creditor's name and mailing address

**ANDERSON COPPER & BRASS**
**LOCK BOX 98138**
**CHICAGO, IL 60693**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.99** | Nonpriority creditor's name and mailing address

**ANDERSON KEITH A**
**1020 E MAPLE AVE**
**MORA, MN 55051**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100** | Nonpriority creditor's name and mailing address

**ANDY CRISMAN**
**2959 HORNET STREET**
**MORA, MN 55051**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101** | Nonpriority creditor's name and mailing address

**ANGELA FISCHER**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102** | Nonpriority creditor's name and mailing address

**ANGIE JOHNSON**
**26248 RIVERVIEW DRIVE**
**MORA, MN 55052**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ANGIE ZRIBI**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ANGLE INDUSTRIES INC**
**560 MAPLE STREET**
**PO BOX 678**
**BALDWIN, WI 54002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ANKURA TRUST COMPANY**
**214 NORTH MAIN STREET**
**CONCORD, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ANTHONY GERLACH**
**541 WESTVIEW DRIVE**
**APT. 207**
**HASTINGS, MN 55033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**APACHE HOSE & RUBBER**
**PO BOX 1802**
**CEDAR RAPIDS, IA 52406-1802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**APG MEDIA OF SO MINNESOTA LLC**
**514 CENTRAL AVENUE**
**FARIBAULT, MN 55021-4304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**API SUPPLY LIFTS**
**624 ARTHUR ST**
**MINNEAPOLIS, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

APICS
PO BOX 4050
CAROL STREAM, IL 60197-4050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

APP BUDDY
DEPT CH 17384
PALATINE, IL 60055-7384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,065.00**

APPLE VALLEY MEDICAL CLINIC
14655 GALAXIE AVENUE
APPLE VALLEY, MN 55124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

APPLIED GD&T, LLC
PO BOX 367
ST. MICHAEL, MN 55376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

APPLIED INDUSTRIAL TECHNOLOGIES
22510 NETWORK PLACE
CHICAGO, IL 60673-1225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,090.00**

APPLIED PLASTICS COMPANY INC
7320 S 6TH ST
OAK CREEK, WI 53154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

APPLIED POWER PRODUCTS, INC
1240 TRAPP ROAD
EAGAN, MN 55121-1217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**APPLIED PRODUCTS**
**3208 MOMENTUM PLACE**
**CHICAGO, IL 60689-5332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,853.00 |
|---|---|---|---|

**APPRO DEVELOPMENT**
**21476 GRENADA  AVENUE**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**APT CNC INC**
**320 E INDUSTRIAL ST**
**KASOTA, MN 56050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARC IRRIGATION**
**330 N EMERSON ST**
**CAMBRIDGE, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARCTIC CAT**
**600 BROOKS AVENUE SOUTH**
**THIEF RIVER FALLS, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,520.00 |
|---|---|---|---|

**ARKEMA INC**
**DEPT-3822**
**PO BOX 123822**
**DALLAS, TX 75312-3822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARLINGTON MACHINERY**
**2020 ESTES AVENUE**
**ELK GROVE VILLAGE, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ARMOLOY OF ILLINOIS INC**
**118 SIMONDS AVENUE**
**DEKALB, IL 60115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ARMORY CAPITAL**
**100 WEST UNIVERSITY AVENUE**
**4TH FLOOR**
**CHAMPAIGN, IL 61820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ARMSTRONG ROOFING AND**
**CONSTRUCTION**
**26360 RUM RIVER DRIVE NW**
**ISANTI, MN 55040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ARROW CRYOGENICS INC**
**1671-93RD LANE N.E.**
**BLAINE, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ARROW TOOL**
**2564 HWY 70**
**BRAHAM, MN 55066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ART PAPE TRANSFER, INC.**
**1080 E 12TH ST**
**DUBUQUE, IA 52001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222,199.56**

**ASAHI KASEI PLASTICS**
**DEPT # 77600**
**PO BOX #77000**
**DETROIT, MI 48277-7600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ASCENTIS GROUP
11040 MAIN STREET SUITE 101
BELLEVUE, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ASHAPURI MAA LLC dba AMERICINN
1877 FRONTAGE ROAD
MORA, MN 55051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ASHTABULA RUBBER CO
PO BOX 398
ASHTABULA, OH 44005-0398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ASHWORTH AUDIO & ELECT
1855 FRONTAGE ROAD
MORA, MN 55051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ASLIS
5801 DULUTH STREET
SUITE 106
GOLDEN VALLEY, MN 55422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ASPEN RESEARCH CORP
8401 JEFFERSON HIGHWAY
MAPLE GROVE, MN 55369

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ASPEN STORAGE
PATRICK R MASTEY
2759 CLEARWATER ROAD
ST CLOUD, MN 56301-5952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **ASSOCIATED BAG** | ☐ Contingent | |
| | **PO BOX 8820** | ☐ Unliquidated | |
| | **CAROL STREAM, IL 60197-8820** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $544.43 |
| | **ASSOCIATED INTEGRATED SUPPLY CHAIN SOLUT** | ☐ Contingent | |
| | **7954 SOLUTION CENTER** | ☐ Unliquidated | |
| | **CHICAGO, IL 60677-7009** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **ASSOCIATED SPRING RAYMOND** | ☐ Contingent | |
| | **DEPT CH 14115** | ☐ Unliquidated | |
| | **PALATINE, IL 60055-4115** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **ASTLEFORD INTERNATIONAL** | ☐ Contingent | |
| | **12541 DUPONT AVENUE SO** | ☐ Unliquidated | |
| | **BURNSVILLE, MN 55337** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,709.32 |
| | **ASTON CARTER, INC.** | ☐ Contingent | |
| | **3689 COLLECTION CENTER DRIVE** | ☐ Unliquidated | |
| | **CHICAGO, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.45 |
| | **AT&T MOBILITY** | ☐ Contingent | |
| | **PO BOX 6463** | ☐ Unliquidated | |
| | **CAROL STREAM, IL 60197-6463** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36,498.77 |
| | **ATLAS STAFFING IN** | ☐ Contingent | |
| | **102 E. LAKE STREET** | ☐ Unliquidated | |
| | **MINNEAPOLIS, MN 55408** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

**3.145** Nonpriority creditor's name and mailing address
ATRIX INTERNATIONAL INC
1350 LARC INDUSTRIAL BLVD
BURNSVILLE, MN 55337

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.146** Nonpriority creditor's name and mailing address
ATS, INC
LBX 7130
PO BOX 1450
MINNEAPOLIS, MN 55485

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.147** Nonpriority creditor's name and mailing address
AUBRIGHT INC
6305 GLENN CARLSON DRIVE
ST. CLOUD, MN 56301

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.148** Nonpriority creditor's name and mailing address
AURELIUS MFG. CO., INC
PO BOX 508
BRAHAM, MN 55006

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.149** Nonpriority creditor's name and mailing address
AURORA PLASTICS dba ELASTOCON TPE
TECHNO
140 LEOMINSTER-SHIRLEY ROAD   SUTIE
100
LUNENBURG, MA 01462

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $3,717.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.150** Nonpriority creditor's name and mailing address
AURORA PLASTICS/ S&E SPECIALTY
POLYMERS
140 LEOMINSTER-SHIRLEY ROAD, SUITE
100
LUNENBURG, MA 01462

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.151** Nonpriority creditor's name and mailing address
AUSTIN GREGSON

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,231.38 |
|---|---|---|---|

**AUTO VALU MORA**
**824 FOREST AVE EAST**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AUTODESK INC.**
**C/O CITI BANK**
**PO BOX 2188**
**CAROL STREAM, IL 60132-2188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AUTOMATED PACKAGING SYSTEM**
**PO BOX 643916**
**CINCINNATI, OH 45264-3916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.75 |
|---|---|---|---|

**AUTOMATION DIRECT COM**
**PO BOX 402417**
**ATLANTA, GA 30384-2417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AUTOMATION INC**
**4830 AZELIA AVE. N.**
**MINNEAPOLIS, MN 55429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AUTOMATION SENSORS**
**14000 SUNFISH LAKE BLVD, NW**
**SUITE 202**
**RAMSEY, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AVAYA FINANCIAL SERVICES**
**PO BOX 93000**
**CHICAGO, IL 60673-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AVTEC FINISHING SYSTEMS INC**
**NW 5956, P.O. BOX 1450**
**MINNEAPOLIS, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AW PAINTING, LLC**
**13813 YORK AVE SOUTH**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AWARD STAFFING SERVICES**
**PO BOX 160**
**HOPKINS, MN 55343-0160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.20 |
|---|---|---|---|

**AWT LABELS AND PACKAGING**
**600 HOOVER ST NE, SUITE 500**
**MINNEAPOLIS, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**B & F FASTENER SUPPLY**
**7100 SUNWOOD DR NW**
**RAMSEY, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**B.L. DALSIN ROOFING**
**9201 - 52ND AVENUE NORTH**
**MINNEAPOLIS, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BAC INDUSTRIES**
**PO BOX 5236**
**MINNEAPOLIS, MN 55343-5236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BACH POLYMERS**
**PO BOX 3059**
**STONY CREEK, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BACHMANS**
**6010 LYNDALE AVE SOUTH**
**MINNEAPOLIS, MN 55419-2289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,220.60 |
|---|---|---|---|

**BACKER HEATING TECHNOLOGIES INC**
**1390 GATEWAY DRIVE**
**ELGIN, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BACON FELT INC**
**361 WALSH AVENUE**
**NEW WINDOSR, NY 12553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BAKER BOTTS LLP**
**PO BOX 301251**
**DALLAS, TX 75303-1251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BALLARD SPAHR LLP**
**SDS-12-3077**
**PO BOX 86**
**MINNEAPOLIS, MN 55486-3077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229,058.80 |
|---|---|---|---|

**BAMBERGER POLYMERS INC**
**1334 SOLUTIONS CENTER**
**CHICAGO, IL 60677-1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.173** | Nonpriority creditor's name and mailing address

**BAN KOE SYSTEMS INC**
**9401 JAMES AVE S SUITE 180**
**MINNEAPOLIS, MN 55431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,147.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address

**BARR ENGINEERING CO**
**4300 MARKETPOINTE DRIVE SUITE 200**
**MINNEAPOLIS, MN 55435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address

**BARREL & SCREW INTERNATIONAL CORP.**
**2985 44TH AVE N**
**ST PETERSBURG, FL 33714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address

**BARRY AND SEWALL**
**PO BOX 50**
**MINNEAPOLIS, MN 55440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address

**BATTERIES PLUS**
**8639 EAGLE CREEK CIRCLE**
**SAVAGE, MN 55378-1284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address

**BAUER COMPRESSORS INC**
**1328 AZALEA GARDEN RD**
**NORFOLK, VA 23502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$24,950.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address

**BAUER INDUSTRIAL PRODUCTS**
**1104 WEST MAIN**
**MARSHALL, MN 56258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$29,798.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) |
|--------|-------------------------------------|------------------------|
| | Name | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BAUER PLASTICS TECHNOLOGY**
**36830 METRO COURT**
**STERLING HEIGHTS, MI 48312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BCS INDUSTRIAL SOLUTIONS**
**4090 HWY 49**
**GLEN ULLIN, ND 58631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAMISH METAL WORKS LLC**
**30469 180TH STREET**
**ISLE, MN 56342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAR TECHNOLOGIES INC**
**1316 DEWEY AVENUE**
**ROCHESTER, NY 14613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $790.73 |
|---|---|---|---|

**BEAUDRY PROPANE**
**630 PROCTOR AVENUE NW**
**ELK RIVER, MN 55330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEAUMONT DEVELOPMENT LLC**
**1524 EAST 10TH STREET**
**ERIE, PA 16511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BECKMAN COULTER**
**200 SOUTH KRAEMER BOULEVARD**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,319.45** |
| | **BEES INDUSTRIAL** | ☐ Contingent | |
| | **1214 5TH STREET SOUTH** | ☐ Unliquidated | |
| | **HOPKINS, MN 55343** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **BELFORD ELECTRIC** | ☐ Contingent | |
| | **1589 - 210TH AVE** | ☐ Unliquidated | |
| | **MORA, MN 55051** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **BELLE PLAINE HERALD** | ☐ Contingent | |
| | **PO BOX 7, 113 E MAIN** | ☐ Unliquidated | |
| | **BELLE PLAINE, MN 56011** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **BENDA CORP** | ☐ Contingent | |
| | **13657 10TH STREET SW** | ☐ Unliquidated | |
| | **COKATO, MN 55321** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **BENEFIT SOLUTIONS CONSULT** | ☐ Contingent | |
| | **5722 HICKORY PLAZA DRIVE** | ☐ Unliquidated | |
| | **NASHVILLE, TN 37211** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **BENNETT MATERIAL HANDLING** | ☐ Contingent | |
| | **1009 HILL STREET** | ☐ Unliquidated | |
| | **HOPKINS, MN 55343-2099** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **BENNING, INC.** | ☐ Contingent | |
| | **1700 99TH LANE NE** | ☐ Unliquidated | |
| | **BLAINE, MN 55449** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt ** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Imperial Plastics, Incorporated** | | Case number (if known) | |
|--------|-------------------------------------|---|------------------------|---|
| | Name | | | |

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BERCOM INTERNATIONAL**
**2460 GALPIN COURT SUITE 110**
**CHANHASSEN, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BERKNESS SWISS LLC**
**1320 LARC INDUSTRIAL BLVD**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BERMO INC**
**4501 BALL ROAD NE**
**CIRCLE PINES, MN 55014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,680.89**

**BERNE, INC**
**2200 EDGEWOOD AVE S**
**MINNEAPOLIS, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$291.84**

**BERNICK'S FULL-LINE VENDING INC**
**PO BOX 7457**
**ST CLOUD, MN 56302-7457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BERRANG**
**1013 ROBINSON ROAD**
**GREER, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BEST & FLANAGAN LLP**
**60 SOUTH 6TH STREET**
**SUITE 2700**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,307.50** |
|---|---|---|---|
| | **BEST CARRY CORP** | ☐ Contingent | |
| | **NO. 6, LANE 596, SEC. 1, MEICUN RD** | ☐ Unliquidated | |
| | **WEST DISTRICT** | ☐ Disputed | |
| | **TAICHUNG CITY   00403** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BETTERLEY INDUSTRIES INC** | ☐ Contingent | |
| | **PO BOX 490518** | ☐ Unliquidated | |
| | **BLAINE, MN 55449-0518** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BIBLIOTHECA LLC** | ☐ Contingent | |
| | **3169 HOLCOMB BRIDGE ROAD  #200** | ☐ Unliquidated | |
| | **NORCROSS, GA 30071** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BIG ASS SOLUTIONS** | ☐ Contingent | |
| | **PO BOX 638767** | ☐ Unliquidated | |
| | **CINCINNATI, OH 45263-8767** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,672.80** |
|---|---|---|---|
| | **BIG CHIEF INC** | ☐ Contingent | |
| | **PO BOX 632373** | ☐ Unliquidated | |
| | **CINCINNATI, OH 45263-2373** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BILL FIEBELKORN** | ☐ Contingent | |
| | **62 S. Maple Avenue** | ☐ Unliquidated | |
| | **Le Center, MN 56057** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **BILL KNAEBLE** | ☐ Contingent | |
| | **16511 FERNANDO WAY** | ☐ Unliquidated | |
| | **ROSEMOUNT, MN 55068** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--|--|--|

**BILL MATTES DRYWALL LLC**
**52702 409TH AVENUE**
**NORTH MANKATO, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BILL VERHAIGH**
**1608 ARLINGTON AVENUE EAST**
**SAINT PAUL, MN 55106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BITE TECH INC**
**20 GLOVER AVENUE FIRST FLOOR**
**NORWALK, CT 06850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.62 |

**BLADES MACHINERY CO INC**
**750 NICHOLAS BLVD**
**ELK GROVE, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BLAINE BROTHERS MAINTENANCE INC**
**10011 XYLITE ST NE**
**MINNEAPOLIS, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BLISS MACHINE LTD**
**528 STILES COURT**
**DARIEN, WI 53114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BLK ELECTRIC INC**
**1990 LOOKOUT DRIVE**
**NORTH MANKATO, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLM LANDSCAPING LLC**
**31468 LONDON DRIVE NE**
**CAMBRIDGE, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLOOMBERG BNA**
**PO BOX 17009**
**BALTIMORE, MD 21297-1009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLUE COMPACTOR SERVICES**
**8984 215TH ST W**
**PO BOX 769**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BLUE EARTH COUNTY**
**PO BOX 3567**
**MANKATO, MN 56002-3567**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,884.00 |
|---|---|---|---|

**BME TOOL INC**
**101 DELAWARE STREET S.E.**
**LONSDALE, MN 55046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BMO HARRIS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BMO HARRIS BANK N.A.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BMS BURNS**<br>**PO BOX 492**<br>**MEDINA, OH 44258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BOB JOHNSON** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BOB MEYER** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BOBS LAWN SERVICE**<br>**601 W. KENYON ST**<br>**KASOTA, MN 56050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BOHLER UDDEHOLM CORPORATION**<br>**PO BOX 75827**<br>**CHICAGO, IL 60675-5827** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BOKERS INC**<br>**3104 SNELLING AVE**<br>**MINNEAPOLIS, MN 55406-1937** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,078.89 |
|---|---|---|---|
| | **BOLGER VISION BEYOND PRINT**<br>**PO BOX 85098**<br>**CHICAGO, IL 60680-0898** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BORENE LAW FIRM PA**
**GLOBAL IMMIGRATION GROUP**
**3950 IDS CENTER**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BOSCH AUTOMOTIVE SERVICE**
**655 EISENHOWER DRIVE**
**OWATONNA, MN 55060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$349.58**

**BOSSARD NORTH AMERICA INC**
**BOX 78043**
**MILWAUKEE, WI 53278-0043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BOYER TRUCKS**
**PO BOX 18338**
**MINNEAPOLIS, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BRAAS COMPANY**
**7970 WALLACE ROAD**
**EDEN PRAIRIE, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BRABAZON PUMP COMPANY LTD**
**PO BOX 10827**
**GREEN BAY, WI 54307-0827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**BRAD MARTIN & ASSOCIATES INC**
**5353 WAYZATA BLVD SUITE 403**
**MINNEAPOLIS, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRAD STILL**<br>**407 DIVISION STREET S.**<br>**MORRISTOWN, MN 55052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ⎯ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number ⎯ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRAEMER INC**<br>**1285 CORPORATE CENTER DRIVE SUITE 150**<br>**EAGAN, MN 55121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ⎯ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number ⎯ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRAIN ANDERSON**<br>**D/B/A B A ENTERPRISES**<br>**19995 ANN RIVER DRIVE**<br>**MORA, MN 55051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ⎯ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number ⎯ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,348.35 |
|---|---|---|---|
| | **BRANSON ULTRASONICS CORP**<br>**PO BOX 73174**<br>**CHICAGO, IL 60673-7174** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ⎯ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number ⎯ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BREAN MARKETING**<br>**180 DE BAETS ST.**<br>**WINNIPEG, MB R2J 3W6** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ⎯ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number ⎯ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRENNTAG GREAT LAKES**<br>**52200 EAGLE WAY**<br>**CHICAGO, IL 60678-1522** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ⎯ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number ⎯ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRIAN DAVID JACKLEY**<br>**20925 JUNCO TRAIL**<br>**LAKEVILLE, MN 55044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ⎯ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number ⎯ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIAN GIBSON**
**165 S OPDKYE ROAD LOT 73**
**AUBURN, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIAN OLSON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIMAR TOOL & ENGINEERING**
**7615 BAKER STREET N.E.**
**FRIDLEY, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.56 |
|---|---|---|---|

**BRO TEX**
**800 HAMPDEN AVE**
**ST. PAUL, MN 55114-1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROWN MACHINE LLC**
**BIN 88413**
**MILWAUKEE, MN 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROWNS PLUMBING**
**1984 AMARYLLIS CT**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BROWNSWORTH**
**4155 BERKSHIRE LANE SUITE 200**
**PLYMOUTH, MN 55446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRUCE A LUNDEEN LLP**
**21005 HERON WAY**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRYAN GODSEY**
**10101 205TH COURT WEST**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRYAN PATTERSON**
**609 LOWER HERITAGE WAY**
**FARMINGTON, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,363.60 |
|---|---|---|---|

**BTD MANUFACTURING, INC.**
**SDS 12-1569 P.O. BOX 86**
**MINNEAPOLIS, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUCKEYE BUSINESS PRODUCTS**
**P.O. BOX 92340**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BUNTING MAGNETICS CO.**
**C/O UMB Bank**
**PO BOX 877814**
**KANSAS CITY, MO 64187-7814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7125**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.00 |
|---|---|---|---|

**BYFUGLIEN TRUCKING INC.**
**PO BOX 397**
**ROSEAU, MN 56751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BYK GARDNER USA**
**25098 NETWORK PLACE**
**CHICAGO, IL 60673-1098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BYM ELECTRONICS INC**
**27625 CHICAGO TRAIL**
**NEW CARLISLE, IN 46552**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C & H DISTRIBUTORS**
**22133 NETWORK PLACE**
**CHICAGO, IL 60673-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C & S SUPPLY CO INC**
**1951 NORTH RIVERFRONT DRIVE**
**MANKATO, MN 56001-3199**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**C & S VENDING COMPANY**
**PO BOX 876**
**FARIBAULT, MN 55021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,528.33 |
|---|---|---|---|

**C H ROBINSON INTERNATIONAL INC**
**PO BOX 9121**
**MINNEAPOLIS, MN 55480-9121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,199.14 |
|---|---|---|---|

**C.C. SHARROW CO. INC**
**301 COUNTY RD E2 WEST**
**NEW BRIGHTON, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

C.E. GOBEIL
715 RAYMOND AVE
ST PAUL, MN 55114-1744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,681.52**

CADY BUILDING MAINTENANCE INC
9220 BASS LAKE ROAD # 360
NEW HOPE, MN 55428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CAE SERVICES CORP
280 BELLEVIEW LANE
BATAVIA, IL 60504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CALVIN BRENDEMUEHL WELDING & MFG
PO BOX 231
FARIBAULT, MN 55021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CAMBRIDGE METALS & PLASTICS
DEPT. #2365
PO BOX 11407
BIRMINGHAM, AL 35246-2365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CAN AM INTEGRATION
9108 DECATUR AVE. S.
BLOOMINGTON, MN 55438-1433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

CANDICE EISEL

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CANDIE PENAS**
**1531 REGATTA DRIVE**
**SAINT PAUL, MN 55125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CANNON ELECTRIC MOTOR**
**128 4TH STREET S**
**CANNON FALLS, MN 55009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CANNON EQUIPMENT**
**15100 BUSINESS PKWY**
**ROSEMOUNT, MN 55068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAPITAL EQUIPMENT & HANDLING INC**
**PO BOX 28518**
**CHICAGO, IL 60673-8518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $473.96 |
|---|---|---|---|

**CAPITAL ONE BANK**
**C/O MESSERLI KRAMER**
**3033 CAMPUS DR., STE. 250**
**MINNEAPOLIS, MN 55441-2662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAPLUGS WEST**
**PO BOX 104**
**BUFFALO, NY 14240-0104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAPP INC**
**PO BOX 127**
**CLIFTON HEIGHTS, PA 19018-0127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,262.90 |
|---|---|---|---|

**CAPP SEVILLE INC**
**7951 12TH AVENUE SOUTH**
**BLOOMINGTON, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARDINAL PRODUCTS**
**C/O DIANE KEADLE**
**4595 N. LEE HIGHWAY**
**FAIRFAX, VA 24435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARL MISKA**
**14742 COLORADO AVENUE**
**ROSEMOUNT, MN 55068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLISLE FOODSERVICE PRODUCTS**
**4711 E. HEFNER**
**OKLAHOMA CITY, OK 73131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLSON, JERRY**
**1020 MAPLE**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLTON-BATES**
**PO BOX 676182**
**DALLS, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLY MAY FOUNDATION**
**6189 169TH STREET WEST**
**FARMINGTON, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAROLINA COLOR**
**P.O. BOX 734198**
**CHIGAGO, IL 60673-4198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CASS SCREW MACHINE**
**4800 N. LILAC DRIVE**
**BROOKLYN CENTER, MN 55429-3934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CASSANDRA DLUGIEWICZ dba BIG OCEAN**
**CREAT**
**7170 146th STREET W**
**APPLE VALLEY, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CASWELL CYCLE**
**768 HWY 65 N**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CATHY PETERSON**
**2635 225TH AVENUE**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CAVALIER TOOL**
**4401 STECKER AVENUE**
**DEARBORN, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CC DAY COMPANY**
**3240 WINNETKA AVENUE NO**
**MINNEAPOLIS, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,116.00** |
|---|---|---|---|

**CCL LABEL DBA CCL DESIGN
ELECTRONICS
ATTN WORLDMARK A/R
17700 FOLTZ PARKWAY
STRONGSVILLE, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt **

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CCP INDUSTRIES
PO BOX 73627
CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt **

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CDW DIRECT
PO BOX 75723
CHICAGO, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt **

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.22** |
|---|---|---|---|

**CENTERPOINT ENERGY
PO BOX 4671
HOUSTON, TX 77210-4671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt **

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CENTRAL DECAL
6901 HIGH GROVE BLVD
BURR RIDGE, IL 60527-7583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt **

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CENTRAL MCGOWAN
123 ROOSEVELT ROAD
ST CLOUD, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt **

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CENTRAL PACKAGING & DISPLAY
3901 85TH AVE N
MINNEAPOLIS, MN 55443-1906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt **

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CENTRAL PLASTIC MACHINERY**
**11184 ANTIOCH #315**
**OVERLAND PARK, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CENTRAL TRANSPORT**
**PO BOX 33299**
**DETROIT, MI 48232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CENTURYLINK**
**P.O. BOX 91154**
**SEATTLE, WA 98111-9254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.46 |
|---|---|---|---|

**CERTIFIED POWER, INC.**
**75 REMITTANCE DRIVE**
**DEPT 3165**
**CHICAGO, IL 60675-3165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CG AUTOMATION & FIXTURE**
**5352 RUSCHE DR. NW**
**COMSTOCK PARK, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,321.97 |
|---|---|---|---|

**CHANNEL PRIME ALLIANCE**
**pay via ACH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,949.81 |
|---|---|---|---|

**CHASE PLASTICS**
**DEPT 231101**
**PO BOX 67000**
**DETROIT, MI 48267-2311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 3.306

**Nonpriority creditor's name and mailing address**

CHECKER MACHINE INC
2701 NEVADA AVE. N.
NEW HOPE, MN 55427

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.307

**Nonpriority creditor's name and mailing address**

CHECKPOINT SYSTEMS, INC.
PO BOX 742931
ATLANTA, GA 30374-2931

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.308

**Nonpriority creditor's name and mailing address**

CHERNE INDUSTRIES
5700 LINCOLN DRIVE
MINNEAPOLIS, MN 55436

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.309

**Nonpriority creditor's name and mailing address**

CHRIS SAWATZKY
19715 JAVA PATH
LAKEVILLE, MN 55044

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.310

**Nonpriority creditor's name and mailing address**

CHRISTENSEN GROUP
9855 WEST 78th STREET
SUITE 100
EDEN PRAIRIE, MN 55344

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.311

**Nonpriority creditor's name and mailing address**

CHROMA CORP.
PO BOX 734198
CHICAGO, IL 60673-4198

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$4,465.52

---

### 3.312

**Nonpriority creditor's name and mailing address**

CHUBB COMMERCIAL INSURANCE
PO BOX 382001
PITTSBURGH, PA 15250-8001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CINCINNATI TEST SYSTEMS INC**
**10100 PROGESS WAY**
**HARRISON, OH 45030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,595.31 |
|---|---|---|---|

**CINTAS CORPORATION**
**P.O. BOX 650838**
**DALLAS, TX 75265-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,963.25 |
|---|---|---|---|

**CISCO SYSTEMS CAPITAL CRP**
**PO BOX 41602**
**PHILADELPHIA, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CISCO WEBEX LLC**
**16720 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF LAKEVILLE**
**20195 HOLYOKE AVENUE**
**LAKEVILLE, MN 55044-9047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF MANKATO**
**PO BOX 860055**
**MINNEAPOLIS, MN 55486-0055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CITY OF MORA**
**101 LAKE STREET SOUTH**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
| | Name | | |

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,184.46 |

**CLANCEY COMPANY**
**8081 FLINT STREET**
**LENEXA, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,482.96 |

**CLARIANT PLASTICS & COATINGS USA,**
**INC.**
**DEPT 2212**
**CAROL STREAM, IL 60132-2212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,354.46 |

**CLASS C COMPONENTS**
**6825 SUNWOOD DR NW**
**RAMSEY, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CLAUSEN TRUCKING COMPANY, INC**
**2100 SOUTH 21ST STREET**
**STE. A**
**CLINTON, IA 52732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CLEAN AIR PRODUCTS**
**8605 WYOMING AVE. N.**
**MINNEAPOLIS, MN 55445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CLEANING SORTING & REWORKS DE**
**MEXICO SA**
**C/O IBC BANK**
**2415 S. ZAPATA HWY PO DRAWER 1359**
**LAREDO, TX 78046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CLIMATECH**
**PO BOX 221**
**HOPKINS, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLOTHIER DESIGN SOURCE**
**165 BRIDGEPOINT DRIVE**
**ST PAUL, MN 55075**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLOW STAMPING COMPANY**
**23103 CTY RD 3**
**MERRIFIELD, MN 56465**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COATING DESIGN GROUP, INC.**
**430 SNIFFENS LANE**
**STRATFORD, CT 06615**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COBORNS**
**710 FRANKIE LANE**
**MORA, MN 55051-1914**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLBY LARSON**
**57190 COUNTRY VIEW LANE**
**PINE CITY, MN 55063**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,250.00 |
|---|---|---|---|

**COLE HARDER LLP**
**3902 WEST 50TH STREET SUITE A**
**EDINA, MN 55424**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COLLIERS INTERNATIONAL**
**PO BOX 22149**
**NASHVILLE, TN 37202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLONIAL LIFE**
**PROCESSING CENTER**
**P.O. BOX 1365**
**COLUMBIA, SC 29202-1365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLORS BY CRAIG**
**57249 FOREST BLVD**
**PINE CITY, MN 55063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLORS FOR PLASTICS**
**2245 PRATT BLVD**
**ELK GROVE VILLAGE, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLORTRONIC**
**DEPARTMENT 4514**
**CAROL STREAM, IL 60122-4514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,497.92 |
|---|---|---|---|

**COLSON GROUP USA**
**PO BOX 91346**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COMBI PACKAGING SYSTEMS LLC CSPD**
**DIV**
**PO BOX 9326**
**CANTON, OH 44711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COME AND TAKE IT BBQ**
**11334 292ND COURT**
**PRINCETON, MN 55371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMMAND CENTER INC**
PO BOX 951753
DALLAS, TX 75395-1753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMMERCE LABEL**
5400 NATHAN LANE # 150
PLYMOUTH, MN 55442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMMERCIAL TOOL & DIE INC**
5351 RUSCHE DR.
COMSTOCK PARK, MN 49321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,023.44 |
|---|---|---|---|

**COMMERCIAL VEHICLE GROUP INC**
32029 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMPRESSED AIR CONCEPTS**
9815 W 74TH STREET
EDEN PRAIRIE, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,545.99 |
|---|---|---|---|

**COMPUDYNE**
1524 EAST 37TH STREET
HIBBING, MN 55746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMPUTER PARTS & PERIPHERALS**
7625 GOLDEN TRIANGLE DRIVE SUITE K
EDEN PRAIRIE, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,223.90 |
|---|---|---|---|

**CON AIR GROUP**
**PO BOX 644537**
**PITTSBURGH, PA 15264-4537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $331.30 |
|---|---|---|---|

**CONAIR**
**PO BOX 644537**
**PITTSBURGH, PA 15264-4537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONCEPT CONSULTING & ENGINEERING**
**31196 490TH STREET**
**KASOTA, MN 56050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONCEPT MACHINE TOOL SALES INC**
**15625 MEDINA ROAD**
**MINNEAPOLIS, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONCOR TOOL & MACHINE**
**9665 N CONCOR ROAD**
**HAYWARD, WI 54843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONCORDE INTERNATIONAL**
**13805 1ST AVENUE NORTH SU**
**PLYMOUTH, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONNOR SMART**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONSOLIDATED COMMUNICATIONS**
PO BOX 3188
MILWAUKEE, WI 53201-3188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38,769.42 |
|---|---|---|---|

**CONSTELLATION ENERGY SERV**
**NATURAL GAS, LLC**
PO BOX 5473
CAROL STREAM, IL 60197-5473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONTEMPORARY TOOL**
14760 HWY 5 & 25
YOUNG AMERICA, MN 55397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONTOUR MOLD INC**
726 QUINN AVENUE NW
ELK RIVER, MN 55330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONTRACT INTERIORS INC.**
120 WEST PLATO BLVD.
ST. PAUL, MN 55107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONTROL TECHNOLOGY INC**
5734 MIDDLEBROOK PIKE
KNOXVILLE, TN 37921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONVECTRONICS, INC**
111 NECK ROAD
HAVERHILL, MA 01835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | |

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216,249.75**

**CONVENTUS POLYMERS LLC**
**2001 ROUTE 46**
**SUITE 310**
**PARSIPPANY, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CONVEYER & CASTER**
**PO BOX # 901802**
**CLEVELAND, OH 44190-1802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,681.27**

**COORDINATED BUSINESS SYSTEMS**
**851 W 128TH ST**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**COPIER BUSINESS SOLUTIONS**
**1715 COMMERCE DRIVE**
**NORTH MANKATO, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$449.97**

**CORCENTRIC**
**62861 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**COREY SEPPMANN WELL DRILLING**
**53910 207TH MILITARY ROAD**
**MANKATO, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CORPORATE STRATEGIES BY SKILLPATH**
**P.O. BOX 803839**
**KANSAS CITY, MO 64180-3839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CORPORATION SERVICE COMPANY**
**P.O. BOX 13397**
**PHILADELPHIA, PA 19101-3397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CORVAL GROUP**
**1633 EUSTIS STREET**
**ST PAUL, MN 55108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COSMO OPTICS**
**D/B/A COSMO OPTICS**
**75 BENJAMIN STREET**
**ALBANY, NY 12202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COUNTRY PRIDE CONSTRUCTION LLC**
**1001 1ST AVE E #160**
**CAMBRIDGE, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**COUNTY OF KANABEC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COVERALL OF THE TWIN CITIES**
**8009 34TH AVENUE SOUTH**
**SUITE 10**
**BLOOMINGTON, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COVESTRO LLC**
**1 COVESTRO CIRCLE**
**PITTSBURGH, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COYOTE LOGISTICS, LLC**
PO BOX 742636
ATLANTA, GA 30374-2636

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,532.92 |
|---|---|---|---|

**CQM VENTURES INC dba ROASTED JOE COFFEE**
D/B/A ROASTED JOE COFFEE CO
3986 NORTHVIEW TERRACE
EAGAN, MN 55123

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRAFT INC**
1929 COUNTY STREET
PO BOX 3049
SOUTH ATTLEBORO, MA 02703-0912

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRAFT PATTERN AND MOLD INC**
60- 3RD STREET SOUTH
MONTROSE, MN 55363

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,362.80 |
|---|---|---|---|

**CRAFTED PLASTICS INC**
P.O. BOX 327
SHEBOYGAN, WI 53082-0327

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRAIG C PEARTHREE**
3124 IRVING AVE SOUTH
MINNEAPOLIS, MN 55408

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,206.80 |
|---|---|---|---|

**CRAIG STEVE SCOTT**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRESA MINNEAPOLIS**
**920 SECOND AVENUE SOUTH**
**SUITE 900**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $821.74 |
|---|---|---|---|

**CRESCENT ELECTRIC SUPPLY**
**PO BOX 500**
**EAST DUBUQUE, IL 61025-4418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.10 |
|---|---|---|---|

**CRI ENVIRONMENTAL SOLUTIONS**
**PO BOX 194**
**WOODVILLE, WI 54028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRISTINA PANKONIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CROWN LIFT TRUCKS**
**PO BOX 641173**
**CINCINNATI, OH 45264-1173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CROWN PACKAGING**
**P.O. BOX 17806M**
**ST. LOUIS, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CROWN ROLL LEAF**
**ACCESS CAPITAL INC**
**405 PARK AVENUE 16TH FLOOR**
**NEW YORK CITY, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRYSTAL FINISHING SYSTEMS**
**2610 ROSS AVE.**
**SCHOFIELD, WI 54476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRYSTAL M REYNOLDS**
**2853 HWY. 65**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,280.50 |
|---|---|---|---|

**CSG**
**24428 GREENWAY AVE.**
**FOREST LAKE, MN 55025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CSI TESTING, INC.**
**14020 23RD AVENUE NORTH**
**PLYMOUTH, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CSP DELIVERY INC.**
**P.O. BOX 120511**
**ST. PAUL, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CT CORPORATION**
**PO BOX 4349**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CULLIGAN ULTRAPURE**
**110 W FREMONT ST**
**OWATONNA, MN 55060-2328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CULLIGAN- MANKATO**
**P.O. BOX 3048**
**MANKATO, MN 56002-3048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,750.00 |
|---|---|---|---|

**CULLINAN RIGGING & ERECTING**
**6815 MCKINLEY STREET N.W.**
**RAMSEY, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CUSTOM HOSE TECH INC**
**9323 GARFIELD AVE. S.**
**BLOOMINGTON, MN 55420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CUSTOM MOLD & DESIGN**
**22455 EVERTON AVENUE NORTH**
**FOREST LAKE, MN 55025-9309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CW TECHNOLOGY**
**5614 GRAND AVE**
**DULUTH, MN 55807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**D & A TRUCK LINE INC**
**926 NORTH FRONT STREET**
**PO BOX 564**
**NEW ULM, MN 56073-0564**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**D & D POLISHING, INC.**
**307 MYRICK ST.**
**LESUEUR, MN 56058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**D B ROBERTS COMPANY**
**PO BOX 370018**
**BOSTON, MA 02241-0718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**D G WELDING & MFG., INC.**
**3265 SUN DRIVE**
**EAGAN, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,568.59 |
|---|---|---|---|

**DAC INDUSTRIES**
**1636 GERVAIS AVENUE SUITE 9**
**MAPLEWOOD, MI 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DADSONS MACHINING, INC.**
**1055 TOUCHSTONE DR**
**HAMMOND, WI 54015-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAGO RIOS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAKOTA COUNTY PT&R**
**1590 HIGHWAY 55**
**HASTINGS, MN 55033-2392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DAKOTA COUNTY TECHNICAL COLLEGE**
**1300 145TH ST. E.**
**ROSEMOUNT, MN 55068-2999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,621.91 |
|---|---|---|---|

**DAKOTA TRUCK CO LLC**
**21450 HUMBOLT CT**
**PO BOX 1272**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAL-KOR CORP**
**999 MAPLE AVE E**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DALE THORTSEN TRUCKING,INC**
**P.O. BOX 785**
**BAUDETTE, MN 56623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAN WYLIE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANDELION FLORIST**
**P.O. BOX 161518**
**DULUTH, MN 55816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL L NOLEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL OLSON**
**2426 205TH AVENUE**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAPCO INDUSTRIES**
**2500 BISHOP CIR. E.**
**DEXTER, MI 48130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DARRICK A NELSON dba P3 POWER LLC**
**PO BOX 161**
**NEW LISBON, WI 53950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DASCO LABEL**
**10370 FLANDERS ST NE**
**MINNEAPOLIS, MN 55449-5710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAVID ANDRADE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAVID BRADSHAW**
**2776 120TH AVENUE**
**BRAHAM, MN 55006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAVID LENERTZ**
**311 WEST MILL STREET**
**JANESVILLE, MN 56048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAVIES MOLDING COMPANY**
**25579 NETWORK PLACE**
**CHICAGO, IL 60673-1255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAWN BZOSKIE**
**11216 204TH STREET WEST**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAWN MARQUETTE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAYTON FREIGHT**
**PO BOX 340**
**VANDALIA, OH 45377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,090.00**

**DAYTON ROGERS**
**28717 NETWORK PLACE**
**CHICAGO, IL 60673-1287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DEAN MALECHA**
**109 IRVING AVENUE**
**FARIBAULT, MN 55021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DEBORA L BOS**
**3441 LINCOLN ROAD**
**HAMILTON, MI 49419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DECO TOOL SUPPLY COMPANY**
**P.O. BOX 3097**
**DAVENPORT, IA 52808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEKRA AQS SOLUTIONS, INC.**
**3901 ROSWELL ROAD**
**STE 120**
**MARIETTA, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELOITTE TAX LLP**
**P.O. BOX 844736**
**DALLAS, TX 75284-4736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,010.58 |
|---|---|---|---|

**DELTA DENTAL OF MINNESOTA**
**500 S WASHINGTON AVE**
**STE 2060**
**MINNEAPOLIS, MN 55415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELTA REGIS TOOLS INC**
**6945 LTC PARKWAY**
**PORT ST LUCIE, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.33 |
|---|---|---|---|

**DELTA T SYSTEMS**
**2171 HIGHWAY 175**
**RICHFIELD, WI 53076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELTA TECHNOLOGIES GROUP**
**1350 HARMON ROAD**
**AUBURN HILL, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DELTATECH CONTROLS**
**594 SO. VERMILLION RD**
**BROWNSVILLE, TX 78521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$792.50** |
|---|---|---|---|

**DELTCO PLASTICS**
**601 INDUSTRIAL PARK ROAD**
**ASHLAND, WI 54806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DENINE WILSON**
**23845 Natchez Avenue**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DENNIS DOERR**
**1780 QUINLAN AVENUE SOUTH**
**LAKELAND, MN 55043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DENTONS US LLP**
**DEPT 3078**
**CAROL STREAM, IL 60132-3078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DEREK N KNESS**
**120 PINEHURST CT**
**MANKATO, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DESIGN PLASTICS, INC.**
**PO BOX 3480**
**OMAHA, NE 68103-0480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DESIGNER SELECTIONS**
**1777 OAKDALE AVE.**
**WEST ST. PAUL, MN 55118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DETEX COMPANY**
**2721 E. 33RD STREET**
**MINNEAPOLIS, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEX MEDIA**
**PO BOX 78041**
**PHOENIX, AZ 85062-8041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DHL EXPRESS**
**16592 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DHR INTERNATIONAL, INC.**
**10 SOUTH RIVERSIDE PLAZA**
**SUITE 2220**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DIAMOND TOOL & ENGINEERING INC**
**PO BOX 97**
**BERTHA, MN 56437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DICKS LAKEVILLE SANITATION INC**
**PO BOX 769**
**LAKEVILLE, MN 55044-0769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DICRONITE OF MINNESOTA**
**1315 SYLVAN STREET**
**ST PAUL, MN 55117-4605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.453** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DIEDRICH RPM**
3000 COUNTY RD 42, SUITE 300
BURNSVILLE, MN 55337

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,532.36**

**DIEMOLD TOOL, INC.**
13440 JOHNSON MEMORIAL DRIVE
SHAKOPEE, MN 55379

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.13**

**DIGI-KEY CORPORATION**
P.O. BOX 250
THIEF RIVER FALLS, MN 56701-0250

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DILLON HANSON**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,351.32**

**DIMAX CORPORATION**
1107 INDUSTRIAL LANE
P.O. BOX 236
WINSTED, MN 55395

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,222.62**

**DISCOUNT STEEL INC**
216 - 27TH AVENUE NORTH
MINNEAPOLIS, MN 55411

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$557.70**

**DISCOVERY BENEFITS, INC.**
P.O. BOX 9528
FARGO, ND 58106-9528

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DISPENSA-MATIC LABEL**
**28220 PLAYMOR BEACH RD**
**ROCKY MOUNT, MO 65072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIVER CONSOLIDATED INDUSTRIES**
**45 TRAWALLA  AVENUE**
**THOMASTOWN   03074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIVERSE MACHINE WORKS**
**21460 HEYWOOD AVENUE**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $719.82 |
|---|---|---|---|

**DIVERSIFIED FOAM**
**P.O. BOX 1450-NW8486**
**MINNEAPOLIS, MN 55485-8486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DIVERSIFIED TEXTURING & ENGRAVING,**
**INC.**
**1609 99TH LANE NE**
**BLAINE, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,873.75 |
|---|---|---|---|

**DLS WORLDWIDE**
**PO BOX 932721**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,002.01 |
|---|---|---|---|

**DME COMPANY LLC**
**LOCKBOX #774867**
**4867 SOLUTIONS CENTER**
**CHICAGO, IL 60677-4008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DOCS TRUCKING, INC.**
**23322 CEDAR AVENUE SO**
**FARMINGTON, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DOHERTY STAFFING SOLUTION**
**CM3808**
**ST. PAUL, MN 55170-3808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,306.15 |

**DOMO ENGINEERING PLASTICS**
**4917 GOLDEN PKWY SUITE 300**
**BUFORD, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DON RYAN**
**1555 245TH STREET EAST**
**NEW PRAGUE, MN 56071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DONALDSON COMPANY INC.**
**1400 W. 94TH STREET**
**BLOOMINGTON, MN 55440-1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DOTYS PLUMBING**
**218 E. MAPLE STREET**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DOUGLAS J JOHNSON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DOUGLAS KELLER**
**18325 EUCLID STREET**
**FARMINGTON, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DOVER HYDRAULICS, INC**
**P.O. BOX 2239**
**DOVER, OH 44622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DOWNTOWN DELI**
**113 RR AVE SE**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,319.75**

**DRI AIR INDUSTRIES**
**16 THOMPSON RD**
**PO BOX 1020**
**EAST WINDSOR, CT 06088-1020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DRIP DROP PLUMBING**
**980 WEST 9TH STREET**
**RUSH CITY, MN 55069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DRIVER & VEHICLE SERVICES RENEWAL**
**DAKOTA COUNTY**
**20085 HERITAGE DRIVE**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DSM ENGINEERING PLASTICS**
**4094 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $491.08 |
|---|---|---|---|

**DSV AIR & SEA INC**
**1295 NORTHLAND DRIVE**
**STE 160**
**SAINT PAUL, MN 55120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUKANE**
**2900 DUKANE DRIVE**
**ST. CHARLES, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUN  & BRADSTREET CREDIBILITY CORP**
**22761 PACIFIC COAST HIGHWAY**
**MALIBU, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUNCAN CO**
**425 HOOVER STREET NE**
**MINNEAPOLIS, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DUPONT PERFORMANCE POLYMERS**
**38092 EGRET WAY**
**NORTH BRANCH, MN 55056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DW PRODUCTS**
**PO BOX 60121**
**ST LOUIS, MO 63160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DYNAMIC GROUP**
**13911 UNITY STREET NW**
**RAMSEY, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DYTRON ALLOYS CORP**
**17000 MASONIC BLVD**
**FRASER, MI 48026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,307.00 |
|---|---|---|---|

**DZKICORP INC**
**1330 MONTEREY ST**
**SAN LUIS OBISPO, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EAGLE PERFORMANCE PLASTICS**
**PO BOX 1196**
**APPLETON, WI 54912-1196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EAGLE TOOL COMPANY**
**400 - 6TH AVE. NW, BOX 146**
**DYERSVILLE, IA 52040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EAST CENTRAL AUDIOLOGY LTD**
**1068 S LAKE ST SUITE 108**
**FOREST LAKE, MN 55025-2633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EAST CENTRAL DIESEL & EQUIPMENT**
**PO BOX 311**
**CAMBRIDGE, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.23 |
|---|---|---|---|

**EAST CENTRAL EXTERMINATING**
**PO BOX 24**
**PINE CITY, MN 55063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page  71 of 265**

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EAST CENTRAL SANITATION**
**PO BOX 671**
**CAMBRIDGE, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EAST CENTRAL SOLID WASTE**
**PO BOX 29**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EAST SIDE GLASS COMPANY**
**305 FRANKLIN AVE NE**
**T CLOUD, MN 56304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EAST SIDE OIL CO**
**621 LINCOLN AVE SE**
**ST CLOUD, MN 56304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,453.79 |
|---|---|---|---|

**ECHO GLOBAL LOGISTICS INC**
**ACCOUNTS RECEIVABLE**
**22168 NETWORK PLACE**
**CHICAGO, IL 60673-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,545.15 |
|---|---|---|---|

**ECKHOFFS CUSTOM MACHINING**
**3330 CO. RD 40 N.E.**
**NEW LONDON, MN 56273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ECLIPSE ENGINEERING, INC.**
**2540 S. MAIN STREET, UNIT B**
**ERIE, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ECM PUBLISHERS, INC.**
**4095 COON RAPIDS BLVD.**
**COON RAPIDS, MN 55433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ECOLAB INC**
**26252 NETWORK PLACE**
**CHICAGO, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ECOWATER SYSTEMS LLC**
**P.O. BOX 91749**
**CHICAGO, IL 60693-1749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDEL OIL SERVICE INC**
**7721 ALBANY AVENUE**
**NORTHFIELD, MN 55057-4214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDENMOLD CORP., USA**
**938 OLYMPIC COURT**
**CLAREMONT, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EGGENS BULK SERVICE INC.**
**PO BOX 115**
**MILACA, MN 56353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EINAR SNOEYENBOS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.509** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ELDON JAMES**
**10325 EAST 47TH AVENUE**
**DENVER, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.510** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ELECTRIC MOTOR SUPPLY CO**
**4650 MAIN STREET**
**FRIDLEY, MN 55421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.511** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ELECTRICAL POWER AND SAFETY**
**COMPANY**
**369 LEXINGTON AVENUE**
**STE 380, THIRD FLOOR**
**NEW YORK, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.512** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ELECTROFORM COMPANY**
**11070 RALEIGH CT.**
**MACHESNEY PARK, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.513** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ELECTRONIC IMAGING MATERIALS, INC.**
**20 FORGE STREET**
**KEENE, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.514** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ELEMENT MATERIALS TECHNOLOGY NEW**
**BERLIN,**
**3701 PORT UNION RD**
**FAIRFIELD, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.515** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ELITE ELECTRONIC ENGINEERING INC**
**1516 CENTRE CIRCLE**
**DOWNERS GROVE, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.516** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ELIZABETH HARRISON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,995.78

**ELLISON MACHINING & ENGINEERING
21849 INDUSTRIAL COURT
ROGERS, MN 55374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640.74

**ELLSWORTH ADHESIVES
BOX 88207
MILWAUKEE, WI 53288-0207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**EM COATING SERVICES
DIV. OF METAL IMPROVEMENT CO.
DEPT CH 10559
PALATINE, IL 60055-0559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**EMA DESIGN AUTOMATION
PO BOX 23325
ROCHESTER, NY 14692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**EMABOND SOLUTIONS LLC
1797 ATLANTIC BLVD
AUBURN HILLS, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**EMEDCO, INC
PO BOX 95904
CHICAGO, IL 60694-5904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.523**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.83 |
|---|---|---|
| **EMI CORPORATION**<br>**P.O. BOX 590**<br>**JACKSON CENTER, OH 45334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.524**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EMMETT SIREK** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.525**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EMON STARTER & ALTERNATOR**<br>**59889 HAMMOND ROAD**<br>**FINLAYSON, MN 55735** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.526**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **EMT TOOL**<br>**14655 NORTHWEST FREEWAY, 137 A**<br>**HOUSTON, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.527**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ENDOCHOICE, INC.**<br>**11810 WILLS ROAD**<br>**ALPHARETTA, GA 30009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.528**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ENDRES WINDOW CLEANING INC**<br>**1101 8TH AVENUE SE**<br>**AUSTIN, MN 55912** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.529**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.84 |
|---|---|---|
| **ENGEL MACHINERY INC**<br>**3740 BOARD ROAD**<br>**YORK, PA 17406-8425** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENGINEERING AMERICA**
**643 HALE AVE N**
**OAKDALE, MN 55128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENGLEWOOD NURSERY & LANDSCAPE**
**2116 213TH AVENUE**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENPRO, INC**
**75 REMITTANCE DR. SUITE 1**
**CHICAGO, IL 60675-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195,589.37 |
|---|---|---|---|

**ENTEC POLYMERS**
**PO BOX 934329**
**ATLANTA, GA 31193-4329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENTERPRISE KNOWLEDGE PARTNERS,**
**LLC**
**3800 AMERICAN BOULEVARD WEST**
**STE. 1500**
**MINNEAPOLIS, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,749.53 |
|---|---|---|---|

**ENTHERM, INC.**
**11975 PORTLAND AVENUE SOUTH**
**SUITE 102**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENVENTIS**
**P.O. BOX 3188**
**MILWAUKEE, WI 53201-3188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.537 | **EOS MIKE PATON** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,820.00 |
|---|---|---|---|
| 3.538 | **EPAK INC** | ☐ Contingent | |
| | **55 PLYMOUTH STREET** | ☐ Unliquidated | |
| | **WINNIPEG, MANITOBA R2X2V5** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,484.00 |
|---|---|---|---|
| 3.539 | **EPOLIN CHEMICALS** | ☐ Contingent | |
| | **PO BOX 40008** | ☐ Unliquidated | |
| | **NEWARK, NJ 07101-4000** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.540 | **EPS FLOTEK** | ☐ Contingent | |
| | **198 OKATIE VILLAGE DRIVE** | ☐ Unliquidated | |
| | **SUITE 103-337** | ☐ Disputed | |
| | **BLUFFTON, SC 29909** | | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.541 | **ERICKSON AUTOMATICS, INC.** | ☐ Contingent | |
| | **P.O. BOX 216** | ☐ Unliquidated | |
| | **CEDER, MN 55011** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.542 | **ERIKA YANG** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| 3.543 | **ESCAPE FIRE PROTECTION LLC** | ☐ Contingent | |
| | **3000 CENTERVILLE ROAD** | ☐ Unliquidated | |
| | **LITTLE CANADA, MN 55117** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ESP INTERNATIONAL**
**5920 DRY CREEK LANE NE**
**CEDAR RAPIDS, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ESTES**
**PO BOX 25612**
**RICHMOND, VA 23260-5612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EUGENE ORBECK**
**22889 228TH LANE**
**MCGRATH, MN 56350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EUROMATIC EQUIPMENT CO INC**
**161-15 ROCKAWAY BLVD**
**JAMAICA, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,234.80 |
|---|---|---|---|

**EUROTERMO SRL**
**VIA LUNGA, 18**
**BRESCIA   25126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,870.52 |
|---|---|---|---|

**EV RITE TOOL**
**P.O. BOX 251**
**WESTFIELD, MA 01086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EVAN M. NIEFELD, LTD.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EVOLUTION PRODUCT DEVELOPMENT INC**
**1500 JACKSON ST. NE, BOX 113**
**SUITE 195**
**MINNEAPOLIS, MN 55413**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EVS, INC**
**10025 VALLEY VIEW ROAD**
**SUITE 140**
**EDEN PRAIRIE, MN 55344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXCEED PACKAGING**
**c/o PRINSOURCE CAPITAL COMPANIES,**
**LLC**
**P.O. BOX 270107**
**MINNEAPOLIS, MN 55427-0107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXCELSIOR BAY CONSULTING, LLP**
**3701 SHORELINE DRIVE**
**SUITE 200B**
**ORONO, MN 55391**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXECUTIVE ADVISORY GROUP, LLC**
**5775 WAYZATA BLVD SUITE 975**
**ST LOUIS PARK, MN 55416**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXPENSE RECOVERY SERVICE INC**
**3550 COUNTY ROAD 4**
**MAHTOWA, MN 55707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EXPONENTIAL BUSINESS AND**
**TECHNOLOGIES CO**
**7154 SHADY OAK ROAD**
**EDEN PRAIRIE, MN 55344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.558** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,170.00**

EXPRESS IMAGE INC
2942 RICE STREET
LITTLE CANADA, MN 55113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.559** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,766.49**

EXPRESS SERVICES INC
PO BOX 203901
DALLAS, TX 75320-3901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.560** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

EXPRESSONE
P.O. BOX 30003, MAC# U125
SALT LAKE CITY, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

EXXONMOBIL CHEMICAL COMPANY (ACH)
13501 KATY FREEWAY
HOUSTON, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

EZCATER INC
101 ARCH STREET
SUITE 1510
BOSTON, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.563** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

FABCON PRECAST LLC
12520 QUENTIN AVENUE SOUTH
SUITE 200
SAVAGE, MN 55378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.564** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

FAEGRE BAKER DANIELS LLP
NW 6139
P.O. BOX 1450
MINNEAPOLIS, MN 55485-6139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,397.32** |
|---|---|---|---|

**FAIRCHILD EQUIPMENT**
PO BOX 856386
MINNEAPOLIS, MN 55485-6386

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FALCON PLASTICS INC**
PO BOX 788
1313 WESTERN AVE
BROOKINGS, SD 57006

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,310.65** |
|---|---|---|---|

**FARO TECHNOLOGIES INC.**
PO BOX 116908
ATLANTA, GA 30368-6908

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,756.19** |
|---|---|---|---|

**FAST RADIOS, INC**
PO BOX 628217
DRAWER 1200
ORLANDO, FL 32862-8217

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FASTENAL - RAMSEY**
P.O. BOX 1286
WINONA, MN 55987-1286

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,698.04** |
|---|---|---|---|

**FASTENAL CAMBRIDGE**
PO BOX 1286
WINONA, MN 55987-1286

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,485.40** |
|---|---|---|---|

**FASTENAL LAKEVILLE**
PO BOX 1286
WINONA, MN 55987-1286

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|--------|--------------------------------|------------------------|
| | Name | |

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FASTENAL MANKATO**
**PO BOX 1286**
**WINONA, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FEDERAL CARTRIDGE CO**
**900 EHLEN DRIVE**
**ANOKA, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FEDERAL EXPRESS**
**PO BOX 94515**
**PALATINE, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,430.15 |
|---|---|---|---|

**FEDERAL EXPRESS FREIGHT**
**DEPT CH PO BOX 10306**
**PALATINE, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,637.00 |
|---|---|---|---|

**FEDERAL FOAM TECHNOLOGIES INC**
**INDUSTRIAL DIVISION**
**600 WISCONSIN DRIVE**
**NEW RICHMOND, WI 54017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,102.11 |
|---|---|---|---|

**FEDERATED COOPS INC**
**502 SOUTH 2ND STREET**
**PRINCETON, MN 55371-1941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FEGGESTAD & HILL INC**
**2016 CROWBRIDGE DRIVE**
**FRISCO, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.36 |
|---|---|---|---|

FERRELLGAS
P.O. BOX 173940
DENVER, CO 80217-3940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

FGL PRECISION WORKS INC.
475 FENMAR DRIVE
TORONTO M9L2R6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,406.28 |
|---|---|---|---|

FIDELITY SECURITY LIFE INSURANCE
EYEMED
P.O. BOX 632530
CINCINNATI, OH 45263-2530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.00 |
|---|---|---|---|

FIERO FLUID POWER INC.
P.O. BOX 913228
DENVER, CO 80291-3228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

FIKE CORPORATION
P O BOX 1265
BLUE SPRINGS, MO 64013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

FILTRATION SYSTEMS
3943 MEADOWBROOK RD
ST. LOUIS PARK, MN 55426-4505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

FIRST COMMUNICATIONS
PO BOX 772069
DETROIT, MI 48277-2069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FLEET GO INC**
**1855 FRONTAGE RD SUITE A**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FLEX PAC INC**
**PO BOX 623129**
**INDIANAPOLIS, IN 46262-3129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FLEXIBLE PLASTICS**
**PO BOX 4023**
**MANKATO, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FLEXMATION INC**
**#111**
**PO BOX 1575**
**MINNEAPOLIS, MN 55480-1575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FLEXO IMPRESSIONS**
**8647 EAGLE CREEK PARKWAY**
**SAVAGE, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FLUEGGELS AG INC**
**2040 MAHOGANY STREET**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FMS CORPORATION**
**POWDER METAL DIVISION**
**8635 HARRIET AVE. S.**
**MINNEAPOLIS, MN 55420-2786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.593** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FOOD AND DRUG ADMINISTRATION**
**P O BOX 979108**
**ST LOUIS, MO 63197-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.594** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FOREMOST MACHINE BUILDERS**
**23 SPIELMAN RD**
**FAIRFILED, NJ 07004-6155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.595** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FOREMOST TECHNOLOGIES, LLC**
**5707 - 152ND STREET NORTH**
**HUGO, MN 55038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.596** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FORKLIFTS OF MINNESOTA**
**2201 W. 94TH ST.**
**BLOOMINGTON, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.597** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,694.48**

**FORTRESS FORMS, INC.**
**P.O. BOX 1403**
**BROOKFIELD, WI 53008-1403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.598** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FORWARD TECHNOLOGY**
**260 JENKS AVE SW**
**COKATO, MN 55321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.599** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FRANK M ZALLAR II**
**PO BOX 229**
**PINE CITY, MN 55063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FREDRIKSON & BYRON P.A.**
**PO BOX 1484**
**MINNEAPOLIS, MN 55480-1484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FREIGHTQUOTE.COM**
**1495 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.19 |
|---|---|---|---|

**FREUND CONTAINER**
**DIVISION OF BERLIN PACKAGING**
**36690 TREASURY CENTER**
**CHICAGO, IL 60694-6600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,756.23 |
|---|---|---|---|

**FRONTIER COMMUNICATIONS**
**P.O. BOX 740407**
**CINCINNATI, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRONTIER METAL STAMPING**
**3764 PURITAN WAY**
**FREDERICK, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FRONTIER TRUST**
**PO BOX 10399**
**FARGO, ND 58106-0399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FTI CONSULTING**
**PO BOX 418178**
**BOSTON, MA 02241-8178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,191.50 |
|---|---|---|---|

**FULFORD GROUP LLC**
**C/O TODD W. NOLLENBERGER, LTD.**
**222 S 9TH STREET STE 1600**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**G & J AWNING AND CANVAS INC**
**1260 10TH STREET NORTH**
**SAUK RAPIDS, MN 56379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**G & K SERVICES**
**PO BOX 842385**
**BOSTON, MA 02284-2385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**GARCOR SUPPLY CO., INC**
**PO BOX 1377**
**MARION, IN 46952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARD SPECIALISTS**
**P.O. BOX 157**
**621 HWY 17 S**
**EAGLE RIVER, WI 54521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARLAND'S INC**
**D/B/A CASSIDY TRICKER**
**2440 ENTERPRISE DRIVE**
**MENDOTA HEIGHTS, MN 55120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARY CHUA**
**1008 W. BURNSVILLE PARKWAY**
**APT. 131**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**GASKET ENGINEERING CO INC**
**4500 EAST 75TH TERR**
**PO BOX 320288**
**KANSAS CITY, MO 64132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**GATEWAY SALES CORP**
**PO BOX 2941**
**TUCKER, GA 30085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**GENERAL COLOR LLC**
**P.O. BOX 7**
**MINERVA, OH 44657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**GENERAL PALLET INC**
**701 COUNTY ROAD 7 SW**
**P.O. BOX 1014**
**HOWARD LAKE, MN 55349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**GENERAL PARTS DISTRIBUTION LLC**
**PO BOX 404875**
**ATLANTA, GA 30384-4875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**GENERAL PLASTIC EXTRUSIONS**
**1238 KASSON ROAD**
**PRESCOTT, WI 54021-1268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**GENERAL REPAIR SERVICE**
**3535 INTERNATIONAL DRIVE**
**VADNAIS HEIGHTS, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENERAL ROLL LEAF**
P.O. BOX 357
STOTTVILLE, NY 12172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENERAL TRANSPORT**
8675 ABERDEEN TRAIL
NORTHFIELD, MN 55057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENESEE APARTMENTS AND
TOWNHOMES LLC**
1000 WEST 80TH STREET
BLOOMINGTON, MN 55420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENESIS JIG GRINDING**
21034 HERON WAY #109
LAKEVILLE, MN 55044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GENESIS LOGISTICS**
811 THORNDALE AVE.
BENSENVILLE, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GEOMETRIC MOLD & MACHINE**
149 30TH ST DR SE UNIT B
CEDAR RAPIDS, IA 52403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GEOPHYSICAL SURVEY SYSTEMS INC**
40 SIMON STREET
NASHUA, NH 03060-3075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.628** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

GEORGE CAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.629** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

GEORGE KOCH SONS
10 SOUTH ELEVENTH AVE.
4200 UPPER MT VERNON RD
EVANSVILLE, IN 47744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.630** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

GEORGE KONICK ASSOCIATES, INC
7242 METRO BOULEVARD
EDINA, MN 55439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.631** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

GESSWEIN & CO INC
201 HANCOCK AVENUE
BRIDGEPORT, CT 06605-0936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.632** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

GKN SINTER METALS
PO BOX 2584
CAROL STREAM, IL 60132-2584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.633** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

GLEASONDALE
1270 NORTHLAND DRIVE
SUITE 158
MENDOTA HEIGHTS, MN 55120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

GLEN'S TIRE INC.
800 EAST FOREST AVE
MORA, MN 55051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.635** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**GLOBAL CONTACT INTL PUB CORP**
**16 WEST MAIN STREET**
**MARLTON, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.636** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,832.85

**GLOBAL EQUIPMENT COMPANY**
**29833 NETWORK PLACE**
**CHICAGO, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**GLOBAL MIDRANGE TECHNOLOGIES**
**6882-200 EDGEWATER COMMER**
**ORLANDO, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.638** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**GLOBALMED INC**
**15023 NORTH 73RD STREET**
**SCOTTSDALE, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**GLOBALTRANZ**
**PO BOX 6348**
**SCOTTSDALE, AZ 85261-6348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**GLORY GLOBAL SOLUTIONS**
**705 S 12TH STREET**
**WATERTOWN, WI 53094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**GNEIL**
**PO BOX 451179**
**SUNRISE, FL 33345-1179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GOLD CROSS REEDS COURIER SERVICE**
**PO BOX 1245**
**EAU CLAIRE, WI 54702-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GOLDBERG KOHN LTD.**
**ATTN: JEREMY M. DOWNS**
**55 EAST MONROE, STE. 3300**
**CHICAGO, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GOLDNER HAWN JOHNSON & MORRISON INC**
**ATTN: GRACE HAAGENSON**
**90 S. 7TH STREET, SUITE 3700**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $852.40 |
|---|---|---|---|

**GOODIN COMPANY**
**NW 5993**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GOODS AUTO & TRUCK REPAIR**
**P.O. BOX 30**
**HINCKLEY, MN 55037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $908.89 |
|---|---|---|---|

**GOODWAY TECHNOLOGIES CORP**
**DEPT. 106040, P.O. BOX 15**
**HARTFORD, CT 06115-0413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GOODWILL PUBLISHERS INC**
**DBA AMBASSADOR COMPANY**
**CHARLOTTE, NC 28289-0287**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GOPHER BEARING CO**
P.O. BOX 6286
CLEVELAND, OH 44194

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,370.00 |
|---|---|---|---|

**GOPHER RESOURCE**
NW 7124
PO BOX 1450
MINNEAPOLIS, MN 55485-7124

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GOPHER STATE SEALCOAT INC**
12519 RHODE ISLAND AVENUE
SAVAGE, MN 55378

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRAIN HANDLER USA INC**
21785 HAMBURG AVENUE
LAKEVILLE, MN 55044

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,526.83 |
|---|---|---|---|

**GRAINGER INDUSTRIAL SUPPLY**
DEPT. 806476594
PALATINE, IL 60038-0001

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRANUTEC LLC**
3 TAFT COURT
ROCKVILLE, MD 20850

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GRANZOW INC**
2300 CROWNPOINT EXECUTIVE DRIVE
CHARLOTTE, NC 28227

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GRAYBAR ELECTRIC**
**12437 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-2437**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREAT LAKES RUBBER & SUPPY**
**PO BOX 090860**
**MILWAUKEE, WI 53209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,608.17 |
|---|---|---|---|

**GREAT NORTHERN CORPORATION**
**421 PALMER STREET**
**CHIPPEWA FALLS, WI 54729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,429.18 |
|---|---|---|---|

**GREAT RIVER OFFICE PRODUCTS**
**115 S. WABASHA ST.**
**ST. PAUL, MN 55107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREAT WEST TRUST COMPANY LLC**
**PO BOX 561148**
**DENVER, CO 80256-1148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREATER MANKATO GROWTH INC**
**1961 PREMIER DRIVE**
**SUITE 100**
**MANKATO, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREEN BAY PACKAGING**
**BIN NO. 53139**
**MILWAUKEE, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.663**

**Nonpriority creditor's name and mailing address**

**GREEN CARE**
**1717 3RD AVENUE**
**MANKATO, MN 56001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.664**

**Nonpriority creditor's name and mailing address**

**GREEN DOT HOLDINGS LLC**
**211 BROADWAY**
**PO BOX #142**
**COTTONWOOD FALLS, KS 66845**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.665**

**Nonpriority creditor's name and mailing address**

**GREEN INDUSTRIAL**
**1525 INNOVATION DRIVE**
**DUBUQUE, IA 52002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.666**

**Nonpriority creditor's name and mailing address**

**GREENWAY & ASSOCIATES LTD**
**3811 450TH STREET**
**ORANGE CITY, IA 51041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.667**

**Nonpriority creditor's name and mailing address**

**GREG WAGNER**
**1617 RIVERWOOD DRIVE**
**BURNSVILLE, MN 55337**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.668**

**Nonpriority creditor's name and mailing address**

**GREIF BROTHERS CORPORATION**
**PO BOX 88879**
**CHICAGO, IL 60695-1879**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.669**

**Nonpriority creditor's name and mailing address**

**GRIZZLY INDUSTRIAL INC**
**PO BOX 2069**
**BELLINGHAM, WA 98227**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.670** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

GROUP HEALTH INC.
MAIL STOP #21109A
PO BOX 64059
ST. PAUL, MN 55164-0059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

GRUBER PALLETS INC
11490 HUDSON BLVD
LAKE ELMO, MN 55042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.672** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

GTL, INC
14391 AZURITE STREET NW
RAMSEY, MN 55303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

GUMBO SOFTWARE INC
809 W. HOWE ST
SEATTLE, WA 98119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.674** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

GUNFLINT CAPITAL INC
PO BOX 390463
EDINA, MN 55439-0463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.675** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

GURLEY PRECISION INSTRUMENTS
514 FULTON STREET
PO BOX 88
TROY, NY 12180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.676** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

GUY METALS
1890 GUY METALS DR
HAMMOND, WI 54015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|--------|--------------------------------|------------------------|
|        | Name                           |                        |

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**H & H BUYING & SELLING**
**3236 CALIFORNIA ST NE**
**MINNEAPOLIS, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**H & H MOTORWORKS**
**1397 505TH STREET WEST**
**STANCHFIELD, MN 55080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**H MUEHLSTEIN & CO**
**PO BOX 8500-5960**
**LOCKBOX #5960**
**PHILADELPHIA, PA 19178-5960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**H S DIE AND ENGINEERING INC**
**3955 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**H&A  ADMINISTRATORS**
**9800 SHELARD PARKWAY, SUITE 340**
**PLYMOUTH, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**HACH COMPANY**
**5600 LINDBERGH DR.**
**LOVELAND, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**HALLOCK COMPANY**
**7185 WASHINGTON AVE. S.**
**EDINA, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.684** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HAMMERTEK CORP
P.O. BOX 416
LANDISVILLE, PA 17538

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HARBOR PLASTICS, INC.
1470 COUNTY ROAD 90
MAPLE PLAIN, MN 55359

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HARD CHROME
2631 SECOND ST. NE
MINNEAPOLIS, MN 55418

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,300.96**

HARDWARE SPECIALTY CO
1001 LOWER LANDING ROAD
STE. 511
BLACKWOOD, NJ 08012

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HARRINGTON INDUSTRIAL PLASTICS
PO BOX 991099
LOUISVILLE, KY 40269

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,215.48**

HARRINGTON INDUSTRIAL PLASTICS
PO BOX 638250
CINCINNATI, OH 45263-8250

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HARRYS CAFE
20790 KEOKUK AVE. S.
LAKEVILLE, MN 55044

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.691** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,029.80**

**HARTFIEL COMPANY**
**NW 6091**
**P.BOX 1450**
**MINNEAPOLIS, MN 55485-6091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.692** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**HARVEY TEPNER**
**11 FIFTH AVENUE, APT. 8-L**
**NEW YORK, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**HARVEY VOGEL MANUFACTURING**
**425 WEIR DRIVE**
**WOODBURY, MN 55125-1200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,915.89**

**HASCO AMERICA, INC**
**270 RUTLEDGE ROAD UNIT B**
**FLETCHER, NC 28732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,525.00**

**HASSER GARAGE DOORS INC**
**340 BAYBERRY ROAD**
**BRAHAM, MN 55006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$420.92**

**HASTINGS AIR ENERGY CONTROL INC**
**5555 SO WESTRIDGE DRIVE**
**NEW BERLIN, MN 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**HAWK RIDGE SYSTEMS**
**575 CLYDE AVE**
**SUITE 420**
**MOUNTAIN VIEW, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|--------|--------------------------------|--------------------------|--|
| | Name | | |

**3.698**

Nonpriority creditor's name and mailing address

HAWK TECHNOLOGIES, INC.
200 MICHIGAN ST.
SUITE 430
HANCOCK, MI 49930

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**3.699**

Nonpriority creditor's name and mailing address

HAYS COMPANY
MI-88
P.O. BOX 1414
MINNEAPOLIS, MN 55480-1414

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**3.700**

Nonpriority creditor's name and mailing address

HAZELWOOD CORP.
800 MINNESOTA AVENUE NORTH
AITKIN, MN 56431

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**3.701**

Nonpriority creditor's name and mailing address

HEARTLAND COMPUTERS
1000 RIDGEVIEW DRIVE
MCHENRY, IL 60050

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $1,592.25
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**3.702**

Nonpriority creditor's name and mailing address

HEAT MIZER GLASS INC
27256 LAKEWOOD DRIVE NW
ISANTI, MN 55040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**3.703**

Nonpriority creditor's name and mailing address

HEATERLOGIX, LLC
P.O. BOX 85058
CHICAGO, IL 60680-0851

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**3.704**

Nonpriority creditor's name and mailing address

HEATHER MADDOX DESIGN
PO BOX 24447
EDINA, MN 55424

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.705** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HEATHER THOENNES
P.O. BOX 1512
LAKEVILLE, MN 55044

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.706** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HEIKES EQUIPMENT INC
22008 CANTON CT
FARMINGTON, MN 55024

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,900.00**

HEISER LOGISTICS
35 NORTH STREET, SUITE 50
CANANDAIGUA, NY 14424

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.708** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,266.89**

HELM ELECTRIC
22008 CANTON COURT
FARMINGTON, MN 55024

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.709** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HELPSYSTEMS, LLC
NW 5955
P.O.BOX 1450
MINNEAPOLIS, MN 55485-5955

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.710** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HELWIG CARBON PRODUCTS
PO BOX 240160
MILWAUKEE, WI 53224

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.711** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

HENKEL CORPORATION
PO BOX 281666
ATLANTA, GA 30384-1666

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HERC U LIFT**
**5655 HIGHWAY 12 WEST**
**PO BOX 69**
**MAPLE PLAIN, MN 55359-0069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HERCULES SEALING PRODUCTS**
**1016 NORTH BELCHER ROAD**
**CLEARWATER, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HERZOG ROOFING INC**
**PO BOX 117**
**LITTLE FALLS, MN 56345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HEXAGON METROLOGY INC**
**LOCKBOX 771742**
**1742 SOLUTIONS CTR.**
**CHICAGO, IL 60677-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**HEXAGON METROLOGY, INC**
**LOCKBOX 771741**
**1742 SOLUTIONS CENTER**
**CHICAGO, IL 60677-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HI TEC FINISHING**
**581 COUNTY ROAD A**
**HUDSON, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HICKORYTECH**
**PO BOX 64063**
**ST PAUL, MN 55164-0063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HIREQUEST, LLC**
**111 SPRINGHALL DRIVE**
**GOOSE CREEK, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOFF APPRAISAL ASSOCIATES**
**1325 QUINCY STREET NE**
**MINNEAPOLIS, MN 55413-1540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOFFBECK TRUCKING INC**
**9745 - 215TH STREET**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOFFMAN ENCLOSURES**
**2100 HOFFMAN WAY**
**ANOKA, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOLIDAY INN HOTEL & SUITES**
**20800 KENRICK AVENUE SOUTH**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOLIDAY STATIONSTORES, LLC**
**PO BOX 860456**
**MINNEAPOLIS, MN 55486-0456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,598.83 |
|---|---|---|---|

**HOLLAND MOLDS**
**13756 KNOB HILL ROAD**
**WADENA, MN 56482-9210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOLMES ARCHITECTURAL DESIGN**
**16547 KLAMATH COURT**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.10 |
|---|---|---|---|

**HOMELAND HEALTH SPECIALISTS INC**
**1621 E HENNEPIN AVE SUITE 230**
**MINNEAPOLIS, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HORIZON PLASTICS INTERNATIONAL**
**P.O. BOX 474**
**COBOURG, ON K9A 4L1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HORWITZ NSI**
**4401 QUEBEC AVE. N.**
**NEW HOPE, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOT RUNNER TECHNOLOGY**
**216 ROUTE 206**
**UNIT 2**
**HILLSBOROUGH, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HTP MEDS LLC**
**15 GRAY LANE**
**ASHAWAY, RI 02804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUBER UNIVERSAL SERVICES LLC**
**711 CANTERBURY ROAD SOUTH**
**SHAKOPEE, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.733** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

HUCKLE MEDIA LLC
514 CENTRAL AVENUE
FARIBAULT, MN 55021-4304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.734** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

HUDSON EXTRUSIONS INC
PO BOX 255
HUDSON, OH 44236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

HUSKY INJECTION MOLDING SYSTEMS
PO BOX 277927
ATLANTA, GA 30384-7927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

HY VEE INC
5820 WESTOWN PARKWAY
WEST DES MOINES, IA 50266-8290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.737** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

HYDRA FLEX INC
680 E. TRAVELERS TRAIL
BURNSVILLE, MN 55337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.738** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

HYDRA POWER HYDRAULICS
7373 WEST 126TH ST.
SAVAGE, MN 55378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.739** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

HYDRAULITEK
14311 EWING AVENUE
BURNSVILLE, MN 55306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.740**

**Nonpriority creditor's name and mailing address**

**HYDRITE CHEMICAL CO.**
**P.O. BOX 689227**
**CHICAGO, IL 60695-9227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$738.00**

---

**3.741**

**Nonpriority creditor's name and mailing address**

**HYDRO-SMART INC.**
**10725 165th AVENUE NW**
**ELK RIVER, MN 55330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742**

**Nonpriority creditor's name and mailing address**

**I SPACE**
**811 GLENWOOD AVENUE**
**MINNEAPOLIS, MN 55405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743**

**Nonpriority creditor's name and mailing address**

**I SPACE FURNITURE INC**
**811 GLENWOOD AVENUE**
**MINNEAPOLIS, MN 55405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.744**

**Nonpriority creditor's name and mailing address**

**ID ADDITIVES INC**
**512 W. BURLINGTON AVE**
**SUITE 208**
**LAGRANGE, IL 60525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745**

**Nonpriority creditor's name and mailing address**

**IDEX HEALTH & SCIENCE LLC**
**12906 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,594.62**

---

**3.746**

**Nonpriority creditor's name and mailing address**

**IFM EFECTOR INC**
**PO BOX 8358-307**
**PHILADELPHIA, PA 19171-0307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IGUS INC**
**PO BOX 14349**
**EAST PROVIDENCE, RI 02914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IKER MANUFACTURING**
**5475 QUAM AVENUE NE**
**ST MICHAEL, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IMPERIAL TOOL AND PLASTIC**
**7020 INDUSTRIAL LOOP**
**GREENDALE, WI 53129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,755.53 |
|---|---|---|---|

**IMPRESSIONS INC**
**1050 WESTGATE DR**
**ST PAUL, MN 55114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,695.44 |
|---|---|---|---|

**IMS COMPANY**
**PO BOX 75799**
**CLEVELAND, OH 44101-4755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IN PULSE CPR INC**
**21225 HI HO LANE**
**SPRING HILL, FL 34610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INCOE CORPORATION**
**2850 HIGH MEADOW CIRCLE**
**AUBURN HILLS, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.754** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$687.92**

**INDELCO PLASTICS CORPORATION**
**6530 CAMBRIDGE STREET**
**MINNEAPOLIS, MN 55426-4484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**INDEPENDENT DRUG TESTING SERVICES,**
**LLC**
**2595 LAPEER ROAD**
**AUBURN HILLS, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.756** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**INDEPENDENT PACKING SERVICES INC**
**7600 32ND AVENUE NORTH**
**CRYSTAL, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.757** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,200.72**

**INDUSTRIAL BATTERY PRODUCTS**
**75 REMITTANCE DRIVE**
**DEPT 1576**
**CHICAGO, IL 60675-1576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.758** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,267.85**

**INDUSTRIAL CUSTOM PRODUCTS**
**2801 37TH AVE. N.E.**
**MINNEAPOLIS, MN 55421-4217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.759** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**INDUSTRIAL DOOR CO., INC**
**PO BOX 48928**
**MINNEAPOLIS, MN 55448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.760** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**INDUSTRIAL ELECTRONIC REPAIR**
**266 NORTHSTAR DRIVE**
**SUITE 136**
**RURAL HALL, NC 27045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INDUSTRIAL HYDRAULICS SERVICES**
**13680 TOWNLINE AVE.**
**SHAKOPEE, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INDUSTIAL LUBRICANT COMPANY**
**ATTN:  ACCOUNTS RECEIVABLE**
**P.O. BOX 70**
**GRAND RAPIDS, MN 55744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.65 |
|---|---|---|---|

**INDUSTRIAL REPAIR SERVICE**
**2650 BUSINESS DRIVE**
**CUMMING, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INDUSTRIAL RUBBER & SUPPLY**
**17138 LINCOLN ST. NE**
**HAM LAKE, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INDUSTRIAL TOOL SERVICE**
**756 BALLANTYNE LANE NE**
**SPRING LAKE PARK, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INDUSTRIES INC.**
**ACCOUNTS RECEIVABLE**
**601 S.CLEVELAND STREET**
**CAMBRIDGE, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INFINITY COMPOUNDING LLC**
**2079 CENTER SQUARE ROAD**
**SWEDESBORO, NJ 08085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.768**

**Nonpriority creditor's name and mailing address**
INFOR (US), INC.
NW 7418
P.O. BOX 1450
MINNEAPOLIS, MN 55485-7418

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$94,973.02**

---

**3.769**

**Nonpriority creditor's name and mailing address**
INNOTEK CORPORATION
PO BOX 8736
CAROL STREAM, IL 60197-8736

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$244.06**

---

**3.770**

**Nonpriority creditor's name and mailing address**
INNOVATIVE INJECTION TECHNOLOGIES INC
2360 GRAND AVENUE
WEST DES MOINES, IA 50265

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.771**

**Nonpriority creditor's name and mailing address**
INNOVATIVE OFFICE SOLUTIONS
PO BOX 860627
MINNEAPOLIS, MN 55486-0627

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,292.99**

---

**3.772**

**Nonpriority creditor's name and mailing address**
INNOVMETRIC SOFTWARE INC
2014 CYRILLE-DUQUET
SUITE 310
QUEBEC G1N4N6

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.773**

**Nonpriority creditor's name and mailing address**
INOF ASSET ACQUISITION dba INNO FLEX LLC
7101 31ST AVENUE NORTH
NEW HOPE, MN 55427

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,940.00**

---

**3.774**

**Nonpriority creditor's name and mailing address**
INSLEEP TECHNOLOGIES
3265 MERIDIAN PKWY SUITE 114
WESTON, FL 33331

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INSPECTIONXPERT CORPORATION**
**PO BOX 1660**
**APEX, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INTECH INDUSTRIES INC**
**7180 SUNWOOD DRIVE NW**
**RAMSEY, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INTEGRATED TOOLING SYSTEMS**
**9288 WELLINGTON LANE N**
**MAPLE GROVE, MN 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INTER PLANT SALES**
**5212 130TH STREET**
**HUGO, MN 55038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INTERACTIVE TECHNOLOGY INC**
**2266 NORTH SECOND ST.**
**NORTH ST. PAUL, MN 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INTERNATIONAL PAPER**
**1689 SOLUTIONS CENTER**
**CHICAGO, IL 60677-1006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**INTERSTATE POWER SYSTEMS**
**NW 7244, PO BOX 1450**
**MINNEAPOLIS, MN 55485-7244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTRO TEC INC**
**PO BOX 279513**
**MIRAMAR, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INVENIO SP Z O O**
**MONTAZOWA 3B**
**BIELSKO BIALA 43 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IQMS, LLC**
**2821 S. PARKER ROAD**
**AURORA, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.00 |
|---|---|---|---|

**IRISH TITAN**
**5320 WEST 23RD STREET**
**SUITE 300**
**MINNEAPOLIS, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,119.00 |
|---|---|---|---|

**IRON MOUNTAIN INC**
**PO BOX 27128**
**NEW YORK, NY 10087-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISAAC WESTON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ITW EAE (ILLINOIS TOOL WORKS)**
**39392 TREASURY CENTER**
**CHICAGO, IL 60694-9300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.789**

Nonpriority creditor's name and mailing address

**ITW UNITED SILICONE**
**75 REMITTANCE DRIVE**
**SUITE 75694**
**CHICAGO, IL 60675-5694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.790**

Nonpriority creditor's name and mailing address

**J & M AG SERVICES INC**
**PO BOX 250**
**NORTH NEWTON, KS 67117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.791**

Nonpriority creditor's name and mailing address

**J & W INSTRUMENTS INC**
**4800 MUSTANG CIRLCE**
**NEW BRIGHTON, MN 55112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792**

Nonpriority creditor's name and mailing address

**J OLSON TOOL INC**
**13449 FENWAY BLVD CIR N**
**HUGO, MN 55038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.793**

Nonpriority creditor's name and mailing address

**J W SPEAKER CORP**
**BOX 68-6171**
**MILWAUKEE, WI 53268-6171**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794**

Nonpriority creditor's name and mailing address

**J&E EARLL INDUSTIRES, INC.**
**7925 215TH ST W**
**PO BOX 546**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$1,014.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.795**

Nonpriority creditor's name and mailing address

**J&E INDUSTRIES INC**
**DIV. OF J&E/EARLL MFG CO.**
**4500 VALLEY INDUSTRIAL BL**
**SHAKOPEE, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$1,014.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J&E PRECISION MACHINING**
**600 7TH STREET SOUTH**
**DELANO, MN 55328-8613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J. J. KELLER**
**PO BOX 6609**
**CAROL STREAM, IL 60197-6609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACOB GOETTSCHE**
**8251 DEL DRIVE NORTH**
**MINNEAPOLIS, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAHNS TRANSFER INC**
**2414 HEMSTOCK DRIVE**
**LA CROSSE, WI 54603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMIE BARRY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAMPLAST, INC.**
**PO BOX 796025**
**ST. LOUIS, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JANESVILLE TOOL & MANUFACTURING, INC.**
**3930 ENTERPRISE DRIVE**
**JANESVILLE, WI 53546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.803** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JASON HELLING
7327 UPPER 139TH STREET WEST
APPLE VALLEY, MN 55124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.804** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JAVENS MECHANICAL CONTRACTING
59160 MADISON AVENUE
MANKATO, MN 56001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.805** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JAY BAUER
8464 133RD STREET COURT
APPLE VALLEY, MN 55124

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.806** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JAYTECH
1290 OSBORNE ROAD NE
FRIDLEY, MN 55432

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.807** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JB CONTROLS
7350 OHMS LANE
EDINA, MN 55439

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.808** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JB TESTING INC
1537 - 92ND LANE NE
BLAINE, MN 55449

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.809** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JBS LOGISTICS INC
200 REGENCY DRIVE
GLENDALE HEIGHTS, IL 60139

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JD DESIGNS**
**2591 LITTLE TELANDER DRIVE**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JD GOODRICH & ASSOCIATES**
**PO BOX 44301**
**EDEN PRAIRIE, MN 55344-1301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JD INDUSTRIAL SUPPLY**
**PO BOX 504**
**GRASS LAKE, MI 49240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,780.00 |
|---|---|---|---|

**JDM MACHINING INC**
**11566 CO. RD. 30**
**STAPLES, MN 56479-2264**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFF AYERS**
**7499 GRANADA BAY S.**
**COTTAGE GROVE, MN 55016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFF BELZERS CHEVROLET**
**PO BOX 965**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JEFF BERG**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.817**

**Nonpriority creditor's name and mailing address**

**JEFF FACKLER**
**TRIMOUNT LLC**
**69015 HURTLEY RANCH ROAD**
**SISTERS, OR 97759**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.818**

**Nonpriority creditor's name and mailing address**

**JEFF PETERSON**
**2125 STATE HWY. 47**
**OGILVIE, MN 56358**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.819**

**Nonpriority creditor's name and mailing address**

**JEFFREY JOHNSON**
**210 MATTSON ROAD**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.820**

**Nonpriority creditor's name and mailing address**

**JEFFREY RADUENZ**
**16587 FRANKLIN TRAIL SE**
**PRIOR LAKE, MN 55372**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.821**

**Nonpriority creditor's name and mailing address**

**JEFFS MACHINE & WELDING**
**2194 PROKOSCH RD.**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.822**

**Nonpriority creditor's name and mailing address**

**JENIFER HUIZINGA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.823**

**Nonpriority creditor's name and mailing address**

**JENNIFER WARFIELD**
**1928 HACKBERRY LANE**
**SHAKOPEE, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JENNY VALSTAD**
**15696 CRYSTAL PATH**
**ROSEMOUNT, MN 55068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JEREMY PALM**
**512 JULIET DRIVE**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSE CONNORS**
**27155 HIDDEN TUNNEL LANE**
**BROOK PARK, MN 55007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JESSE PEDRIC**
**8950 GOODRICH ROAD**
**APT. 305**
**BLOOMINGTON, MN 55437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIM NEHRING**
**1844 145TH AVENUE**
**OGILVIE, MN 56358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JIM STRAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JINDRAS SEWER SERVICE**
**13417 150TH AVE**
**FORESTON, MN 56330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JJK PROPERTIES LLC**
**21476 GRENADA AVENUE**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JML FABRICATION, LLC**
**21130 CHIPPENDALE AVE**
**FARMINGTON, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOBSHQ**
**PO BOX 6024**
**FARGO, ND 58107-6024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**JOBTARGET LLC**
**DEPT CH 16743**
**PALATINE, IL 60055-6743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JODY ANDERSON DBA P-D'S EMBROIDERY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOE BROCKNER**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOE BROCKNER GENERAL CONTRACTING**
**2468 HWY 65**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.838** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JOE FIEDLER**
**400 S. 2ND ST.**
**LESUEUR, MN 56058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.839** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JOE KINSELLA**
**211 4TH STREET EAST**
**NORTHFIELD, MN 55057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,163.01**

**JOGETI PLASTIC DECORATING &**
**ASSEMBLY**
**520 N EIGHTH STREET**
**MEDFORD, WI 54451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JOHN DEERE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JOHN HANCOCK LIFE INSURANCE**
**PO BOX 894764**
**LOS ANGELES, CA 90189-4764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.843** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,318.94**

**JOHN HENRY FOSTER**
**PO BOX 860625**
**MINNEAPOLIS, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.844** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JOHN ROBERTS**
**2193 260TH AVENUE**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.845** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JOHN THOMAS
15233 WILD WINGS CT.
MINNETONKA, MN 55345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.846** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JOHN WATKINS
504 SIMIONE CT.
NORTHFIELD, MN 55057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$538.59**

JOHNSON HARDWARE & RENTAL
212 RAILROAD AVE NW
MORA, MN 55051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JOHNSON OUTDOORS INC
1531 E. MADISON AVE.
P.O. BOX 8129
MANKATO 6002-8129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JON ANDERSON
15 MAPLE ISLAND ROAD
BURNSVILLE, MN 55306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JON WIGEN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.851** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

JONATHAN D SCHWARTE
155 MAIN STREET
FORESTON, MN 56330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.852** | Nonpriority creditor's name and mailing address

**JONATHAN P LARSON**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.853** | Nonpriority creditor's name and mailing address

**JORDAN ALLEN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.854** | Nonpriority creditor's name and mailing address

**JOSE ZAPATA**
**17000 GANNON WAY WEST**
**ROSEMOUNT, MN 55068**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.855** | Nonpriority creditor's name and mailing address

**JOSH NICKLAY**
**1619 MCAFEE STREET**
**SAINT PAUL, MN 55106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.856** | Nonpriority creditor's name and mailing address

**JOSHUA SHERMAN**
**1099 LOWELL CIRCLE**
**SAINT PAUL, MN 55124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.857** | Nonpriority creditor's name and mailing address

**JOYCE PRICE**
**2312 PLUM STREET**
**BROOK PARK, MN 55007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.858** | Nonpriority creditor's name and mailing address

**JULIE HOLMSTROM**
**1020 E MAPLE AVE**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTIN SELBRADE**
**215 E. PAQUIN STREET**
**WATERVILLE, MN 56096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTIN STEFFL**
**626 MCLEAN STREET**
**APT. 2**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,229.66 |
|---|---|---|---|

**JWB LLC**
**7965 WEST 215TH STREET**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K & K TOOL SERVICE**
**225 - 3RD ST. W.**
**P.O. BOX 811**
**COKATO, MN 55321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K & R CUSTOM MEATS**
**2072  315TH AVE.**
**ISLE, MN 56342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,080.00 |
|---|---|---|---|

**K W PLASTICS**
**PO BOX 707**
**TROY, AL 36081-0707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K WAY EXPRESS INC**
**P.O. BOX 266**
**WINSTED, MN 55395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K.D. CAPITAL EQUIPMENT, LLC**
**7918 E. MCCLAIN DRIVE**
**SUITE 101**
**SCOTTSDALE, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAM TOOL & MOLD**
**1300 COBBLESTONE WAY**
**WOODSTOCK, IL 60098**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAMAN**
**P.O. BOX 74566**
**CHICAGO, IL 60696-4566**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KANABEC COUNTY AUDITOR TR**
**18 N VINE ST**
**STE 261A**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KANABEC COUNTY PUBLIC HEA**
**905 EAST FOREST AVENUE, S**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668.75 |
|---|---|---|---|

**KANABEC PUBLICATIONS**
**107 SOUTH PARK STREET**
**MORA, MN 55051-1459**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KANABEC RENTAL**
**1520 E. MAPLE AVENUE**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KANO LABORATORIES INC**
**PO BOX 110098**
**NASHVILLE, TN 37222-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAPCO METAL STAMPING**
**1000 BADGER CIRCLE**
**GRAFTON, WI 53024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAPSTONE CONTAINER CORP.**
**PO BOX 840890**
**DALLAS, TX 75284-0890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KAREN VAVRA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KARIN DAVIS**
**15848 EMPEROR AVENUE**
**APT. 304**
**APPLE VALLEY, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KASELLA CONCRETE INC**
**6191 - 330TH AVE**
**PIERZ, MN 56364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KATO ROOFING INC**
**321 LUNDIN BLVD**
**MANKATO, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.880** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KAWAGUCHI AMERICA LTD**
**11301 WEST 47TH ST**
**MINNETONKA, MN 55343-8849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.881** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,352.50**

**KAWALEK TRUCKING**
**1352 LIBERTY STREET**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.882** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KAWASAKI MOTORS MANUFACTURING,**
**USA**
**6600 NW 27TH STREET**
**LINCOLN, NE 68524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.883** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KB CLEANING & SERVICES**
**2238 1/2 FAIRBANKS DRIVE**
**NORTH MANKATO, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.884** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KELLEY BUCKENTINE CONSULTING**
**2112 GRIMM ROAD**
**CHASKA, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.885** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KELLY COOPER**
**2094 HWY. 27**
**ISLE, MN 56342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.886** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KELLY NELSON PACKAGING INC**
**PO BOX 665**
**CAMBRIDGE, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.887 | **Nonpriority creditor's name and mailing address**<br>**KEN FACKLER**<br>**P.O. BOX 316**<br>**MORA, MN 55051** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.888 | **Nonpriority creditor's name and mailing address**<br>**KENDECO TOOL CRIB**<br>**PO BOX 133**<br>**ST CLOUD, MN 56302-0133** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.889 | **Nonpriority creditor's name and mailing address**<br>**KENDRICK JOHNSON & ASSOCIATES**<br>**9609 GIRARD AVENUE SO**<br>**MINNEAPOLIS, MN 55431-2619** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.890 | **Nonpriority creditor's name and mailing address**<br>**KENNEDY SCALES**<br>**11485 XEON STREET NW**<br>**COON RAPIDS, MN 55448** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.891 | **Nonpriority creditor's name and mailing address**<br>**KEVIN SKOW**<br>**43357 VISTA ROAD**<br>**ISLE, MN 56342** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.892 | **Nonpriority creditor's name and mailing address**<br>**KEYENCE CORP**<br>**DEPT CH 17128**<br>**PALATINE, IL 60055-7128** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,939.25 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.893 | **Nonpriority creditor's name and mailing address**<br>**KILIAN MANUFACTURING CORPORATION**<br>**24989 NETWORK PLACE**<br>**CHICAGO, IL 60673-1249** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KING CONTROLS**
**11200 HAMPSHIRE AVE. S.**
**BLOOMINGTON, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KLN TEMP SERVICES**
**6909 PRINGLE RD.**
**CASS CITY, MI 48726**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KNOLL**
**PO BOX 157**
**1235 WATER STREET**
**EAST GREENVILLE, PA 18041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KOCSIS TECHNOLOGIES INC**
**11755 S. AUSTIN AVE**
**ALSIP, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KONA ICE**
**122 ALLEN LANE**
**FARIBAULT, MN 55021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KOPP PLUMBING & HEATING INC**
**22355 LAKEWOOD DR**
**MADISON LAKE, MN 56063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KOSAL KROEUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.901** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KRAUSS MAFFEI CORPORATION**
**PO BOX 1041**
**NEW YORK, NY 10268-1041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KRONOS**
**PO BOX 845748**
**BOSTON, MA 02284-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KRUEGER TRANSPORTATION INC**
**21964 STATE HWY 56**
**AUSTIN, MN 55912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KTR CORPORATION**
**3459 MOMENTUM PLACE**
**CHICAGO, IL 60689-5334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KURT SCHUTTE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KURT SCHUTTE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KYLE HABINGER BURRIS**
**10650 HAMPSHIRE AVENUE SOUTH**
**APT. 228**
**BLOOMINGTON, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**L & S ELECTRIC, INC**
**5101 MESKER STREET**
**P.O. BOX 740**
**SCHOFIELD, WI 54476-0740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**L3 COMMUNICATIONS AVIONICS SYSTEMS**
**5353 52ND STREET SOUTH**
**GRAND RAPIDS, MI 49512-9704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LABEL PRODUCTS**
**12571 OLIVER AVE. S.**
**SUITE 700**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LACINA SIDING & WINDOWS INC SNOW**
**DIVISIO**
**2104 N RIVERFRONT DRIVE**
**MANKATO, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAFRANCE CORP**
**P.O. BOX 820959**
**PHILADELPHIA, PA 19182-0959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAKE CENTER TRANSPORTATION**
**DEPT. 78255**
**DETROIT, MI 48278-0255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAKELAND ENGINEERING CO**
**5735 LINDSAY STREET**
**MINNEAPOLIS, MN 55422-4655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,907.50 |
|---|---|---|---|

**LAKEVIEW INDUSTRIES**
**2100 COMMERCE DRIVE**
**CARNER, MN 55315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAKEVILLE AREA CHAMBER OF**
**COMMERCE**
**19950 DODD BOULEVARD**
**SUITE 101**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAKEVILLE MOTOR EXPRESS**
**PO BOX 88271**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LANCHAM USA INC.**
**7545 IRVINE CENTER DR. SUITE 200**
**IRVINE, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LAROS EQUIPMENT COMPANY**
**8278 SHAVER ROAD**
**PORTAGE, MI 49024-5440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LARRY HULLETT**
**757 STONEBROOKE DRIVE**
**SHAKOPEE, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LARRY KINTNER**
**714 HERITAGE WAY**
**FARMINGTON, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.922** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LASER TECHNOLOGIES**
LB 5273
PO BOX 9438
MINNEAPOLIS, MN 55440-9438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.923** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LATARRIS ROBINSON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.924** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LATITUDE GRAPHICS**
2600 WEST BELTLINE HWY
MIDDLETON, WI 53562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.925** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LAURUS TRANSACTION ADVISORS LLC**
8310 SOUTH VALLEY HWY
SUITE 300
ENGLEWOOD, CO 80113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,968.15**

**LAWSON PRODUCTS INC**
PO BOX 809401
CHICAGO, IL 60680-9401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LE SUEUR COUNTY AUDITOR TREASURER**
88 SOUTH PARK AVE.
ATTN:  PAM SIMONETTE
LE CENTER, MN 56057-1620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**LEE MEDICAL LTD**
666 PLAINSBORO ROAD SUITE 1271
PO BOX 469
EDINA, MN 08536-0469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEE SPRING CO**
**140 58TH ST., #3C**
**BROOKLYN, NY 11220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.62 |
|---|---|---|---|

**LENNYS SERVICE**
**711 HIGHWAY 65 SOUTH**
**MORA, MN 55051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,422.40 |
|---|---|---|---|

**LEWIS MOTOR REPAIR**
**3015 4TH. ST. S.**
**WAITE PARK, MN 56387**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEXCO CABLE MFG & DISTRIBUTORS**
**7320 W. AGATITE**
**NORRIDGE, IL 60706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEXINGTON INSURANCE CO**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LGT HYDRAULIC SERVICE COMPANY INC**
**60063 203RD ST.**
**MANKATO, MN 56001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,031.68 |
|---|---|---|---|

**LIBERTY CARTON**
**PO BOX 856558**
**MINNEAPOLIS, MN 55485**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$899.01** |
|---|---|---|---|

**LIBERTY CLARK INC. d/b/a PROMO PRODUCTS**
**19228 INDUSTRIAL BLVD NW**
**ELK RIVER, MN 55330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LIESCH ASSOCIATES, INC.**
**PO BOX 843358**
**KANSAS CITY, MO 64184-3358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LIGHTING MASTERS**
**450 BEACON AVENUE**
**ST PAUL, MN 55104-3529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LILLIE SUBURBAN NEWSPAPERS INC**
**CLASSIFIED RECEIVABLES**
**2515 SEVENTH AVE.**
**N. ST. PAUL, MN 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LINCOLN INTERNATIONAL LLC**
**500 WEST MADISON STREET**
**SUITE 3900**
**CHICAGO, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LINDQUIST & VENNUM LLP**
**SDS-12-3077**
**PO BOX 86**
**MINNEAPOLIS, MN 55486-3077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LITCHFIELD SHIPPING**
**24594 608TH AVE.**
**LITCHFIELD, MN 55355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,420.13 |
|---|---|---|---|

**LITHOCRAFTERS PRINTING**
**936 STATE STREET**
**P.O. BOX 614**
**MARINETTE, WI 54143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LITINPAK**
**3003 PACIFIC ST. N.**
**MINNEAPOLIS, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,685.69 |
|---|---|---|---|

**LJP WASTE & RECYCLE LLC**
**2160 RINGHOFER DRIVE**
**NORTH MANKATO, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $331.71 |
|---|---|---|---|

**LOCKFAST LOC**
**107 NE DRIVE**
**LOVELAND, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LOES OIL COMPANY INC**
**40563 520TH STREET**
**NORTH MANKATO, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**LOFFLER COMPANIES INC**
**BIN # 131511**
**PO BOX 1511**
**MINNEAPOLIS, MN 55480-1511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,052.09 |
|---|---|---|---|

**LOFTON LABEL INC**
**6290 CLAUDE WAY EAST**
**INVER GROVE HTS, MN 55076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOGIC SEAL LLC**
**28 MAIN ST.**
**OAKVILLE, CT 06779-1704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOGISTICS PLANNING SERVICES**
**PO BOX 6348**
**SCOTTSDALE, AZ 85261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOKENS PARKING LOT PAINTING &**
**SWEEPING**
**106 ICHABOD LANE**
**MANKATO, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LOU BEIDEL**
**1343 210TH AVENUE**
**OGILVIE, MN 56358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LS ENGINEERS INC**
**234 NORTH MAIN STREET**
**LE SUEUR, MN 56058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,062.06 |
|---|---|---|---|

**LUBE TECH & PARTNERS LLC**
**28873 NETWORK PLACE**
**CHICAGO, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.32 |
|---|---|---|---|

**LUBE USA, INC**
**1075 THOUSAND OAKS BLVD**
**GREENVILLE, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.957** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LUCAS A JUBERA**
**131 WOOD STREET SOUTH**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.958** | Nonpriority creditor's name and mailing address | **$0.00**

**LUNDELL MANUFACTURING CORP**
**2700 RANCHVIEW LANE**
**PLYMOUTH, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.959** | Nonpriority creditor's name and mailing address | **$16,007.56**

**LUNIESKI & ASSOCIATES**
**7831 E. BUSH LAKE RD.**
**STE. 102**
**MINNEAPOLIS, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.960** | Nonpriority creditor's name and mailing address | **$0.00**

**LUTZ SALES COMPANY INC.**
**4675 TURNBERRY DRIVE**
**HANOVER PARK, IL 60133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961** | Nonpriority creditor's name and mailing address | **$700.00**

**LUXOTTICA RETAIL NORTH AMERICA**
**BANK OF AMERICA LOCKBOX SERVICES**
**14963 COLLECTIONS CTR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.962** | Nonpriority creditor's name and mailing address | **$100,609.54**

**LYONDELLBASELL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.963** | Nonpriority creditor's name and mailing address | **$0.00**

**M & H ENGRAVING**
**201 LINDA DR**
**EAGLE LAKE, MN 56024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.964** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**M AUTOMATION**
**7750 CO RD 33**
**NEW GERMANY, MN 55367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.965** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**M&A EXECUTIVE SEARCH, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.966** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**M&M QUALITY SOLUTIONS INC**
**PO BOX 681325**
**RIVERSIDE, MO 64168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.967** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,236.32**

**M. HOLLAND COMPANY**
**75 REMITTANCE DRIVE**
**SUITE 6498**
**CHICAGO, IL 60675-6498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.968** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**M. JACOBS & SONS**
**35601 VERONICA ST.**
**LIVONIA, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,484.00**

**M. LIZEN MANUFACTURING**
**2625 FEDERAL SIGNAL DRIVE**
**UNIVERSITY PARK, IL 60484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,452.60**

**M3V DATA MANAGEMENT**
**11925 EAST 65TH ST**
**STE. 2**
**INDIANAPOLIS, IN 46236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.971** | Nonpriority creditor's name and mailing address

**MABIS SHIPPING SOLUTIONS INC dba
LABELMA
126 W STREETSBORO STREET #14
HUDSON, OH 44236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.972** | Nonpriority creditor's name and mailing address

**MACHINE SYSTEMS INTEGRATORS INC
1180 NORELL AVENUE
STILLWATER, MN 55082**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.973** | Nonpriority creditor's name and mailing address

**MACHINE TOOL SUPPLY
3150 MIKE COLLINS DRIVE
EAGAN, MN 55121-2292**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.974** | Nonpriority creditor's name and mailing address

**MACHINERY NETWORK
15910 VENTURA BLVD
SUITE 1410
ENCINO, CA 91436**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.975** | Nonpriority creditor's name and mailing address

**MAGID GLOVE & SAFETY
1300 NAPERVILLE DRIVE
ROMEOVILLE, IL 60446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.976** | Nonpriority creditor's name and mailing address

**MAGUIRE PRODUCTS INC
PO BOX 2056
ASTON, PA 19014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.977** | Nonpriority creditor's name and mailing address

**MAINSTREET COFFEE CAFE
MAINSTREET COFFEE CAFE
20615 HOLT AVENUE
LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Imperial Plastics, Incorporated** |
| | Name |

Case number *(if known)* _____

---

**3.978** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,296.10**

**MAINTENANCE RESELLER CORPORATION**
P.O. BOX 2452
WOBURN, MA 01888

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.979** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MAJOR POLYMERS DISTRIBUTION**
2011 CHRISTIAN B HAAS DRIVE
ST. CLAIR, MI 48079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.980** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MANAGEMENT RECRUITERS OF THE**
ST CROIX VALLEY
PO BOX 45
ST CROIX FALLS, WI 54024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.981** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MANKATO BEARING COMPANY**
1804 NORTH RIVERFRONT DRVE
MANKATO, MN 56001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.982** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MANKATO CLINIC LTD**
1230 EAST MAIN STREET
BOX 8674
MANKATO, MN 56002-8674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.983** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MANKATO FAIRMONT FIRE & SAFETY**
PO BOX 51
MANKATO, MN 56002-0051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.984** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MANKATO LANDSHAPES INC**
60505 216TH STREET
EAGLE LAKE, MN 56024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MANKATO PACKAGING**
**1640 COMMERCE DRIVE**
**NORTH MANKATO, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MANKATO REHABILITATION CENTER, INC.**
**PO BOX 328**
**MANKATO, MN 56002-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,532.87 |
|---|---|---|---|

**MANKATO SCREW PRODUCTS**
**308 SOUTH MCKINZIE**
**PO BOX 1027**
**MANKATO, MN 56002-1027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,311.32 |
|---|---|---|---|

**MANN HUMMEL FILTRATION TECHNOLOGY**
**US LLC**
**JPM CHASE**
**PO BOX 73071**
**CHICAGO, IL 60673-7071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MANUFACTUERS ASSOCIATION FOR**
**PLASTICS PR**
**7321 SHADELAND STATION**
**SUITE 285**
**INDIANAPOLIS, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,972.00 |
|---|---|---|---|

**MANUFACTURERS ALLIANCE**
**8421 WAYZATA BLVD**
**SUITE 150**
**GOLDEN VALLEY, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MANUFACTURERS NEWS**
**1633 CENTRAL ST.**
**EVANSTON, IL 60201-1569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.992** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

MARC BLEHERT
1294 CASTLE COURT
GOLDEN VALLEY, MN 55427

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.993** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

MARCO
N.W. 7128
PO BOX 1450
MPLS, MN 55485-7128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

MARIAN CHICAGO INC
396 WEGNER DRIVE
WEST CHICAGO, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.995** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

MARIAN ETOH

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.996** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

MARK BECKER
364 SOUTH PARK AVE
LE CENTER, MN 56057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.997** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

MARK LIEBHARD
135 6TH STREET
GREEN ISLE, MN 55338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.998** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

MARK SHIPSTAD
2344 BURKE AVENUE EAST
NORTH SAINT PAUL, MN 55109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.999**

Nonpriority creditor's name and mailing address
**MARK TARTAGLIA**
**142 WEST 97TH STREET**
**BLOOMINGTON, MN 55421**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1000**

Nonpriority creditor's name and mailing address
**MARKETING TECHNOLOGIES**
**923 POPLAR PLACE**
**BOULDER, CO 80304**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1001**

Nonpriority creditor's name and mailing address
**MARKETPLACE MINISTRIES**
**2001 W PLANO PKWY #3200**
**PLANO, TX 75075**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1002**

Nonpriority creditor's name and mailing address
**MARSHALL ANDERSON TRUCKING**
**P.O. BOX 503**
**CANNON FALLS, MN 55009**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1003**

Nonpriority creditor's name and mailing address
**MARSHALL WOLF AUTOMATION**
**923 SOUTH MAIN STREET**
**ALGONQUIN, IL 60102**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1004**

Nonpriority creditor's name and mailing address
**MARTECH SERVICES COMPANY**
**PO BOX 7079**
**MAZEPPA, MN 55956**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1005**

Nonpriority creditor's name and mailing address
**MARUKA USA INC**
**1210 NE DOUGLAS STREET**
**LEES SUMMIT, MO 64086**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$4,581.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

**MASTCOM**
**807 BROADWAY STREET NE**
**SUITE 210**
**MINNEAPOLIS, MN 55413**

Date(s) debt was incurred _

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**MASTER MAGNETICS INC**
**1211 ATCHISON COURT**
**CASTLE ROCK, CO 80109**

Date(s) debt was incurred _

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$452.60**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**MASTERSON STAFFING SOLUTIONS**
**3300 FERNBROOK LANE NORTH**
**SUITE 200**
**PLYMOUTH, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$80,731.01**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**MASTIP, INC**
**240 INFO HIGHWAY**
**SLINGER, WI 53086**

Date(s) debt was incurred _

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**MATHESON TRI GAS INC**
**PO BOX 347297**
**PITTSBURGH, PA 15251-4297**

Date(s) debt was incurred _

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**MATHEW FERRARO-ANKER**

Date(s) debt was incurred _

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**MATSUI AMERICA INC**
**5825 TURNBERRY DRIVE**
**HANOVER PARK, IL 60133**

Date(s) debt was incurred _

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.101 3**

**Nonpriority creditor's name and mailing address**

**MATT DAHLEN**
**18351 KENYON AVENUE**
**APT. 317**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**MAVERICK ENGINEERING &**
**MANUFACTURING**
**21725 HAMBURG AVENUE**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,320.00

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**MAVERICK LAWN CARE**
**246 TERRACE VIEW WEST**
**MANKATO, MN 56001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**MAYER SOFT WATER CULLIGAN**
**203 SOUTH FRONT**
**PO BOX 296**
**ST PETER, MN ST PETER**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**MAYO CLINIC HEALTH SYSTEM**
**1025 MARSH STREET**
**MANKATO, MN 56001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**MCDONOUGH TRUCK LINE INC**
**3115 INDUSTRIAL DRIVE**
**FARIBAULT, MN 55021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**MCGUIREWOODS LLP**
**800 EAST CANAL STREET GATEWAY**
**PLAZA**
**RICHMOND, VA 23219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**MCI PAINT & DRYWALL**
**21205 EATON AVE.**
**SUITE 1**
**FARMINGTON, MN 55024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**MCM IND CO INC**
**22901 MILLCREEK BLVD.**
**SUITE 250**
**HIGHLAND HILLS, OH 44122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$957.84**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

**MCMAHON PAPER**
**PO BOX 10162**
**FORT WAYNE, IN 46850**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

**McMASTER CARR CO**
**PO BOX 7690**
**CHICAGO, IL 60680-7690**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$20,226.77**

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

**MEADOWORKS**
**935 NATIONAL PKWY**
**SUITE 93515**
**SCHAUMBURG, IL 60173**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**MEAGHER & GEER PLLP**
**33 SOUTH 6TH ST.**
**MINNEAPOLIS, MN 55402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**MECHANICAL SERVICES INC**
**5211 130TH STREET NO.**
**HUGO, MN 55038**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102 7**

**Nonpriority creditor's name and mailing address**
**MED COMPASS**
**7841 WAYZATA BOULEVARD**
**SUITE # 214**
**MINNEAPOLIS, MN 55426**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 8**

**Nonpriority creditor's name and mailing address**
**MEDFAB MANUFACTURING COMPANY**
**PO BOX 448**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**
**MEDTOX LABORATORIES INC**
**PO BOX 8107**
**BURLINGTON, NC 27216-8107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$86.91**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**
**MEECH STATIC ELIMINATORS**
**2915 NEW PARK DRIVE**
**NORTON, OH 44203**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**
**MEGHAN OLDENBURG**
**19376 CLAREMONT DRIVE**
**FARMINGTON, MN 55024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 2**

**Nonpriority creditor's name and mailing address**
**MENASHA CORPORATION**
**75 REMITTANCE DRIVE**
**DEPT 6970**
**CHICAGO, IL 60675-6970**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
**MENASHA PACKAGING COMPANY LLC**
**75 REMITTANCE DRIVE DEPT 6970**
**CHICAGO, IL 60675-6970**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**MERCURY TECHNOLOGIES OF MINNESOTA**
**1110 HOLSTEIN DRIVE NE**
**PO BOX 13**
**PINE CITY, MN 55063**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**MESA INDUSTRIES**
**DEPT CH 10489**
**PALATINE, IL 60055-0489**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,742.14**

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**METAL TEXTILES CORPORATION**
**970 NEW DURHAM ROAD**
**EDISON, NJ 08818**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**METAL TREATERS**
**DEPT # 5566**
**PO BOX 3090**
**MILWAUKEE, WI 53201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**METALLICS INC**
**W7274 COUNTY HIGHWAY Z**
**PO BOX 99**
**ONALASKA, WI 54650-0099**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,784.20**

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

**METCO INDUSTRIES**
**1241 BRUSSELS ST.**
**ST. MARYS, PA 15857**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**METRIC & MULTI-STANDARD COMPANY**
**120 OLD SAW MILL RIVER RD**
**HAWTHORNE, NY 10532-1599**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.104
1**

**Nonpriority creditor's name and mailing address**

**METRIC SEALS INC**
**PO BOX 292**
**17030 WESTFIELD PARK RD.**
**WESTFIELD, IN 46074-0292**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.104
2**

**Nonpriority creditor's name and mailing address**

**METRO HYDRO GRAPHICS LLC**
**7533 SUNWOOD DRIVE, #315**
**RAMSEY, MN 55303**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.104
3**

**Nonpriority creditor's name and mailing address**

**METRO MOLD & DESIGN**
**20600 COUNTY ROAD 81**
**ROGERS, MN 55374-9567**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.104
4**

**Nonpriority creditor's name and mailing address**

**METROLOGYWORKS**
**PO BOX 211**
**BUCKNER, MO 64016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.104
5**

**Nonpriority creditor's name and mailing address**

**MEXICHEM SPECIALTY COMPOUNDS**
**21729 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$29,104.01**

---

**3.104
6**

**Nonpriority creditor's name and mailing address**

**MEYER LABORATORY INC**
**2401 WEST JEFFERSON**
**BLUE SPRINGS, MO 64015-7298**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,149.11**

---

**3.104
7**

**Nonpriority creditor's name and mailing address**

**MFN CONSULTING INC**
**1777 OAKDALE AVENUE**
**W. ST. PAUL, MN 55118-4031**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1048**

**Nonpriority creditor's name and mailing address**

**MICHAEL JOHNSON**
**3060 SHIELDS DROVE**
**APT. 105**
**EAGAN, MN 55121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1049**

**Nonpriority creditor's name and mailing address**

**MICHAEL OCONNOR**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1050**

**Nonpriority creditor's name and mailing address**

**MICHAEL SHIELDS**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1051**

**Nonpriority creditor's name and mailing address**

**MICHAEL THOME**
**856 MCDIARMID DRIVE**
**HUDSON, WI 54016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1052**

**Nonpriority creditor's name and mailing address**

**MICRO WELD INC**
**10550 COUNTY ROAD 81, SUITE 112**
**SUITE 109**
**MAPLE GROVE, MN 55369**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1053**

**Nonpriority creditor's name and mailing address**

**MICROSOFT CORPORATION**
**PO BOX 844510**
**DALLAS, TX 75284-4510**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1054**

**Nonpriority creditor's name and mailing address**

**MID AMERICA FESTIVALS**
**1244 S CANTERBURY ROAD**
**SUITE 306**
**SHAKOPEE, MN 55379**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Imperial Plastics, Incorporated** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**MID STATE MASONRY LLC**
**250 8TH STREET**
**BRAHAM, MN 55006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,080.00**

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**MID STATE MASONRY LLC**
**250 8TH STREET**
**BRAHAM, MN 55006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**MID STATE SAFETY**
**8783 RED OAK ROAD**
**PEQUOT LAKES, MN 56472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**MID STATES EXPRESS INC**
**DEPT CH 17234**
**PALATINE, IL 60055-7234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**MID TECH EQUIPMENT**
**16 LONG LAKE ROAD**
**MAHTOMEDI, MN 55115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**MIDCAP FINANCIAL SERVICES, LLC**
**(as agent)**
**7255 WOODMOUNT AVENUE, STE 200**
**BETHESDA, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**MIDCONTINENT COMMUNICATION**
**P.O. BOX 5010**
**SIOUX FALLS, SD 57117-5010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$330.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106 2**

**Nonpriority creditor's name and mailing address**

**MIDLAND GLASS**
**410 11TH AVE S**
**HOPKINS, MN 55343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

**MIDLAND INFORMATION RESOURCES CO**
**5440 CORPORATE PARK DRIVE**
**DAVENPORT, IA 52807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

**MIDWAY INDUSTRIAL SUPPLY**
**PO BOX 73278**
**CLEVELAND, OH 44193**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

**MIDWEST AIR PARTS**
**P.O. BOX 776**
**MUSKEGO, WI 53150-0776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

**MIDWEST CONTAINER SYSTEMS**
**P.O. BOX 21183**
**EAGAN, MN 55121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

**MIDWEST INDUSTRIAL TOOL GRINDING INC**
**45 WEST HIGHLAND PARK DR.**
**HUTCHINSON, MN 55350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

**MIDWEST MOTOR EXPRESS**
**PO BOX 1496**
**BISMARCK, ND 58502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1069**

**Nonpriority creditor's name and mailing address**

**MIDWEST OVERHEAD CRANE**
**13900 SUNFISH LAKE BLVD NW**
**RAMSEY, MN 55303-4542**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1070**

**Nonpriority creditor's name and mailing address**

**MIDWEST PLASTIC SOLUTIONS LLC**
**453 SOUTH VERMONT UNIT H**
**PALATINE, IL 60067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1071**

**Nonpriority creditor's name and mailing address**

**MIDWEST STEEL SUPPLY CO INC**
**14255 JAMES ROAD**
**ROGERS, MN 55374**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1072**

**Nonpriority creditor's name and mailing address**

**MIDWEST THERMO EQUIPMENT INC**
**770 TOWER DRIVE**
**MEDINA, MN 55340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1073**

**Nonpriority creditor's name and mailing address**

**MIDWEST WIRE PRODUCTS INC**
**P.O. BOX 770**
**649 SOUTH LANSING AVENUE**
**STURGEON BAY, WI 54235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1074**

**Nonpriority creditor's name and mailing address**

**MIKE BURRIS**
**25115 KENT AVENUE**
**MORRISTOWN, MN 55052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1075**

**Nonpriority creditor's name and mailing address**

**MIKE DUPPONG**
**7636 INMAN AVENUE SOUTH**
**COTTAGE GROVE, MN 55016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|--------|-------------------------------------|------------------------|--|
| | Name | | |

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
MILACRON MARKETING COMPANY LLC
P.O. BOX 535638
ATLANTA, GA 30353-5638

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,714.00

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
MILSCO MANUFACTURING CO.
23184 NETWORK PLACE
CHICAGO, IL 60673-2318

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
MINITAB INC
1829 PINE HALL ROAD
STATE COLLEGE, PA 16801

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,140.00

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
MINNEAPOLIS OXYGEN COMPANY
3842 WASHINGTON AVE. N.
MINNEAPOLIS, MN 55412-2142

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
MINNESOTA  AIR
SDS 12-1836
PO BOX 86
MINNEAPOLIS, MN 55486

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.108 1**

**Nonpriority creditor's name and mailing address**
MINNESOTA AMERICAN VETERANS
1919 UNIVERSITY AVE. W
ST. PAUL, MN 55104-3479

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.108 2**

**Nonpriority creditor's name and mailing address**
MINNESOTA CONWAY FIRE & SAFETY
575 MINNEHAHA AVE. W.
ST. PAUL, MN 55103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**MINNESOTA CORRUGATED BOX**
**PO BOX 933949**
**ATLANTA, GA 31193-3949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$36,534.30**

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

**MINNESOTA CORRUGATED BOX**
**PO BOX 933949**
**ATLANTA, GA 31193-3949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

**MINNESOTA DEPARTMENT OF COMMERCE**
**85 7TH PL. E.**
**STE. 280**
**SAINT PAUL, MN 55101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

**MINNESOTA DEPT OF REVENUE**
**PO BOX 64564**
**ST. PAUL, MN 55164-0651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

**MINNESOTA ENERGY RESOURCES CORP**
**PO BOX 6040**
**CAROL STREAM, IL 60197-6040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,664.27**

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

**MINNESOTA IRON AND METAL COMPANY**
**514 NORTH RIVERFRONT DRIVE**
**MANKATO, MN 56001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

**MINNESOTA MAILING SOLUTIONS**
**P.O. BOX 27965**
**GOLDEN VALLEY, MN 55427-0965**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MINNESOTA POLLUTION CONTROL AGENCY**
**PO BOX 64893**
**ST. PAUL, MN 55164-0893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,460.00** |
|---|---|---|---|

**MINNESOTA RUBBER & PLASTICS**
**BIN # 135014**
**PO BOX 1150**
**MINNEAPOLIS, MN 55480-1150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MINNESOTA SECRETARY OF STATE**
**180 STATE OFFICE BUILDING**
**100 CONSTITUTION AVE**
**ST. PAUL, MN 55155-1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,407.01** |
|---|---|---|---|

**MINNESOTA SUPPLY COMPANY**
**PO BOX 160**
**HOPKINS, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MINNESOTA VALLEY ACTION COUNCIL**
**706 N. VICTORY DRIVE**
**MANKATO, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MINNESOTA WASTE PROCESSING CO.**
**2160 RINGHOFER DRIVE**
**NORTH MANKATO, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MINNESOTA WIRE AND CABLE CO**
**P.O. BOX 1575**
**LOCK BOX #161**
**MINNEAPOLIS, MN 55480-1575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.109 7**

**Nonpriority creditor's name and mailing address**

**MIRACLE EXPRESS INC**
**P.O. BOX 131420**
**ROSEVILLE, MN 55113-0012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109 8**

**Nonpriority creditor's name and mailing address**

**MITCHELL ZEBRO**
**601 3RD AVENUE NW**
**APT. 208**
**ISANTI, MN 55040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109 9**

**Nonpriority creditor's name and mailing address**

**MJB MACHINERY SALES**
**392 EAST 240TH STREET**
**JORDAN, MN 55352**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110 0**

**Nonpriority creditor's name and mailing address**

**MM PRECISION MACHINING**
**12797 MEADOWVALE RD NW**
**ELK RIVER, MN 55330**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110 1**

**Nonpriority creditor's name and mailing address**

**MN DEPT OF LABOR AND INDUSTRY**
**FINANCIAL SERVICES OFFICE**
**43 LAFAYETTE RD**
**ST PAUL, MN 55155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110 2**

**Nonpriority creditor's name and mailing address**

**MODERNISTIC INC**
**1987 INDUSTRIAL BLVD S**
**STILLWATER, MN 55082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

**MODIFIED PLASTICS INC**
**1240 E GLENWOOD PL**
**SANTA ANA, CA 92707**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110**
**4**

**Nonpriority creditor's name and mailing address**

**MOLD MASTERS INJECTIONEERING**
**75 REMITTANCE DRIVE**
**DEPARTMENT 6927**
**CHICAGO, IL 60675-6927**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110**
**5**

**Nonpriority creditor's name and mailing address**

**MOLD MASTERS LIMITED**
**75 REMITTANCE DRIVE DEPT 6927**
**CHICAGO, IL 60675-6927**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$640.40**

---

**3.110**
**6**

**Nonpriority creditor's name and mailing address**

**MOLDING AUTOMATION CONCEPTS**
**1760 KILKENNY COURT**
**WOODSTOCK, IL 60098-7437**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110**
**7**

**Nonpriority creditor's name and mailing address**

**MOLDVAC LLC**
**280 BELLEVIEW LANE**
**BATAVIA, IL 60510**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110**
**8**

**Nonpriority creditor's name and mailing address**

**MONITOR TECHNOLOGIES**
**44W320 KESLINGER RD**
**ELBURN, IL 60119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110**
**9**

**Nonpriority creditor's name and mailing address**

**MONROE MOXNESS BERG**
**7760 FRANCE AVENUE SOUTH**
**SUITE 700**
**MINNEAPOLIS, MN 55435-5844**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.111**
**0**

**Nonpriority creditor's name and mailing address**

**MONSONS RAPID ROLL OFF**
**1472 210TH AVENUE**
**OGILVIE, MN 56358**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

**3.111**
**1**

**Nonpriority creditor's name and mailing address**
**MORA AREA CHAMBER OF COMMERCE**
**16 NORTH LAKE STREET**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**2**

**Nonpriority creditor's name and mailing address**
**MORA BAKERY**
**19 NORTH UNION**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**3**

**Nonpriority creditor's name and mailing address**
**MORA CHEVROLET BUICK**
**800 S HWY 65**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**4**

**Nonpriority creditor's name and mailing address**
**MORA RADIATOR & REPAIR**
**1781 260TH AVENUE**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**5**

**Nonpriority creditor's name and mailing address**
**MORA UNCLAIMED FREIGHT**
**1859 FRONTAGE ROAD**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$329.12

---

**3.111**
**6**

**Nonpriority creditor's name and mailing address**
**MOTION INDUSTRIES**
**P.O. BOX 98412**
**CHICAGO, IL 60693-8412**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$49.11

---

**3.111**
**7**

**Nonpriority creditor's name and mailing address**
**MOTION TECH AUTOMATION LLC**
**7166 4TH STREET NORTH**
**OAKDALE, MN 55128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.111 8**

**Nonpriority creditor's name and mailing address**

**MOVE IT**
**131 CHARLOTTE DRIVE**
**LAKE CRYSTAL, MN 56055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

**MRA-THE MANAGEMENT ASSOCIATION**
**N19 W24400 RIVERWOOD DR.**
**WAUKESHA, WI 53188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

**MRG TOOL AND DIE**
**1100 CANNON CIRCLE**
**PO BOX  811**
**FARIBAULT, MN 55021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

**MSDS ONLINE**
**27185 NETWORK PLACE**
**CHICAGO, IL 60673-1271**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

**MSI MOLD BUILDERS**
**12300 6TH ST. SW**
**CEDAR RAPIDS, IA 52404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$342,700.00**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**MULCAHY COMPANY**
**2700 BLUE WATER ROAD SUITE 100**
**EAGAN, MN 55121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**MULTIBASE INC**
**22556 NETWORK PLACE**
**CHICAGO, IL 60673-1225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.112**
**5**

**Nonpriority creditor's name and mailing address**
**MULTIFEUTRE DU QUEBEC LTD**
**1299 MONTEE LEGER**
**LES CEDRES, QUEBEC J7T 1E9**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112**
**6**

**Nonpriority creditor's name and mailing address**
**MULTITECH COLD FORMING, LLC**
**350 VILLAGE DRIVE**
**CAROL STREAM, IL 60188**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112**
**7**

**Nonpriority creditor's name and mailing address**
**MURPHY RIGGING AND ERECTING INC**
**ATTN:  ACCOUNTS RECEIVABLE**
**701 24TH AVE SE**
**MINNEAPOLIS, MN 55414**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112**
**8**

**Nonpriority creditor's name and mailing address**
**MUTHIG INDUSTRIES INC**
**33 EAST LARSEN DRIVE**
**FOND DU LAC, WI 54937**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112**
**9**

**Nonpriority creditor's name and mailing address**
**MY ALARM CENTER**
**3803 W CHESTER PIKE**
**STE 100A**
**NEWTON SQUARE, PA 19073-2334**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$377.39

---

**3.113**
**0**

**Nonpriority creditor's name and mailing address**
**MYTEX POLYMERS**
**PO BOX 601676**
**CHARLOTTE, NC 28260-1676**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.113**
**1**

**Nonpriority creditor's name and mailing address**
**NATE KOCH**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.113
2**

**Nonpriority creditor's name and mailing address**

**NATHAN DIAMOND**
**14371 CORMORANT WAY**
**ROSEMOUNT, MN 55068**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113
3**

**Nonpriority creditor's name and mailing address**

**NATHAN KEMP**
**22111 NATCHEZ AVENUE**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113
4**

**Nonpriority creditor's name and mailing address**

**NATHAN WALKER**
**613 WATKINS STREET**
**APT 3**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113
5**

**Nonpriority creditor's name and mailing address**

**NATHAN WILLIAM KOCH**
**2712 225 AVE**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113
6**

**Nonpriority creditor's name and mailing address**

**NATIONAL BULK EQUIPMENT**
**16278 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,160.52**

---

**3.113
7**

**Nonpriority creditor's name and mailing address**

**NATIONAL NARCOTICS OFFICE**
**ASSOCIATION COALITION**
**P.O. BOX 82877**
**PHOENIX, AZ 85071-2877**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113
8**

**Nonpriority creditor's name and mailing address**

**NATIONAL POLYMERS**
**7920 215TH STREET WEST**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1139**

**Nonpriority creditor's name and mailing address**

**NATIONAL PRODUCTS, INC**
**8410 DALLAS AVE S**
**SEATTLE, WA 98108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1140**

**Nonpriority creditor's name and mailing address**

**NATIONAL REGISTERED AGENTS, INC**
**PO BOX 4349**
**CAROL STREAM, IL 60197-4349**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1141**

**Nonpriority creditor's name and mailing address**

**NATIONAL TOOL & MANUFACTURING**
**581 WHEELING RD.**
**WHEELING, IL 60090**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1142**

**Nonpriority creditor's name and mailing address**

**NAVIGATE FORWARD INC**
**1624 HARMON PLACE**
**SUITE 300P**
**MINNEAPOLIS, MN 55405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1143**

**Nonpriority creditor's name and mailing address**

**NCR CORPORATION**
**14181 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1144**

**Nonpriority creditor's name and mailing address**

**NEGRI BOSSI NORTH AMERICA INC**
**311 CARROLL DRIVE**
**NEW CASTLE, DE 19720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1145**

**Nonpriority creditor's name and mailing address**

**NELSON PRINTING COMPANY**
**838 NORTH MINNESOTA AVENUE**
**ST PETER, MN 56082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

**NEW PIG CORPORATION**
**ONE PORK AVENUE**
**TIPTON, PA 16684**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,039.62

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**NEWARK ELECTRONICS**
**33190 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0331**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$375.13

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**NEWPORT SCIENTIFIC**
**8246 E-SANDY COURT**
**JESSUP, MD 20794-9632**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**NEXEO PLASTICS HOLDINGS INC**
**P.O. BOX 74007392**
**CHICAGO, IL 60674-7392**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$730,456.31

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**NICHOLAS SCARPELLI**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**NICK CHRISTIANSON**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**NICK WONG**
**2951 WASHBURN CIR.**
**RICHFIELD, MN 55423**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.115.3**

**Nonpriority creditor's name and mailing address**
**NICKY VIRGINIA MARIE MOHN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115.4**

**Nonpriority creditor's name and mailing address**
**NICOLE MITCHELL**
**5633 297TH AVENUE NORTHWEST**
**CAMBRIDGE, MN 55008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115.5**

**Nonpriority creditor's name and mailing address**
**NINE EAGLES PROMOTIONS**
**700 SPIRAL BOULEVARD SUITE B**
**HASTINGS, MN 55033**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115.6**

**Nonpriority creditor's name and mailing address**
**NISSEI AMERICA INC**
**1480 N HANCOCK STREET**
**ANAHEIM, CA 92807**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$3,546.36

---

**3.115.7**

**Nonpriority creditor's name and mailing address**
**NITROJECTION CORP.**
**8430 MAYFIELD ROAD**
**CHESTERLAND, OH 44026**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115.8**

**Nonpriority creditor's name and mailing address**
**NM TRANSFER CO**
**630 MUTTART ROAD**
**NEENEH, WI 54956-9752**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115.9**

**Nonpriority creditor's name and mailing address**
**NNOAC FUNDRAISING CENTER**
**PO BOX 82877**
**PHOENIX, AZ 85071-2877**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

| 3.116 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---|---|---|
| | **NOAH PARKER-MUNRO** | ☐ Contingent | |
| | **2056 DALA LANE** | ☐ Unliquidated | |
| | **MORA, MN 55051** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,587.30** |
|---------|---|---|---|
| | **NOKOMIS SHOES** | ☐ Contingent | |
| | **6600 BASS LAKE RD** | ☐ Unliquidated | |
| | **CRYSTAL, MN 55428** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---|---|---|
| | **NON METALLIC COMPONENTS** | ☐ Contingent | |
| | **1310 SOUTH MAIN** | ☐ Unliquidated | |
| | **CUBA CITY, MN 53087** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---|---|---|
| | **NOR-CAL PRODUCTS, INC.** | ☐ Contingent | |
| | **1967 SOUTH OREGON STREET** | ☐ Unliquidated | |
| | **YREKA, CA 96097** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---|---|---|
| | **NORDQUIST SIGN COMPANY** | ☐ Contingent | |
| | **945 PIERCE BUTLER ROUTE** | ☐ Unliquidated | |
| | **ST. PAUL, MN 55104** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---|---|---|
| | **NORDSON EFD LLC** | ☐ Contingent | |
| | **PO BOX 777959** | ☐ Unliquidated | |
| | **CHICAGO, IL 60677-7009** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---|---|---|
| | **NORMAN G. JENSEN INC** | ☐ Contingent | |
| | **PO BOX 860039** | ☐ Unliquidated | |
| | **MINNEAPOLIS, MN 55486-0039** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**NORMAN OBERTO**
**701 BANEBERRY COURT**
**NORTHFIELD, MN 55057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**NORSTECH PLASTICS EQUIPMENT**
**PO BOX 308**
**BURLINGTON, WI 53105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$20,280.00

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**NORTH CENTRAL INDUSTRIES**
**PO BOX 15**
**MEQUON, WI 53092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**NORTH COUNTRY HEATING AND AIR**
**CONDITIONI**
**1463 HARBOR STREET**
**OGILVIE, MN 56358**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**NORTH COUNTRY WELDING**
**2396 JADE STREET**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**NORTH STAR WORLD TRADE SERVICES**
**PO BOX 21592**
**EAGAN, MN 55121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**NORTHERN BALANCE & SCALE**
**9556 WEST BLOOMINGTON FREEWAY**
**BLOOMINGTON, MN 55431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

**3.117
4**

**Nonpriority creditor's name and mailing address**

**NORTHERN BUSINESS PRODUCT**
**PO BOX 16127**
**DULUTH, MN 55816-0127**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117
5**

**Nonpriority creditor's name and mailing address**

**NORTHERN COMFORT INC**
**917 SOUTH BEND AVENUE**
**MANKATO, MN 56001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117
6**

**Nonpriority creditor's name and mailing address**

**NORTHERN IRON & MACHINE**
**867 FOREST STREET**
**ST. PAUL, MN 55106**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117
7**

**Nonpriority creditor's name and mailing address**

**NORTHERN PLASTICS EQUIPMENT INC**
**13570 GROVE DRIVE #294**
**MAPLE GROVE, MN 55311**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117
8**

**Nonpriority creditor's name and mailing address**

**NORTHERN SAFETY & INDUSTRIAL**
**PO BOX 4250**
**UTICA, NY 13504-4250**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117
9**

**Nonpriority creditor's name and mailing address**

**NORTHERN WIRE LLC**
**26234 NETWORK PLACE**
**CHICAGO, IL 60673-1262**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118
0**

**Nonpriority creditor's name and mailing address**

**NORTHFIELD MACHINERY BUILDERS**
**PO BOX 140**
**NORTHFIELD, MN 55057**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.118**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORTHLAND DESIGN & ENGINEERING**<br>**6082 ROUND VIEW DR.**<br>**MOTLEY, MN 56466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.118**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORTHLAND FIRE & SECURITY**<br>**990 LONE OAK ROAD SUITE 114**<br>**EAGAN, MN 55121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.118**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORTHLAND FIRE PROTECTION LLC**<br>**201 SOUTH 8TH STREET**<br>**BRAINERD, MN 56401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.118**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORTHPOST INC**<br>**1418 INDUSTRIAL PARK BLVD**<br>**MORA, MN 55051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.118**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,796.97 |
|---|---|---|
| **NORTHSTAR ACCESS WINDSTREAM**<br>**P.O. BOX 9001908**<br>**LOUISVILLE, KY 40290-1908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.118**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **NORTHSTAR CALIBRATION INC.**<br>**1045 NW 26TH PLACE**<br>**OWATONNA, MN 55060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.118**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.33 |
|---|---|---|
| **NORTHWEST GRAPHIC SUPPLY**<br>**4200 EAST LAKE STREET**<br>**MINNEAPOLIS, MN 55406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.118 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,983.03** |
|---|---|---|---|

**NOTT COMPANY**
**PO BOX 1450**
**N.W.-7779**
**MINNEAPOLIS, MN 55485-7779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NOVATEC INC**
**222 E THOMAS AVE**
**BALTIMORE, MD 21225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NOVOTECHNIK US INC**
**155 NORTHBORO ROAD**
**SOUTHBOROUGH, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NSF INTERNATIONAL STRATEGIC**
**REGISTRATION**
**DEPT. LOCKBOX # 771380**
**PO BOX 77000**
**DETROIT, MI 48277-1380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NUHILL TECHNOLOGIES INC**
**PO BOX 17277**
**MINNEAPOLIS, MN 55417-0277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**O'CHEEZE LLC**
**4695 138TH ST W**
**APPLE VALLEY, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**OAKDALE PRECISION INC**
**7022 N 6TH ST**
**OAKDALE, MN 55128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

**OBERTO INDUSTRIES, LLC**
**701 BANEBERRY COURT**
**NORTHFIELD, MN 55057**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

**OCEANTECH**
**1313 WINTER ST SE**
**MINNEAPOLIS, MN 55413**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

**OFFSHORE MOLDS INC**
**3000 YOUNGFIELD ST**
**SUITE 360**
**WHEAT RIDGE, CO 80215**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$221,829.00**

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

**OGLETREE, DEAKINS, NASH, SMOAK, & STEWAR**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

**OIL AIR PRODUCTS LLC**
**13010 COUNTY ROAD 6**
**P.O. BOX 41430**
**PLYMOUTH, MN 55441**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

**OLSEN CHAIN & CABLE**
**P.O. BOX 851375**
**MINNEAPOLIS, MN 55485-1375**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$4,918.74**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

**OMAR ALISHAQI**
**21372 HYTRAIL CIRCLE**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**OMEGA ENGINEERING INC**
**26904 NETWORK PLACE**
**CHICAGO, IL 60673-1269**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**OPI INC**
**583 D'ONOFRIO DRIVE**
**SUITE 201**
**MADISON, WI 53719**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**OPTIMAS OE SOLUTIONS LLC**
**PO BOX 74008133**
**CHICAGO, IL 60674-8133**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**ORANGE COAST PNEUMATICS INC**
**3810 PROSPECT AVE UNIT A**
**YORBA LINDA, CA 92886**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**ORBIS PLASTIC MOLDING**
**75 REMITTANCE DRIVE**
**DEPT 6965**
**CHICAGO, IL 60675-6965**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**ORGANIZATIONAL CHANGE ADVISORS**
**LLC**
**8401 GOLDEN VALLEY ROAD**
**SUITE 255**
**MINNEAPOLIS, MN 55427-4486**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**ORKIN PEST CONTROL**
**235 E. ROSELAWN AVE.**
**SUITE 10**
**MAPLEWOOD, MN 55117-1942**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1209**

**Nonpriority creditor's name and mailing address**
ORRICK, HARRINGTON & SUTCLIFFE LLP
1152 15TH ST. NW
WASHINGTON, DC 20005

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1210**

**Nonpriority creditor's name and mailing address**
OSCO INC
2937 WATERVIEW DRIVE
ROCHESTER HILLS, MI 48309

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1211**

**Nonpriority creditor's name and mailing address**
OSHA ENVIRONMENTAL COMP SYSTEMS
1000 SHELAND PARKWAY #140
ST LOUIS PARK, MN 55426

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,600.00**

---

**3.1212**

**Nonpriority creditor's name and mailing address**
OSI ENVIRONMENTAL INC
1000 LUND BLVD
ANOKA, MN 55303

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1213**

**Nonpriority creditor's name and mailing address**
OSLIN LUMBER
907 EAST FOREST
MORA, MN 55051

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$925.80**

---

**3.1214**

**Nonpriority creditor's name and mailing address**
OSTER & SON
PO BOX 221
LAKEVILLE, MN 55044

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1215**

**Nonpriority creditor's name and mailing address**
OTE INTERNATIONAL HOLDINGS
6695 CR 4628
ATHENS, TX 75752

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.121 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **OTTER PRODUCTS LLC** | ☐ Contingent | |
| **209 S MELDRUM STREET** | ☐ Unliquidated | |
| **FORT COLLINS, CO 80521** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **OVERHEAD DOOR COMPANY OF MKTO** | ☐ Contingent | |
| **1430 THIRD AVENUE** | ☐ Unliquidated | |
| **PO BOX 3023** | ☐ Disputed | |
| **MANKATO, MN 56001** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.54 |
|---|---|---|
| **OWENS AUTO PARTS** | ☐ Contingent | |
| **811 S. HWY 65** | ☐ Unliquidated | |
| **MORA, MN 55051** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|
| **OWENS COMPANIES INC** | ☐ Contingent | |
| **930 EAST 80TH STREET** | ☐ Unliquidated | |
| **BLOOMINGTON, MN 55420** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.122 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **OX BOX** | ☐ Contingent | |
| **1555 WRIGHTWOOD COURT** | ☐ Unliquidated | |
| **ADDISON, IL 60101** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.122 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $830.63 |
|---|---|---|
| **OXYGEN SERVICE CO** | ☐ Contingent | |
| **PO BOX 856670** | ☐ Unliquidated | |
| **MINNEAPOLIS, MN 55485-6670** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.122 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **P.J. SPRING CO. INC** | ☐ Contingent | |
| **1295 HELENA DR** | ☐ Unliquidated | |
| **WEST CHICAGO, IL 60185** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.122 3**

**Nonpriority creditor's name and mailing address**
**P.S.M. INTERNATIONAL**
**1100 N. MERIDIAN ROAD**
**YOUNGSTOWN, OH 44509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 4**

**Nonpriority creditor's name and mailing address**
**PACE ANALYTICAL SERVICES**
**P.O. BOX 684056**
**CHICAGO, IL 60695-4056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 5**

**Nonpriority creditor's name and mailing address**
**PACKAGING CORP OF AMERICA**
**36596 TREASURY CENTER**
**CHICAGO, IL 60694-6500**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$79,865.53**

---

**3.122 6**

**Nonpriority creditor's name and mailing address**
**PACKAGING SOLUTIONS**
**1940 S. HILBERT STREET**
**MILWAUKEE, WI 53207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 7**

**Nonpriority creditor's name and mailing address**
**PALLET RESOURCE CORP**
**3371 99TH COURT NE**
**BLAINE, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$26,889.55**

---

**3.122 8**

**Nonpriority creditor's name and mailing address**
**PAMELA SANNAN**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 9**

**Nonpriority creditor's name and mailing address**
**PAN-O-PROG**
**PO BOX 105**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

**PANAMA TRANSFER**
**600 LA SALLE AVENUE**
**PANAMA, IA 51562**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

**PANTHER PRECISION MACHINE INC**
**6640 SUNWOOD DRIVE NW**
**RAMSEY, MN 55303**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**

**PANTONE LLC**
**LOCKBOX 62750**
**62750 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0627**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

**PARALLEL TECHNOLOGIES, INC.**
**VB BOX 147**
**P.O. BOX 9202**
**MINNEAPOLIS, MN 55480-9202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

**PARKER SERVICE CENTER**
**7917 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,834.64**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

**PATTON INDUSTRIAL PRODUCTS INC**
**8410 PILLSBURY AVENUE SOUTH**
**BLOOMINGTON, MN 55420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

**PAUL CHRISTIANSEN CONSTRUCTION**
**2111-260TH ST. W.**
**FARMINGTON, MN 55024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.123 7**

**Nonpriority creditor's name and mailing address**
**PAUL HARRIS**
**11504 22ND AVENUE**
**BURNSVILLE, MN 55337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 8**

**Nonpriority creditor's name and mailing address**
**PAULA RUSH**
**10856 NOBLE AVENUE NORTH**
**BROOKLYN PARK, MN 55443**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 9**

**Nonpriority creditor's name and mailing address**
**PCC REPRESENTATIVES INC**
**12 KILKENNY PLACE**
**ALAMEDA, CA 94502-7708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 0**

**Nonpriority creditor's name and mailing address**
**PCMPRO CONSULTING LLC**
**3236  ALABAMA  AVENUE**
**ST. LOIUS PARK, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 1**

**Nonpriority creditor's name and mailing address**
**PCS COMPANY**
**DEPT 771831**
**PO BOX 77000**
**DETROIT, MI 48277-1831**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,249.50

---

**3.124 2**

**Nonpriority creditor's name and mailing address**
**PEARL BUILDING SERVICES LLC**
**805 GREELEY AVENUE**
**GLENCOE, MN 55336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
**PEGGIE SNESRUD**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

**PEGGY ERICKSON**
**2137 HARBOR STREET**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

**PENCOM CANADA**
**420 THOMPSON DRIVE**
**UNIT #4**
**CAMBRIDGE, ON N1T 2K8**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

**PERFECTION SERVO HYDRAULICS**
**26620 NETWORK PLACE**
**CHICAGO, IL 60673-1266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 7**

**Nonpriority creditor's name and mailing address**

**PERFORMANCE METAL FABRIC**
**25398 NETWORK PLACE**
**CHICAGO, IL 60673-1253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

**PERFORMANCE OFFICE PAPERS**
**21565 HAMBURG AVENUE**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**PERMAY PROTOTYPES & COMPOUNDS**
**W229 N1855 WESTWOOD DR**
**WAUKESHA, WI 53186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**PERSONAL TOUCH DECORATORS**
**PO BOX 229**
**PINE CITY, MN 55063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

**3.125 1**

Nonpriority creditor's name and mailing address
**PERSONNEL PLUS INC**
**3556 NICOLLET AVE S**
**MINNEAPOLIS, MN 55408**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.125 2**

Nonpriority creditor's name and mailing address
**PETERS LAWN SERVICE**
**PO BOX 4215**
**MANKATO, MN 56002-4215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.125 3**

Nonpriority creditor's name and mailing address
**PETROCHOICE HOLDINGS INC**
**PO BOX 829604**
**PHILADELPHIA, PA 19182-9604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.125 4**

Nonpriority creditor's name and mailing address
**PHILIP FATIM**
**16075 GOODVIEW WAY**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.125 5**

Nonpriority creditor's name and mailing address
**PHILIP HOLZ**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.125 6**

Nonpriority creditor's name and mailing address
**PHILLIP COUCH dba ADVANCED TECH**
**219 IBERIS DIRVE**
**ARLINGTON, TX 76018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,200.00

**3.125 7**

Nonpriority creditor's name and mailing address
**PHILLIP HOFFBECK**
**PO BOX 76**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PHILLIP VANDERWOUDE**
**20979 HOWLAND AVENUE**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,622.30 |
|---|---|---|---|

**PHILLIPS PLATING**
**984 NORTH LAKE AVENUE**
**P.O. BOX 72**
**PHILLIPS, WI 54555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,883.97 |
|---|---|---|---|

**PHOENIX TECHNOLOGIES INTERNATIONAL**
**LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PIERCE INDUSTRIAL ELECTRONICS**
**3455 BLUFFTON ROAD**
**DECORAH, IA 52101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PINNACA**
**8000 NORMAN CENTER DRIVE**
**SUITE 250**
**BLOOMINGTON, MN 55437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PIONEER METAL**
**2424 N. FOUNDATION DRIVE**
**SOUTH BEND, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.56 |
|---|---|---|---|

**PIRTEK BURNSVILLE**
**1409 CLIFF ROAD E**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.126 5**

**Nonpriority creditor's name and mailing address**
**PITNEY BOWES GLOBAL FINANCIAL SERVICES**
**PO BOX 371887**
**PITTSBURGH, PA 15250-7887**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$334.69

---

**3.126 6**

**Nonpriority creditor's name and mailing address**
**PITNEY BOWES PURCHASE POWER**
**PO BOX 371874**
**PITTSBURGH, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$101.17

---

**3.126 7**

**Nonpriority creditor's name and mailing address**
**PLACON CORPORATION**
**LOCKBOX DRAWER 754**
**MILWAUKEE, WI 53278-0754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 8**

**Nonpriority creditor's name and mailing address**
**PLASTECH CORPORATION**
**PO BOX 7**
**RUSH CITY, MN 55069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,500.82

---

**3.126 9**

**Nonpriority creditor's name and mailing address**
**PLASTIC ENGINEERING & TECHNICAL SERVICES**
**4141 LUELLA LANE**
**AUBURN HILLS, MI 48326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.127 0**

**Nonpriority creditor's name and mailing address**
**PLASTIC INGENUITY**
**1017 PARK STREET**
**CROSS PLAINS, WI 53528**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.127 1**

**Nonpriority creditor's name and mailing address**
**PLASTIC PROCESS EQUIPMENT**
**PO BOX 670425**
**NORTHFIELD, OH 44067-0425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,660.61

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.127.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,524.40 |
|---|---|---|---|

**PLASTIC SERVICE CENTER**
**PAY VIA ACH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLASTIC SOLUTIONS, INC.**
**P.O. BOX 890125**
**CHARLOTTE, NC 28289-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLASTICS COLOR CORPORATION**
**14201 PAXTON AVENUE**
**CALUMET CITY, IL 60409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLASTICS NEWS**
**PO BOX 3177**
**NORTHBROOK, IL 60065-9822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,136.00 |
|---|---|---|---|

**PLASTICS UNLIMITED**
**303 1ST STREET NW**
**PRESTON, IA 52069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLASTRAC INC**
**PO BOX 1067**
**EDGEMONT, PA 19028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PLUNKETTS PEST CONTROL**
**40 NE 52ND WAY**
**FRIDLEY, MN 55421-1014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1279**

**Nonpriority creditor's name and mailing address**
**PLYMOUTH FOAM**
**P.O. BOX 407**
**PLYMOUTH, WI 53073**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.1280**

**Nonpriority creditor's name and mailing address**
**POLAR PLASTICS INC**
**6959 N. 55TH ST.**
**OAKDALE, MN 55128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1281**

**Nonpriority creditor's name and mailing address**
**POLARIS INDUSTRIES**
**HWY 89 SOUTH**
**301 5TH AVE S.W.**
**ROSEAU, MN 56751**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$30,000.00

---

**3.1282**

**Nonpriority creditor's name and mailing address**
**POLICE OFFICERS ALLIANCE**
**PO BOX 25673**
**WOODBURY, MN 55125-0673**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1283**

**Nonpriority creditor's name and mailing address**
**POLY TECH PACKAGING INC**
**P.O. BOX 276**
**CHANHASSEN, MN 55317-0276**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1284**

**Nonpriority creditor's name and mailing address**
**POLYMER LAB**
**1302 SOUTH FIFTH STREET**
**HOPKINS, MN 55343-7877**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1285**

**Nonpriority creditor's name and mailing address**
**POLYMER MOLDING INC**
**1655 WEST 20TH ST.**
**ERIE, PA 16502**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**POLYMER RESOURCES**
**595 SUMMER STREET**
**STAMFORD, CT 06901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$36,375.00**

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

**POLYMER TECHNOLOGY & SERVICES LLC**
**2315 SOUTHPARK DRIVE**
**MURFREESBORO, TN 37128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

**POLYONE COLOR**
**DEPT CH 10489**
**PALATINE, IL 60055-0489**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,337.13**

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

**POLYONE CORP GLS TPE**
**DEPT CH 10489**
**PALATINE, IL 60055-0489**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,140.41**

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

**POLYONE RESIN**
**DEPT CH 10489**
**PALATINE, IL 60055-0489**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$437,093.24**

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

**POLYSOURCE, LLC**
**3730 S ELIZABETH ST, STE B**
**INDEPENDENCE, MO 64057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$97,203.18**

---

**3.129 2**

**Nonpriority creditor's name and mailing address**

**POROUS MEDIA**
**16622 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.129 3**

**Nonpriority creditor's name and mailing address**

**PORTABLE INTELLIGENCE INC.**
**6 SHIELDS CRT, UNIT # 205**
**MARKHAM, ONTARIO L3R 4S1**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.129 4**

**Nonpriority creditor's name and mailing address**

**PORTAGE PLASTICS CORPORATION**
**P.O. BOX 640**
**PORTAGE, WI 53901-0640**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 5**

**Nonpriority creditor's name and mailing address**

**POST HASTE BUSINESS SOLUTIONS**
**5842 OLD MAIN STREET**
**SUITE 7**
**NORTH BRANCH, MN 55056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

**POWELL, MCGEE ASSOCIATES, INC**
**4599 CHATSWORTH STREET NORTH**
**SHOREVIEW, MN 55126-5813**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$470.00**

---

**3.129 7**

**Nonpriority creditor's name and mailing address**

**POWER MATION**
**PO BOX 860314**
**MINNEAPOLIS, MN 55486-0314**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129 8**

**Nonpriority creditor's name and mailing address**

**POWER PROCESS EQUIP INC**
**1660 LAKE DRIVE WEST**
**CHANHASSEN, MN 55317**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$849.66**

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

**POWER SYSTEMS**
**8325 COMMERCE DRIVE**
**CHANHASSEN, MN 55317**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**PPI SEARCH & CONSULTING**
**TWO APPLETREE SQUARE #336**
**BLOOMINGTON, MN 55425**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

**PQL, INC**
**2285 WARD AVE**
**SIMI VALLEY, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**PRAIRIE AUTOMATION LIMITED**
**31196 490TH STREET**
**KASOTA, MN 56050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,427.60**

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**PRAIRIE TOOL CO INC**
**723 COMMERCE ST.**
**ABERDEEN, SD 57401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

**PRECISION ASSOCIATES**
**3800 WASHINGTON AVE. N.**
**MINNEAPOLIS, MN 55412-2142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

**PRECISION FASTENERS INC**
**24 WORLD FAIR DRIVE UNIT D**
**SOMERSET, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

**PRECISION GASKET COMPANY**
**5732 LINCOLN DRIVE**
**EDINA, MN 55436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,160.00**

---

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.130 7**

**Nonpriority creditor's name and mailing address**

**PRECISION PUNCH & PLASTICS**
**6100 BLUE CIRCLE DRIVE**
**MINNETONKA, MN 55343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**PRECISION REPAIR**
**9150 ISANTI ST NE**
**BLAINE, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

**PRECISION SIGNS LLC**
**209 S MAIN STREET**
**AUSTIN, MN 55912**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**PREFER PAVING INC**
**1005 S BREMER AVENUE**
**PO BOX 709**
**RUSH CITY, MN 55069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**PREFERRED METALFAB INC**
**2328 195TH AVE.**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**PREFERRED ONE INSURANCE CO.**
**NW7115**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-7115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

**PREFERRED TOOL**
**3140 VIKING BLVD NE**
**EAST BETHEL, MN 55092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

| 3.131 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **PREMIER PRODUCTS INC** | ☐ Contingent | |
| | **PO BOX 556** | ☐ Unliquidated | |
| | **300 S. MAIN ST.** | ☐ Disputed | |
| | **BRAHAM, MN 55006-0556** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **PREMIUM QUALITY MAGNETS INC** | ☐ Contingent | |
| | **8925 HWY 101 W** | ☐ Unliquidated | |
| | **CORCORAN, MN 55340** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **PRESMA CORP** | ☐ Contingent | |
| | **VIA DELLE INDUSTRIE, 8/10** | ☐ Unliquidated | |
| | **21040 TORBA DI GORNATE** | ☐ Disputed | |
| | **OLONA (VA)** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **PRESTIGE PRODUCTS INC** | ☐ Contingent | |
| | **1403 WEST BROADWAY** | ☐ Unliquidated | |
| | **MINNEAPOLIS, MN 55411** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$375.00** |
|---------|---------|---------|---------|
| | **PRESTIGE SORTING INC** | ☐ Contingent | |
| | **26155 GROESBECK HWY** | ☐ Unliquidated | |
| | **WARREN, MI 48089** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **PRICE ON-SITE** | ☐ Contingent | |
| | **BOX 337** | ☐ Unliquidated | |
| | **WAUKESHA, WI 53187-0337** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---------|---------|---------|---------|
| | **PRIMEFLEX LABELS INC** | ☐ Contingent | |
| | **7 INVERNESS DRIVE EAST** | ☐ Unliquidated | |
| | **ENGLEWOOD, CO 80112** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.132**
**1**

**Nonpriority creditor's name and mailing address**
**PRINT SOLUTIONS**
**21021 HERON WAY SUITE 101**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.132**
**2**

**Nonpriority creditor's name and mailing address**
**PRINTEX**
**12800 BROOKPRINTER PLACE**
**POWAY, CA 92064**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$56.19

---

**3.132**
**3**

**Nonpriority creditor's name and mailing address**
**PRIORITY COURIER EXPERTS**
**P.O. BOX 10699**
**ST. PAUL, MN 55110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$1,595.63

---

**3.132**
**4**

**Nonpriority creditor's name and mailing address**
**PRIORITY PRINTER SERVICES**
**12150 JUNIPER STREET**
**COON RAPIDS, MN 55448**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.132**
**5**

**Nonpriority creditor's name and mailing address**
**PRO TECH**
**9946 HIGHWAY 10 NW**
**ELK RIVER, MN 55330**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.132**
**6**

**Nonpriority creditor's name and mailing address**
**PRO-BUILD**
**11356 215TH STREET W**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.132**
**7**

**Nonpriority creditor's name and mailing address**
**PROCESS TECHNICIANS INC**
**6623 108TH COURT N**
**BROOKLYN PARK, MN 55445**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.132 8**

**Nonpriority creditor's name and mailing address**
**PRODATA**
**2809 SOUTH 160TH ST SUITE 401**
**OMAHA, NE 68130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 9**

**Nonpriority creditor's name and mailing address**
**PRODUCTIVITY QUALITY INC**
**LOCKBOX #446022**
**P.O. BOX 64775**
**ST PAUL, MN 55164-0775**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,482.84

---

**3.133 0**

**Nonpriority creditor's name and mailing address**
**PRODUCTIVITY QUALITY SYSTEMS INC**
**PO BOX 750010**
**DAYTON, OH 45475-0010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 1**

**Nonpriority creditor's name and mailing address**
**PROFESSIONAL PLASTICS**
**DEPT LA 23218**
**PASADENA, CA 91185-3218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 2**

**Nonpriority creditor's name and mailing address**
**PROGRESSIVE COMPONENTS**
**C/O JP MORGAN BANK**
**P.O. BOX 734434**
**CHICAGO, IL 60673-4434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,718.81

---

**3.133 3**

**Nonpriority creditor's name and mailing address**
**PROHEAT**
**P.O. BOX 48**
**LAGRANGE, KY 40031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 4**

**Nonpriority creditor's name and mailing address**
**PROTO LABS, INC.**
**PO BOX 856933**
**MINNEAPOLIS, MN 55485-6933**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

**PROTURF**
**7780 WEST 215TH STREET**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$9,020.50

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

**PTX**
**9841 YORK ALPHA DRIVE**
**NORTH ROYALTON, OH 44133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 7**

**Nonpriority creditor's name and mailing address**

**PUGLEASA CO INC**
**1253 CONNELLY AVE.**
**ARDEN HILLS, MN 55112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

**Q PRINTING LLC**
**3015 82ND LANE NE**
**BLAINE, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

**QC TECHNIQUES INC.**
**PO BOX 386**
**ROSEAU, MN 56751**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

**QMC EQUIPMENT**
**PO BOX 25444**
**ST PAUL, MN 55125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

**QQEST SOFTWARE SYSTEMS**
**PO BOX 860**
**SANDY, UT 84091**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.134 2**

**Nonpriority creditor's name and mailing address**

**QUAD PACKAGING**
**PO BOX 644840**
**PITTSBURGH, PA 15264-4840**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

**QUALCOMP RESEARCH COMPANY**
**1580 EAST CONSTANCE DRIVE**
**MINNEAPOLIS, MN 55422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**QUALITY ENGINEERING SERVICE**
**4515 ROBIN ROAD**
**EAU CLAIRE, WI 54703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**QUALITY EXTRUSION LLC**
**1904 WILLOW STREET**
**MANKATO, MN 56002-3068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**QUALITY LANDSCAPING & WATER FEATURES**
**2012 - 180TH AVE.**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**QUALITY TAPE INC**
**PO BOX 765**
**1607 SO CONCORD STREET**
**SO ST PAUL, MN 55075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**QUANTUM EXECUTIVE SEARCH**
**17795 32ND PLACE NORTH**
**PLYMOUTH, MN 55447**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.134 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **QUE COMPUTERS** **VILLAGE EAST CENTER** **2140 HOFFMANN ROAD** **MANKATO, MN 56001** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.135 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **QUEST DIAGNOSTICS** **PO BOX 740709** **ATLANTA, GA 30374-0709** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.135 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **QUEST ENGINEERING INC** **2300 EDGEWOOD AVENUE SOUTH** **ST LOUIS PARK, MN 55426** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.135 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **QUICKSILVER EXPRESS** **PO BOX 64417** **ST PAUL, MN 55164-0417** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.135 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $436.40 |
|---|---|---|
| **QUIST ELECTRONICS** **ATTN:  ACCOUNTS RECEIVABLE** **15153 TECHNOLOGY DR, SUITE A** **EDEN PRAIRIE, MN 55344** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.135 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **R & L SPRING COMPANY** **1097 GENEVA PARKWAY** **LAKE GENEVA, WI 53147** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.135 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,509.30 |
|---|---|---|
| **R & M MANUFACTURING CO LLC** **200 CENTENNIAL DRIVE** **BUFFALO, MN 55313** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:  Trade debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

R L CARRIERS
600 GILMAN ROAD
WILMINGTON, OH 45177

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

R&D ENGINEERING & MACHINING LLC
1394 HIGHLAND ROAD
STILLWATER, MN 55082

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

R. L. TOOL INC
7409 WASHINGTON AVE. S.
EDINA, MN 55439

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

R.E PURVIS & ASSOCIATES INC
11400 HAMPSHIRE AVENUE SOUTH
BLOOMINGTON, MN 55438

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

R.L. HUDSON
DEPT 2434
TULSA, OK 74182

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

R/C MACHINING COMPANY
440 15TH ST. SE
GLENWOOD, MN 56334-9103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

RADA MFG CO
905 INDUSTRIAL ST
PO BOX 838
WAVERLY, IA 50677

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.136** **3**

**Nonpriority creditor's name and mailing address**

**RADWELL INTERNATIONAL**
**PO BOX 419343**
**BOSTON, MA 02241-9343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$967.94**

---

**3.136** **4**

**Nonpriority creditor's name and mailing address**

**RAMPF GROUP INC**
**49037 WIXOM TECH DRIVE**
**WIXOM, MI 48393**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136** **5**

**Nonpriority creditor's name and mailing address**

**RANDSTAD STAFFING**
**PO BOX 2084**
**CAROL STREAM, IL 60132-2084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136** **6**

**Nonpriority creditor's name and mailing address**

**RANDY AHLM**
**11 MERWIN ST #506**
**NORWALK, CT 06850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136** **7**

**Nonpriority creditor's name and mailing address**

**RANDY HERGES**
**1498 HICKORY STREET**
**OGILVIE, MN 56358**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136** **8**

**Nonpriority creditor's name and mailing address**

**RANDY PEDERSON**
**13174 JENKINS STREET NE**
**BLAINE, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136** **9**

**Nonpriority creditor's name and mailing address**

**RANGER AUTOMATION SYSTEMS INC**
**820 BOSTON TURNPIKE ROAD**
**SHREWSBURY, MA 01545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

**RAPID GRANULATOR INC.**
**PO BOX # 645362**
**PITTSBURGH, PA 15264-5362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

**RAPID PACKAGING INC**
**8700 109TH AVE N, SUITE 300**
**CHAMPLIN, MN 55316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

**RARE EARTH COATINGS**
**412 S. GILMAN AVE.**
**LITCHFIELD, MN 55355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,562.00**

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

**RAYMOND GAY**
**TWO GUYS BUILDING CONSTRUCTION**
**53760 BAYBERRY AVE.**
**BRAHAM, MN 55006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

**RB PAINTING & METAL FINISHING**
**8920 W. 35W SERVICE DRIVE**
**BLAINE, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,831.41**

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**READY MADE PLASTIC TRAYS**
**960 E FRANKLIN ROAD**
**MERIDIAN, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**REAL TIME ENTERPRISES INC**
**10181 CROSSTOWN CIRCLE**
**EDEN PRAIRIE, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137 7**

**Nonpriority creditor's name and mailing address**
**RECYCLE TECHNOLOGIES INC**
**4000 WINNETKA AVENUE NORTH #210**
**MINNEAPOLIS, MN 55427**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 8**

**Nonpriority creditor's name and mailing address**
**RED WING SHOE STORE**
**15465 CEDAR AVENUE**
**APPLE VALLEY, MN 55124-7074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 9**

**Nonpriority creditor's name and mailing address**
**REDSTONE CONSTRUCTION CO**
**PO BOX 218**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 0**

**Nonpriority creditor's name and mailing address**
**REEDY INTERNATIONAL CORP**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 38486**
**CHARLOTTE, NC 28278**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,493.00**

---

**3.138 1**

**Nonpriority creditor's name and mailing address**
**REELL PRECISION MANUFACTURING**
**1259 WILLOW LAKE BLVD**
**ST. PAUL, MN 55110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 2**

**Nonpriority creditor's name and mailing address**
**RELIABLE PRODUCTS INC**
**PO BOX 277**
**LOBELVILLE, TN 37097**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,020.00**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**
**RELIANCE DESIGN & MANUFACTURE CORP**
**NO 19 LN 166 YANHE ST**
**YONGKANG DIST**
**TAINAN CITY 71082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RELIANCE ELECTRIC OF SOUTHERN MINNESOTA**
**1110 NORTH RIVER DRIVE**
**NORTH MANKATO, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RENATA HOLAHAN**
**3268 XENWOOD AVENUE SOUTH**
**MINNEAPOLIS, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RENEE CRISMAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $753.25 |
|---|---|---|---|

**RENNCO LLC**
**300 ELM STREET**
**HOMER, MI 49245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $642.78 |
|---|---|---|---|

**RENTOKIL NORTH AMERICA INC.**
**PO BOX 13848**
**READING, PA 19612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $192.50 |
|---|---|---|---|

**RESMART LLC**
**PO BOX 6195**
**FORT WORTH, TX 76115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RESTORATION TECHNOLOGIES**
**3695 PRAIRIE LAKE COURT**
**AURORA, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.139 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**REYNOLDS REHABILITATION
ENTERPRISES
2119 CLIFF ROAD
EAGAN, MN 55122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RHEEM
24622 NETWORK PLACE
CHICAGO, IL 60673-1246**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RHETECH INC
DEPT. 77214
P.O. BOX 77000
DETROIT, MI 48277-0214**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,488.00** |
|---|---|---|---|

**RICE BUILDING SYSTEMS INC
1019 INDUSTRIAL DRIVE S
PO BOX 128
SAUK RAPIDS, MN 56379**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RICHARD FISCHER
2112 MAHOGANY STREET
MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RICHARD POPE
380 WHEELOCK PARKWAY
APT. 349
SAINT PAUL, MN 55130**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RICKE MATTISON
2622 210TH AVENUE
MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RIE COATINGS INC**
**PO BOX 350**
**221 LOGEAIS ST**
**EDEN VALLEY, MN 55329-1646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RISK ADMINISTRATION SERVICES**
**PO BOX 860065**
**MINNEAPOLIS, MN 55486-0065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RIVER BEND RENTAL**
**P.O. BOX 2264**
**MANKATO, MN 56002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RIVER COUNTRY COOPERATIVE**
**9072 CAHILL AVENUE**
**INVER GROVE HEIGHTS, MN 55076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RIVERBEND INDUSTRIES**
**P.O. BOX 671299**
**DALLAS, TX 75267-1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RIVERFRONT TECHNOLOGY LLC**
**PO BOX 3087**
**MANKATO, MN 56002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RJ AHMANN COMPANY**
**7555 MARKET PLACE DRIVE**
**EDEN PRAIRIE, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

**RJG, INC**
**3111 PARK DRIVE**
**TRAVERSE CITY, MI 49686**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

**RM PARTNERS LAW LLC**
**305 N PEORIA ST.**
**STE. 200**
**CHICAGO, IL 60607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**

**RMH SYSTEMS, INC**
**PO BOX 3251**
**OMAHA, NE 68103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**

**ROBERT HALF MANAGEMENT RESOURCES**
**P.O. BOX 743295**
**LOS ANGELES, CA 90074-3295**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**

**ROBERT JOHNSON**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 0**

**Nonpriority creditor's name and mailing address**

**ROBERT LYNN JOHNSON**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$320.00**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**

**ROBERT STEVE LUSSO JR dba INTEGRITY TECH**
**708 4TH STREET**
**ST PAUL PARK, MN 55071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141 2**

**Nonpriority creditor's name and mailing address**

**ROBERT T LYNCH**
**4681 ASPEN RIDGE CIRCLE**
**EAGAN, MN 55122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

**ROBINSON RUBBER PRODUCTS**
**COMPANY, INC**
**4600 QUEBEC AVENUE NORTH**
**MINNEAPOLIS, MN 55458-4916**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

**ROBOTIC AUTOMATION SYSTEMS**
**204 MORAVIAN VALLEY ROAD, SUITE B**
**WAUNAKEE, WI 53597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

**ROBOTWORX**
**SCOTT SYSTEMS INTERNATION**
**370 W FAIRGOUND ST.**
**MARION, OH 43302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

**ROCHELEAU TOOL & DIE CO INC**
**117 INDUSTRIAL ROAD**
**FITCHBURG, MA 01420**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 7**

**Nonpriority creditor's name and mailing address**

**ROCKET CRANE SERVICE, INC**
**8401 54TH AVENUE NORTH**
**NEW HOPE, MN 55428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 8**

**Nonpriority creditor's name and mailing address**

**ROCKFORD FASTENER, INC.**
**PO BOX 884**
**ROCKFORD, IL 61102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (*if known*) | |
| | Name | | |

---

**3.141
9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ROCKFORD SPECIALTIES COMPANY**
**5601 INDUSTRIAL AVENUE**
**LOVES PARK, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142
0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ROCKLIN MANUFACTURING CO**
**P.O. BOX 1259**
**SOUIX CITY, IA 51102-1259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142
1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RON KADLEC EXCAVATING**
**2030 KINGSTON TRAIL**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142
2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,262.10**

**RONAN INDUSTRIES INC**
**P.O. BOX 646**
**CEDAR FALLS, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142
3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ROSE COGNITION**
**JAMES VAN SLOUN**
**3304 45TH AVE. S.**
**MINNEAPOLIS, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142
4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.10**

**ROSEMOUNT SAW & TOOL**
**14760 S. ROBERT TRAIL**
**ROSEMOUNT, MN 55068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142
5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ROTERTS FLOORING AND CLEANING**
**SERVICE LL**
**100 HILTON COURT**
**MANKATO, MN 56001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

**ROTO ROOTER SERVICE COMPANY**
**5672 COLLECTIONS CENTER DR.**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**ROUTSIS TRAINING**
**PO BOX 894**
**DRACUT, MA 01826**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**RSM US LLP**
**5155 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$27,300.00**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**RT FIRENZE SRL**
**VIA DI STAGNO N.35/37**
**LASTRA A SIGNA   50055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**RTP COMPANY**
**8222 SOLUTIONS CENTER**
**CHICAGO, IL 60677-8000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40,203.71**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

**RUBBER INDUSTRIES INC**
**200 CAVANAUGH DR.**
**SHAKOPEE, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**

**RUBBER PRODUCTS DISTRIBUTION**
**1741 KEATON WAY**
**STE. C**
**GREENWOOD, IN 46143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

**RUBBER STAMPS UNLIMITED**
**334 SOUTH HARVEY ST**
**PLYMOUTH, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

**RUMCO INC**
**989 PAULY DRIVE**
**ELK GROVE VILLAGE, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

**RUSS AUTO BODY**
**842 EAST FOREST**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

**RUSSELL CASTILLO**
**18942 EXCALIBUR TRAIL**
**FARMINGTON, MN 55024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 7**

**Nonpriority creditor's name and mailing address**

**RUSSELL GLEASON**
**792 KENWOOD LANE**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

**RYAN ECKHOLM**
**43807 VISTA ROAD**
**ISLE, MN 56342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**RYAN KOESTER**
**1601 HIDDEN POND LANE**
**VICTORIA, MN 55386**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|--------|----------------------------------|-------------------------|--|
| | Name | | |

---

**3.1440**

**Nonpriority creditor's name and mailing address**

**RYAN MONROE**
**1217 OAK STREET**
**FARMINGTON, MN 55024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1441**

**Nonpriority creditor's name and mailing address**

**S.G.O. ROOFING AND CONSTRUCTION LLC**
**21017 HERON WAY, SUITE 101**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1442**

**Nonpriority creditor's name and mailing address**

**S.P.E.P. ACQUISITION CORP**
**ENGINEERING AND PRODUCTS**
**P.O. BOX 102056**
**PASADENA, CA 91189-2056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,186.08**

---

**3.1443**

**Nonpriority creditor's name and mailing address**

**S.W. ANDERSON COMPANY**
**PO BOX 95020**
**CHICAGO, IL 60694-5020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$40,142.69**

---

**3.1444**

**Nonpriority creditor's name and mailing address**

**SABIC**
**24481 NETWORK PLACE**
**CHICAGO, IL 60673-1244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1445**

**Nonpriority creditor's name and mailing address**

**SAFETY KLEEN CO**
**PO BOX 382066**
**PITTSBURGH, PA 15250-8066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$160.23**

---

**3.1446**

**Nonpriority creditor's name and mailing address**

**SAFETY SUPPORTS INC**
**222 VICTORIA ST S**
**KITCHENER, ONTARIO N2G 2C2**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.144 7**

**Nonpriority creditor's name and mailing address**
**SAGE SOFTWARE INC**
**14855 COLLECTION CENTER D**
**CHICAGO, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144 8**

**Nonpriority creditor's name and mailing address**
**SAINT-GOBAIN PERFORMANCE PLASTICS**
**PO BOX 743699**
**ATLANTA, GA 30374-3699**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144 9**

**Nonpriority creditor's name and mailing address**
**SALES CONSULTANTS OF SACRAMENTO**
**2999 DOUGLAS BLVD SUITE 200**
**ROSEVILLE, CA 95661**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 0**

**Nonpriority creditor's name and mailing address**
**SALESFORCE.COM, INC.**
**PO BOX 203141**
**DALLAS, TX 75320-3141**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 1**

**Nonpriority creditor's name and mailing address**
**SALO PROJECT SEARCH**
**NW 6087**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 2**

**Nonpriority creditor's name and mailing address**
**SANDRA FORSTER dba LITTLE PEPPER PROMOTI**
**527 2ND AVENUE SE**
**MINNEAPOLIS, MN 55414**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 3**

**Nonpriority creditor's name and mailing address**
**SANMINA SCI**
**2700 NORTH FIRST STREET**
**SAN JOSE, CA 95134**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.145 4**

**Nonpriority creditor's name and mailing address**
**SANMINA SCI CORPORATION**
**PO BOX 848413**
**DALLAS, TX 75284-8413**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 5**

**Nonpriority creditor's name and mailing address**
**SARTORIUS CORPORATION**
**24918 NETWORK PLACE**
**CHICAGO, IL 60673-1249**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**
**SAS AUTOMATION, LLC.**
**DEPT 781213**
**PO BOX 78000**
**DETROIT, MI 48278-1213**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 7**

**Nonpriority creditor's name and mailing address**
**SAVANNA PALLETS**
**P.O. BOX 308**
**MCGREGOR, MN 55760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$15,929.80**

---

**3.145 8**

**Nonpriority creditor's name and mailing address**
**SCENTSATIONAL TECHNOLOGIES LLC**
**PO BOX 468**
**ABINGTON, PA 19001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 9**

**Nonpriority creditor's name and mailing address**
**SCHAEFFERS MFG CO**
**DEPARTMENT 3518**
**PO BOX 790100**
**ST LOUIS, MO 63179-0100**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$938.15**

---

**3.146 0**

**Nonpriority creditor's name and mailing address**
**SCHERER & SONS TRUCKING INC**
**PO BOX 178**
**ST. JOSEPH, MN 56374**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.146**
**1**

**Nonpriority creditor's name and mailing address**
**SCHINDLER ELEVATOR CORPORATION**
**PO BOX 93050**
**CHICAGO, IL 60673-3050**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146**
**2**

**Nonpriority creditor's name and mailing address**
**SCHMIT PROTOTYPES**
**1801 INDIANHEAD DR. E.**
**MENOMONIE, WI 54751**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146**
**3**

**Nonpriority creditor's name and mailing address**
**SCHMITTY AND SONS TRANSPORTATION**
**22750 PILLSBURY AVENUE**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146**
**4**

**Nonpriority creditor's name and mailing address**
**SCHNEIDER NATIONAL INC**
**2567 PAYSHARE CIRCLE**
**CHICAGO, IL 60674**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146**
**5**

**Nonpriority creditor's name and mailing address**
**SCHUSTER**
**C/O MARUDAS PRINT SERVICE**
**20 YORKTON COURT**
**ST.PAUL, MN 55117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146**
**6**

**Nonpriority creditor's name and mailing address**
**SCOTT LARSON**
**20968 HYDRA COURT**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146**
**7**

**Nonpriority creditor's name and mailing address**
**SCSI, LLC**
**8515 UNIVERSITY ST.**
**PEORIA, IL 61615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1468**

**Nonpriority creditor's name and mailing address**

**SEAL TECH INDUSTRIES**
**7900 KERBER BLVD**
**PO BOX 1038**
**CHANHASSEN, MN 55317**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1469**

**Nonpriority creditor's name and mailing address**

**SEARCH AMERICA INC**
**PO BOX 53580 DEPT 23**
**PHOENIX, AZ 85072-3580**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$15,600.00**

---

**3.1470**

**Nonpriority creditor's name and mailing address**

**SEARCHAMERICA, INC.**
**C/O ORANGWOOD LAW GROUP, PLC**
**1930 E. BROWN ROAD, STE. 103**
**MESA, AZ 85203**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$28,889.24**

---

**3.1471**

**Nonpriority creditor's name and mailing address**

**SECAP FINANCE**
**PO BOX 405371**
**ATLANTA, GA 30384-5371**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1472**

**Nonpriority creditor's name and mailing address**

**SECONDARY SOLUTIONS INC**
**312 CHESTER STREET**
**SAINT PAUL, MN 55107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1473**

**Nonpriority creditor's name and mailing address**

**SECURITY FIRE SPRINKLER**
**3308 SOUTHWAY DR.**
**ST. CLOUD, MN 56301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1474**

**Nonpriority creditor's name and mailing address**

**SEDLOCK COMPANIES INC.**
**20510 W WATERTOWN CT STE B**
**WAUKESHA, WI 53186**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,091.40**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

**SEFAR INC**
**26232 NETWORK PLACE**
**CHICAGO, IL 60673-1262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**SENSORS INC**
**507 KELSEY STREET**
**DELANO, MN 55328**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**SENTRY SYSTEMS INC**
**4463 WHITE BEAR PKWY**
**SUITE 106**
**WHITE BEAR LAKE, MN 55110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**SEPRO AMERICA**
**765  COMMONWEALTH DR. # 104**
**WARRENDALE, PA 15086**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$863.74**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**SERVICE ENGINEERING**
**2190 WEST MAIN STREET**
**PO BOX 5001**
**GREENFIELD, IN 46140**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**SERVICE LIGHTING**
**11621 95TH AVENUE NORTH**
**MAPLE GROVE, MN 55369**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$418.83**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**SERVICE MASTER**
**PO BOX 608**
**ST. CLOUD, MN 56302**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,095.52**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148
2**

**Nonpriority creditor's name and mailing address**

**SFM
PO BOX 583178
MINNEAPOLIS, MN 55458-3178**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148
3**

**Nonpriority creditor's name and mailing address**

**SFR INDUSTRIES
652 TOWER DRIVE
CADOTT, WI 54727**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148
4**

**Nonpriority creditor's name and mailing address**

**SGS NORTH AMERICA INC
PO BOX 2502
CAROL STREAM, IL 60132-2502**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148
5**

**Nonpriority creditor's name and mailing address**

**SHELLEY A MULLER
124 4TH STREET
MORA, MN 55051**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148
6**

**Nonpriority creditor's name and mailing address**

**SHELPAK PLASTICS INC
339 NORTH MAIN STREET
MIDDLETON, MA 01949**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148
7**

**Nonpriority creditor's name and mailing address**

**SHENXHEN FANCY PACKAGE &
MANUFACTORY CO
3RD FLOOR NO 8 ANQUAN ROAD
XINTANG INDUSTRIAL PARK
BAOAN DISTRICT, SHENZHEN**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148
8**

**Nonpriority creditor's name and mailing address**

**SHERMAN LUMBER, INC
2244 HWY 65
MORA, MN 55051**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1489**

**Nonpriority creditor's name and mailing address**

**SHERWIN WILLIAMS COMPANY**
**7697 WASHINGTON AVE SO**
**EDINA, MN 55439-2421**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50,657.67**

---

**3.1490**

**Nonpriority creditor's name and mailing address**

**SHI CORP**
**PO BOX 952121**
**DALLAS, TX 75395-2121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,423.05**

---

**3.1491**

**Nonpriority creditor's name and mailing address**

**SHIPMAN & GOODWIN LLP**
**ATTN: ACCOUNTS RECEIVABLE**
**ONE CONSTITUTION PLAZA**
**HARTFORD, CT 06103-1919**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1492**

**Nonpriority creditor's name and mailing address**

**SHIPPERS SUPPLY INC**
**401 11TH AVE. S., SUITE 100**
**HOPKINS, MN 55343-7804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,172.94**

---

**3.1493**

**Nonpriority creditor's name and mailing address**

**SHRED IT USA**
**28883 NETWORK PLACE**
**CHICAGO, IL 60673-1288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1494**

**Nonpriority creditor's name and mailing address**

**SHRED RIGHT**
**435 HIGHWAY 96 WEST**
**SHOREVIEW, MN 55126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$218.48**

---

**3.1495**

**Nonpriority creditor's name and mailing address**

**SI CAL TECHNOLOGIES INC**
**11 WALKUP DRIVE**
**WESTBOROUGH, MA 01581**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Imperial Plastics, Incorporated** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.149 6**

**Nonpriority creditor's name and mailing address**

**SID TOOL CO. INC. dba MSC INDUSTRIAL SUP**
**PO BOX 78845**
**MILWAUKEE, WI 53278-8845**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.149 7**

**Nonpriority creditor's name and mailing address**

**SIEMENS INDUSTRY, INC.**
**PO BOX 2715**
**CAROL STREAM, IL 60132**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.149 8**

**Nonpriority creditor's name and mailing address**

**SIGNCRAFT SCREENPRINT, INC**
**100 A.J. HARLE DRIVE**
**ALENA, IL 61036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.149 9**

**Nonpriority creditor's name and mailing address**

**SILKROAD TECHNOLOGY INC**
**FILE 1221**
**1801 WEST OLYMPIC BLVD**
**PASADENA, CA 91199-1221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150 0**

**Nonpriority creditor's name and mailing address**

**SILVERNAGEL LTD**
**18046 JUDICIAL WAY N.**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150 1**

**Nonpriority creditor's name and mailing address**

**SIMUTECH GROUP ROCHESTER**
**STI TECHNOLOGIES INC**
**1800 BRIGHTON-HENRITTA TOWN LINE ROAD**
**ROCHESTER, NY 14623**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.150 2**

**Nonpriority creditor's name and mailing address**

**SINCLAIR & RUSH INC**
**4149 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

**SITE PERSONNEL SERVICES INC**
**N92W17420 APPLETON AVE**
**MENOMONEE FALLS, WI 53051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

**SIZE REDUCTION SPECIALISTS, SRS CORP**
**3510 WEST ROAD**
**EAST LANSING, MI 48823**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,359.06**

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

**SJF MATERIAL HANDLING INC.**
**PO BOX 70**
**WINSTED, MN 55395**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

**SKUTTLE TIGHT INC**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 7**

**Nonpriority creditor's name and mailing address**

**SKYLER CLARK**
**2316 MN - 70**
**BRAHAM, MN 55006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

**SKYLINE DISPLAYS MIDWEST INC**
**11901 PORTLAND AVENUE**
**BURNSVILLE, MN 55337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

**SLIDEMATIC PRECISION COMPONENTS, INC**
**1303 SAMUELSON ROAD**
**ROCKFORD, IL 61109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,287.16**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

**SM POLYMERS INC**
**410 ST. ANDREW ST WEST**
**FERGUS, ONTARIO N1M 1P3**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

**SMART TECHNOLOGIES ULC**
**3636 RESEARCH ROAD NW**
**CALGARY, AB T26 1Y1  CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

**SMARTDRAW SOFTWARE**
**9909 MIRA MESA BLVD**
**SUITE 300**
**SAN DIEGO, CA 92131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

**SOCIAL SECURITY ADMINISTRATION**
**PO BOX 3430**
**PHILADELPHIA, PA 19122-9985**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

**SOCIETY OF PLASTICS ENGINEERS**
**13 CHURCH HILL RD**
**NEWTON, CT 06470**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

**SOLARSOFT BUSINESS SYSTEM**
**P.O. BOX 633937**
**CINCINNATI, OH 45263-3937**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**SOLUTIA CONSULTING INC**
**1241 ADMUNDSON CIRCLE**
**STILLWATER, MN 55082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.151 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135,452.01** |
|---|---|---|---|

**SOLVAY SPECIALTY POLYMERS**
**23424 NETWORK PLACE**
**CHICAGO, IL 60673-1234**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SONITEK**
**84 RESEARCH DRIVE**
**MILFORD, CT 06460**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,124.60** |
|---|---|---|---|

**SONOCO PROTECTIVE SOLUTIONS**
**91218 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0912**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SOUNDWICH**
**881 WAYSIDE ROAD**
**CLEVELAND, OH 44110-2961**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SOUTHCO INC**
**PO BOX 821316**
**PHILADELPHIA, PA 19182-1316**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SOUTHERN MINNESOTA INSPECTION**
**PO BOX 70**
**EAGLE LAKE, MN 56024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SOUTHERN MINNESOTA XPRESS**
**323 WALNUT STREET**
**ST PETER, MN 56082**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.152
4**

**Nonpriority creditor's name and mailing address**

**SOUTHWEST NEWSPAPERS**
**P.O. BOX 8**
**SHAKOPEE, MN 55379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152
5**

**Nonpriority creditor's name and mailing address**

**SOVRAN**
**2915 COMMERS DRIVE, SUITE 100**
**EAGAN, MN 55121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152
6**

**Nonpriority creditor's name and mailing address**

**SPARTAN FELT COMPANY**
**151 FELT DRIVE**
**ROEBUCK, SC 29376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152
7**

**Nonpriority creditor's name and mailing address**

**SPARTAN STAFFING LLC**
**PO BOX 740435**
**ATLANTA, GA 30374-0435**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152
8**

**Nonpriority creditor's name and mailing address**

**SPECIALTY PACKAGING SERVICES LLC**
**20857 IXONIA AVENUE**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$21,484.36**

---

**3.152
9**

**Nonpriority creditor's name and mailing address**

**SPECIALTY SCREW CORPORATION**
**2801 HUFFMAN BLVD**
**ROCKFORD, IL 61103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46,475.99**

---

**3.153
0**

**Nonpriority creditor's name and mailing address**

**SPEE DEE**
**DELIVERY SERVICE INC.**
**PO BOX 1417**
**ST. CLOUD, MN 56302-1417**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Plastics, Incorporated** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

**SPIROL INTERNATIONAL CORP**
**PO BOX 6349**
**CAROL STREAM, IL 60197-6349**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 2**

**Nonpriority creditor's name and mailing address**

**SPRING TEAM, INC.**
**PO BOX 74938**
**CLEVELAND, OH 44194-1021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

**SPRINT**
**PO BOX 4181**
**CAROL STREAM, IL 60197-4181**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

**SPS COMMERCE, INC.**
**333 SOUTH SEVENTH STREET**
**STE. 1000**
**MINNEAPOLIS, MN 55402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

**SPX**
**655 EISENHOWER DRIVE**
**OWATONNA, MN 55060**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**ST CLOUD ENGRAVING INC**
**420 N. 3RD ST.**
**WAITE PARK, MN 56387**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**ST CLOUD REFRIGERATION**
**604 LINCOLN AVE NE**
**ST CLOUD, MN 56304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$12,754.75

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,436.36** |
|---|---|---|---|

**St. CLOUD REFRIGERATION, INC.**
**C/O RINKE NOONAN, STE. 300**
**1015 W ST. GERMAIN STREET**
**SAINT CLOUD, MN 56302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ST. PAUL ENGRAVING**
**6150 FIELD STONE COURT**
**STACY, MN 55079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STACY MCDANIEL**
**1013 LARCH STREET**
**FARMINGTON, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,165.00** |
|---|---|---|---|

**STAFAST PRODUCTS INC**
**505 LAKESHORE BLVD.**
**PAINESVILLE, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,664.00** |
|---|---|---|---|

**STAFFORD TRUCKING INC**
**P.O. BOX 133**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STAHLKES DEPARTMENT STORE**
**116 S UNION ST**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STALCOP**
**PO BOX 641033**
**DALLAS, TX 75264-1033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|--------|--------------------------------------|---------------------------|--|
|        | Name | | |

---

**3.154
5**

**Nonpriority creditor's name and mailing address**
**STANDARD FORWARDING**
**62820 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0628**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.154
6**

**Nonpriority creditor's name and mailing address**
**STAPLES BUSINESS ADVANTAGE**
**DEPT DET**
**PO BOX 83689**
**CHICAGO, IL 60696-3689**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.154
7**

**Nonpriority creditor's name and mailing address**
**STAR EQUIPMENT**
**248 APOLLO DRIVE**
**LINO LAKES, MN 55014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,385.22**

---

**3.154
8**

**Nonpriority creditor's name and mailing address**
**STAR TRIBUNE**
**P.O. BOX 790387**
**ST. LOUIS, MO 63179-0387**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.154
9**

**Nonpriority creditor's name and mailing address**
**START INTERNATIONAL**
**PO BOX 829**
**ADDISON, TX 75001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.155
0**

**Nonpriority creditor's name and mailing address**
**START RECRUITING**
**7020 DAKOTA CIRCLE**
**CHANHASSEN, MN 55317**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.155
1**

**Nonpriority creditor's name and mailing address**
**STATE OF DELAWARE**
**DIVISION OF CORPORATIONS**
**PO BOX 74072**
**BALTIMORE, MD 21274-4072**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

| 3.155 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
|  | **STATE OF MINNESOTA** | ☐ Contingent | |
|  | **FINANCIAL SERVICES OFFICE** | ☐ Unliquidated | |
|  | **PO BOX 64219** | ☐ Disputed | |
|  | **ST PAUL, MN 55164-0219** | | |
|  | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
|  | **STATE OF NORTH DAKOTA** | ☐ Contingent | |
|  | **OFFICE OF STATE TAX COMMISSIONER** | ☐ Unliquidated | |
|  | **600 E. BOULEVARD AVE DEPT 127** | ☐ Disputed | |
|  | **BISMARK, ND 58505-0599** | | |
|  | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
|  | **STATE OFMINNESOTA DEPT OF PUBLIC SAFETY** | ☐ Contingent | |
|  | **445 MINNESOTA ST., SUITE 223** | ☐ Unliquidated | |
|  | **ST. PAUL, MN 55101** | ☐ Disputed | |
|  | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,490.70** |
|---|---|---|---|
|  | **STEARNSWOOD INC** | ☐ Contingent | |
|  | **PO BOX 50** | ☐ Unliquidated | |
|  | **HUTCHINSON, MN 55350** | ☐ Disputed | |
|  | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
|  | **STEPHANIE GEHRKE** | ☐ Contingent | |
|  | **500 WEST MAPLE AVENUE** | ☐ Unliquidated | |
|  | **APT. 303** | ☐ Disputed | |
|  | **MORA, MN 55051** | | |
|  | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
|  | **STEPHEN GOULD CORP** | ☐ Contingent | |
|  | **35 SOUTH JEFFERSON ROAD** | ☐ Unliquidated | |
|  | **WHIPPANY, NJ 07981** | ☐ Disputed | |
|  | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
|  | **STEPHEN PESCHMAN** | ☐ Contingent | |
|  | **8024 RIDGEWAY ROAD** | ☐ Unliquidated | |
|  | **GOLDEN VALLEY, MN 55426** | ☐ Disputed | |
|  | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**STERICYCLE SPECIALTY WASTE SOLUTIONS**
**2850 100TH COURT NE**
**BLAINE, MN 55449**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**STERLING ELECTRIC CORPORATION**
**8616 XYLON AVE N, SUITE H**
**BROOKLYN PARK, MN 55445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**STERLING PRODUCTS INC**
**DEPARTMENT 4509**
**CAROL STREAM, IL 60122-4514**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**STERLING PRODUCTS INC**
**2900 S. 160TH ST.**
**NEW BERLIN, WI 53151**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**STERN INDUSTRIES**
**PO BOX 1150**
**MINNEAPOLIS, MN 55480-1150**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**STERN RUBBER COMPANY**
**PO BOX 776292**
**CHICAGO, IL 60677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**STEVE BOYSEN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.156 6**

**Nonpriority creditor's name and mailing address**
**STEVE BURSKI**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**
**STEVE HERMAN**
**2023 MEADOW STREET**
**COLOGNE, MN 55322**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**
**STEVE LAMBERT**
**700 WALNUT STREET SOUTH**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**
**STEVE LEVEY**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**
**STEVE LUSSO TECHNICAL SERVICES**
**708 4TH STREET**
**ST PAUL PARK, MN 55071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 1**

**Nonpriority creditor's name and mailing address**
**STEVEN G. ULVI**
**1977 WATERFORD LANE**
**CHASKA, MN 55318**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 2**

**Nonpriority creditor's name and mailing address**
**STEVEN KOLK**
**1764 240TH AVENUE**
**MORA, MN 55051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**STEVEN ZIEGLER**
**42 UNION STREET NORTH**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**STINSON LEONARD STREET**
**PO BOX 843052**
**KANSAS CITY, MO 64184-3052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**STONE MACHINERY INC**
**551 PHALEN BLVD**
**ST. PAUL, MN 55130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**STORMY LANDSCAPING & FENCING**
**P.O. BOX 143**
**CLEARWATER, MN 55320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**STOUT RISIUS ROSS ADVISORS LLC**
**145 W OSTEND ST**
**STE 600**
**BALTIMORE, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**STRAIGHT LINE MACHINING**
**1264 HARBOR ST.**
**OGILIVE, MN 56358**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**STRANDLUND REFRIGERATION**
**1896 S HWY 65**
**P.O. BOX 60**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

**STRATEGIC CUSTOM SOLUTIONS**
**ATTN: SCS ACCOUNTS RECEIVABLES**
**7825 WASHINGTON AVE., SUITE 450**
**MINNEAPOLIS, MN 55439**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

**STRATOSPHERE QUALITY LLC**
**12024 EXIT FIVE PARKWAY**
**FISHERS, IN 46037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 2**

**Nonpriority creditor's name and mailing address**

**STRIKEMASTER CORPORATION**
**17217 198TH AVE**
**BIG LAKE, MN 55309**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 3**

**Nonpriority creditor's name and mailing address**

**STROKE OF THE HEART**
**P.O. BOX 595**
**EXCELSIOR, MN 55331**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

**STYER TRANSPORTATION**
**PO BOX 592**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$7,624.80**

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

**SUBWAY SANDWICHES & SALADS**
**11276 210TH STREET**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

**SUEL PRINTING COMPANY**
**200 MAIN STREET E.**
**NEW PRAGUE, MN 56071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.158 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SUMITOMO DEMAG PLASTICS MACHINERY**
**2022 MOMENTUM WAY**
**CHICAGO, IL 60689-5320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SUMITOMO SHI DEMAG**
**2022 MOMENTUM WAY**
**CHICAGO, IL 60689-5320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,210.00** |
|---|---|---|---|

**SUMMIT COMPANIES**
**PO BOX 6205**
**CAROL STREAM, IL 60197-6205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SUN LIFE ASSURANCE COMPANY OF**
**CANADA**
**P.O. BOX 7247-0381**
**PHILADELPHIA, PA 19170-0381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SUN NEWSPAPERS**
**10917 VALLEY VIEW RD**
**EDEN PRAIRIE, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,784.55** |
|---|---|---|---|

**SUN PLASTECH INC**
**PO BOX 775109**
**CHICAGO, IL 60677-5109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SUNDERMAN SERVICES**
**2648 HIGHWAY 65**
**MORA, MN 55051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

**SUNSOURCE**
**PO BOX 74007453**
**CHICAGO, IL 60674-7453**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

**SUNWEST SCREEN GRAPHICS LTD**
**277 CREE CRESCENT**
**WINNIPEG, MANITOBA R3J 3X4**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

**SUPERIOR COMPONENTS INC**
**12409 SOUTH INDUSTRIAL DRIVE**
**PLAINFIELD, IL 60585**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 7**

**Nonpriority creditor's name and mailing address**

**SUPERIOR CRANE CORP**
**12087 DOGWOOD ST. NW**
**COON RAPIDS, MN 55448**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

**SUPERIOR DIE SET COMPANY**
**900 WEST DREXEL AVE.**
**OAKCREEK, WI 53154**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.159 9**

**Nonpriority creditor's name and mailing address**

**SUPERIOR PRODUCTS MFG**
**PO BOX 64177**
**ST. PAUL, MN 55164-0177**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

**SUPPLY CHAIN SERVICE INTERNATIONAL LLC**
**8515 N UNIVERSITY STREET**
**PEORIA, IL 61615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.160**
**1**

**Nonpriority creditor's name and mailing address**

**SUPPLY TECHNOLOGIES**
**DEPT 781959**
**P.O. BOX 78000**
**DETROIT, MI 48278-1959**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,145.50**

---

**3.160**
**2**

**Nonpriority creditor's name and mailing address**

**SURUJ SINGH**
**12928 JAMES AVENUE SOUTH**
**BURNSVILLE, MN 55337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**3**

**Nonpriority creditor's name and mailing address**

**SUSAN STONE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**4**

**Nonpriority creditor's name and mailing address**

**SUTHERLAND FELT COMPANY**
**700 E. WHITCOMB**
**MADISON HEIGHTS, MI 48071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**5**

**Nonpriority creditor's name and mailing address**

**SUTTLE**
**NW 6295 PO BOX 1450**
**MINNEAPOLIS, MN 55485-6295**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**6**

**Nonpriority creditor's name and mailing address**

**SWAGELOK MINNESOTA**
**321 HAZELTINE DRIVE**
**CHASKA, MN 55318-1033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**7**

**Nonpriority creditor's name and mailing address**

**SWANSON & YOUNGDALE, INC.**
**SDS-12-1575**
**P.O. BOX 86**
**MINNEAPOLIS, MN 55486-0086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.160 8**

**Nonpriority creditor's name and mailing address**
**SYMBOLOGY ENTERPRISES INC**
**185 H INDUSTRIAL PARKWAY**
**SOMERVILLE, NJ 08876**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.160 9**

**Nonpriority creditor's name and mailing address**
**SYMMCO, INC.**
**PO BOX 73226**
**CLEVELAND, OH 44193**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.161 0**

**Nonpriority creditor's name and mailing address**
**SYMTEC INC**
**124 OSBORNE ROAD NE**
**FRIDLEY, MN 55432**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.161 1**

**Nonpriority creditor's name and mailing address**
**SYNVENTIVE MOLDING SOLUTIONS**
**DEPARTMENT # 294401**
**PO BOX 67000**
**DETROIT, MI 48267-2944**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.161 2**

**Nonpriority creditor's name and mailing address**
**T. E. KENT ASSOCIATES INC**
**10800 LYNDALE AVENUE SOUTH**
**SUITE 240**
**BLOOMINGTON, MN 55420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.161 3**

**Nonpriority creditor's name and mailing address**
**T.L. ASHFORD & ASSOCIATES**
**626 BUTTERMILK PIKE**
**CRESCENT SPRINGS, KY 41017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.161 4**

**Nonpriority creditor's name and mailing address**
**TAPESWITCH CORPORATION**
**100 SCHMITT BLVD**
**FARMINGDALE, NY 11735**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.161
5**

**Nonpriority creditor's name and mailing address**

**TCBX TRUCKING
1748 SE 13TH ST.
P.O. BOX 325
BRAINERD, MN 56401-4723**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161
6**

**Nonpriority creditor's name and mailing address**

**TCIC, INC
628 MENDELSSOHN AVE N
GOLDEN VALLEY, MN 55429**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161
7**

**Nonpriority creditor's name and mailing address**

**TCR ENGINEERED COMPONENTS LLC
1600 67TH AVE N
MINNEAPOLIS, MN 55430**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161
8**

**Nonpriority creditor's name and mailing address**

**TEAM INDUSTRIAL SERVICES
P.O. BOX 842233
DALLAS, TX 75284-2233**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161
9**

**Nonpriority creditor's name and mailing address**

**TEAM INDUSTRIES BAGLEY
105 PARK AVE. NW
BAGLEY, MN 56621-9558**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.162
0**

**Nonpriority creditor's name and mailing address**

**TEAM PERSONNEL
259 UNIVERSITY AVE. W., SUITE A
ST. PAUL, MN 55103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.162
1**

**Nonpriority creditor's name and mailing address**

**TEC ENGINEERING CORPORATION
31 TOWN FOREST ROAD
OXFORD, MA 01540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.162 2**

Nonpriority creditor's name and mailing address

**TECH CHECK LLC**
**2 SARTELL STREET WEST**
**SARTELL, MN 56377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 3**

Nonpriority creditor's name and mailing address

**TECH MOLD CORP**
**116 ANTIQUE LANE**
**DE FOREST, WI 53532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 4**

Nonpriority creditor's name and mailing address

**TECHMER PM LLC**
**P.O. BOX 749789**
**LOS ANGELES, CA 90074-9789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,807.12

---

**3.162 5**

Nonpriority creditor's name and mailing address

**TECHNETICS GROUP**
**7837 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 6**

Nonpriority creditor's name and mailing address

**TEKNOR APEX**
**PO BOX 405197**
**ATLANTA, GA 30384-5197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,182.90

---

**3.162 7**

Nonpriority creditor's name and mailing address

**TEMPLE ELECTRIC MOTOR SERVICE INC**
**2121 N.W. 2ND AVENUE**
**FARIBAULT, MN 55021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$358.00

---

**3.162 8**

Nonpriority creditor's name and mailing address

**TEMPTEK INC**
**525 E STOP 18 ROAD**
**GREENWOOD, IN 46143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1629**

**Nonpriority creditor's name and mailing address**

**TENNANT COMPANY**
**PO BOX 71414**
**CHICAGO, IL 60694-1414**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$377.96**

---

**3.1630**

**Nonpriority creditor's name and mailing address**

**TERRACON CONSULTANTS, INC.**
**PO BOX 959673**
**ST LOUIS, MO 63195-9673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1631**

**Nonpriority creditor's name and mailing address**

**THE BVA GROUP LLC**
**ATTN: BVA ACCOUNTING**
**7250 DALLAS PARKWAY #200**
**PLANO, TX 75024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1632**

**Nonpriority creditor's name and mailing address**

**THE CARY COMPANY**
**PO BOX 88670**
**CHICAGO, IL 60680-1670**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$34,838.10**

---

**3.1633**

**Nonpriority creditor's name and mailing address**

**THE CHRISTENSEN GROUP**
**11100 BREN ROAD WEST**
**MINNETONKA, MN 55343**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1634**

**Nonpriority creditor's name and mailing address**

**THE FABLED ROOSTER LLC**
**1337 KNOX AVE N**
**MINNEAPOLIS, MN 55411**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1635**

**Nonpriority creditor's name and mailing address**

**THE KIPLINGER LETTER**
**P.O. BOX 3299**
**HARLAN, IA 51593-0258**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.163
6**

**Nonpriority creditor's name and mailing address**

**THE LINCOLN NATIONAL LIFE**
**PO BOX 0821**
**CAROL STREAM, IL 60132-0821**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163
7**

**Nonpriority creditor's name and mailing address**

**THE MIX PLASTICS**
**621-D E. LAKE ST.**
**LAKE MILLS, WI 52551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163
8**

**Nonpriority creditor's name and mailing address**

**THE NETWORK GUYS**
**7070 BROOKLYN BLVD.**
**BROOKLYN CENTER, MN 55429**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$15,532.00

---

**3.163
9**

**Nonpriority creditor's name and mailing address**

**THE PROUTY PROJECT**
**6385 OLD SHADY OAK ROAD**
**SUITE 260**
**MINNEAPOLIS, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164
0**

**Nonpriority creditor's name and mailing address**

**THE QC GROUP INC**
**5950 CLEARWATER DRIVE, SUITE 300**
**MINNETONKA, MN 55343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$13,068.94

---

**3.164
1**

**Nonpriority creditor's name and mailing address**

**THE RAYMOND CORPORATION**
**22 SOUTH CANAL STREET**
**PO BOX 130**
**GREENE, NY 13778**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164
2**

**Nonpriority creditor's name and mailing address**

**THE RETROFIT COMPANIES INC**
**1010 HOFFMAN DRIVE, SUITE A**
**OWATONNA, MN 55060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.164 3**

**Nonpriority creditor's name and mailing address**

**THE TEGRA GROUP**
**801 NICOLLET MALL, SUITE 1850**
**MINNEAPOLIS, MN 55402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

**THE TOOL HOUSE, INC.**
**5205 SOUTH EMMER DRIVE**
**NEW BERLIN, WI 53151**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

**THE VALUATION GROUP INC**
**3655 PLYMOUTH BOULEVARD**
**SUITE 105**
**PLYMOUTH, MN 55426**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

**THE VIRANT GROUP**
**1548 CLEMSON DRIVE**
**EAGAN, MN 55122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**

**THERMAL CARE**
**DEPT 430**
**PO BOX 644 537**
**PITTSBURGH, PA 15264-4537**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

**THOMAS P CARLSON CONSTRUCTION LLC**
**11733 80TH AVENUE**
**MILACA, MN 56353**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

**THOMAS ZOUBI**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1650**

**Nonpriority creditor's name and mailing address**

**THOMPSON TOOL & DIE**
**4060 307TH LANE NW**
**CAMBRIDGE, MN 55008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1651**

**Nonpriority creditor's name and mailing address**

**TICONA POLYMERS**
**PO BOX 96205**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$25,938.98

---

**3.1652**

**Nonpriority creditor's name and mailing address**

**TILSNER CARTON CO.**
**162 YORK AVE EAST**
**ST PAUL, MN 55117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,521.16

---

**3.1653**

**Nonpriority creditor's name and mailing address**

**TIM BADER**
**P.O. BOX 33**
**FARMINGTON, MN 55024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1654**

**Nonpriority creditor's name and mailing address**

**TIM JOY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1655**

**Nonpriority creditor's name and mailing address**

**TIM JOY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1656**

**Nonpriority creditor's name and mailing address**

**TIM NIKUNEN**
**17175 POLK AVENUE**
**HASTINGS, MN 55033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1657**

**Nonpriority creditor's name and mailing address**

**TIM OLSEN**
**119  FIRST AVENUE NE**
**APT. 110**
**BUFFALO, MN 55313**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1658**

**Nonpriority creditor's name and mailing address**

**TIMBERLINE PALLET AND SKID**
**P.O. BOX 631**
**EAST MOLINE, IL 61244**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$69,641.95**

---

**3.1659**

**Nonpriority creditor's name and mailing address**

**TIMBERWOLF PRODUCTS**
**21669 HANOVER AVENUE**
**LAKEVILLE, MN 55044**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1660**

**Nonpriority creditor's name and mailing address**

**TIMES MEDIA**
**PO BOX 677330**
**DALLAS, TX 75267-7330**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1661**

**Nonpriority creditor's name and mailing address**

**TIMESCAPES INC**
**519 CHICAGO AVENUE, SUITE B**
**EVANSTON, IL 60202-2915**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1662**

**Nonpriority creditor's name and mailing address**

**TINIUS OLSEN TESTING MACHINING**
**PO BOX 7780-1204**
**PHILADELPHIA, PA 19182**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1663**

**Nonpriority creditor's name and mailing address**

**TINKER & LARSON INC**
**124 NW RAILROAD AVE**
**MORA, MN 55051**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.166 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TK CARDBOARD**
**7135 WHIPPOORWILL LANE**
**LINO LAKES, MN 55014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,109.24** |
|---|---|---|---|

**TK MANUFACTURING, INC.**
**24024 HUMPHRIES RD**
**TECATE, CA 91980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TMP WORLDWIDE ADVERTISING &**
**COMMUNICATIO**
**PO BOX 96**
**LAUREL, NY 11948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TOM BUNCE**
**13717 HEATHER HILLS DRIVE**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80.00** |
|---|---|---|---|

**TOMS MOBILE LOCK SERVICE**
**17110 JONQUIL**
**LAKEVILLE, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TONY LARSON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TONYS TOOL**
**34025 207TH AVENUE**
**ALBANY, MN 56307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.167
1**

**Nonpriority creditor's name and mailing address**

**TOOLING SCIENCE**
**9424 DEERWOOD LANE N.**
**MAPLE GROVE, MN 55369**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.167
2**

**Nonpriority creditor's name and mailing address**

**TOOLPLAS SYSTEMS INC**
**1905 BLACKACRE DRIVE**
**OLDCASTLE, ONTARIO NOR-1LO**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
3**

**Nonpriority creditor's name and mailing address**

**TORO COMPANY**
**174 16TH STREET**
**WINDOM, MN 56101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
4**

**Nonpriority creditor's name and mailing address**

**TORRENT CONSULTING, LLC**
**1300 17TH ST N**
**STE 260**
**ARLINGTON, VA 22209**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
5**

**Nonpriority creditor's name and mailing address**

**TORRINGTON BRUSH WORKS**
**4377 INDEPENDENCE COURT**
**SARASTOA, FL 34234**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
6**

**Nonpriority creditor's name and mailing address**

**TOTAL FILTRATION SERVICES**
**13002 COLLECTIONS CENTER**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167
7**

**Nonpriority creditor's name and mailing address**

**TOTAL QUALITY SYSTEMS INC**
**P.O. BOX 441286**
**DETROIT, MI 48244**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.167 8**

**Nonpriority creditor's name and mailing address**

**TOTAL TOOL SUPPLY, INC**
**315 N PIERCE ST**
**SAINT PAUL, MN 55104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167 9**

**Nonpriority creditor's name and mailing address**

**TOWN & COUNTRY OIL**
**1015 N. INDUSTRIAL BLVD.**
**MORA, MN 55051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.168 0**

**Nonpriority creditor's name and mailing address**

**TOYOTA INDUSTRIES COMMERCIAL**
**FINANCE, IN**
**PO BOX 660926**
**DALLAS, TX 75266-0926**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,701.47

---

**3.168 1**

**Nonpriority creditor's name and mailing address**

**TOYOTA LIFT OF MINNESOTA**
**8601 XYLON COURT N.**
**BROOKLYN PARK, MN 55445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,142.21

---

**3.168 2**

**Nonpriority creditor's name and mailing address**

**TRACKSIDE SERVICES LLC**
**3151 MORTON DR**
**EAST MOLINE, IL 61244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

**TRADEMARK PLASTICS CORP.**
**PO BOX 15292**
**NEWARK, NJ 07192**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

**TRAILHEAD FUND LIMITED PARTNERSHIP**
**3700 WELLS FARGO CENTER**
**90 SOUTH SEVENTH STREET**
**MINNEAPOLIS, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

**TRANE COMPANY**
**4833 WHITE BEAR PARKWAY**
**ST. PAUL, MN 55110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

**TRANS ALARM INC**
**PO BOX 776146**
**CHICAGO, IL 60677-6146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$198.84**

---

**3.168 7**

**Nonpriority creditor's name and mailing address**

**TRANS TECH**
**HARRIS BANK LOCKBOX 95327**
**CHICAGO, IL 60694-5327**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

**TRANSPORT EXPRESS**
**3275 MIKE COLLINS DRIVE**
**EAGAN, MN 55121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.168 9**

**Nonpriority creditor's name and mailing address**

**TRAVEL LEADERS**
**15083 FLAGSTAFF AVENUE**
**ATTN: CHERYL/SARAH**
**APPLE VALLEY, MN 55124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169 0**

**Nonpriority creditor's name and mailing address**

**TREKK EQUIPMENT GROUP**
**70 MIDWEST DRIVE**
**PACIFIC, MO 63069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169 1**

**Nonpriority creditor's name and mailing address**

**TRELLEBORG SEALING SOLUTIONS**
**MIDWEST**
**DEPT CH 10999**
**PALATINE, IL 60055-0999**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.169 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,546.80** |

**TRI STAR INDUSTRIES INC**
**101 MASSIRIO DR**
**BERLIN, CT 06037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**TRIANGLE WAREHOUSE INC**
**P.O. BOX 581669**
**MINNEAPOLIS, MN 55458-1669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**TRIMARK**
**NW 6176 PO BOX 1450**
**MINNEAPOLIS, MN 55485-6176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**TRINITY EQUIPMENT LLC**
**9749 HALL AVE NE**
**MONTICELLO, MN 55362-2943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**TRIVALENCE TECHNOLOGIES, LLC**
**3290 CLAREMONT AVE**
**EVANSVILLE, IN 47712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,093.50** |

**TRIVOLT SYSTEMS & APPLICATIONS INC**
**4491 DES GRANDES PAIRIES**
**MONTREAL**
**QUEBEC H1R1A5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |

**TROPPUS SUPPORT S DEL RL DE CV**
**2568 WINDSOR PLACE**
**BROWNSVILLE, TX 78520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1699**

**Nonpriority creditor's name and mailing address**

**TRU VUE INC**
**2150 AIRPORT DRIVE**
**FARIBAULT, MN 55021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1700**

**Nonpriority creditor's name and mailing address**

**TRUDELL TRAILER SALES**
**9600 71ST ST. NE**
**ALBERTVILLE, MN 55301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1701**

**Nonpriority creditor's name and mailing address**

**TRUSCO MANUFACTURING COMPANY**
**545 NW 68TH AVE**
**OCALA, FL 34482**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1702**

**Nonpriority creditor's name and mailing address**

**TSE**
**203 SHAMROCK DRIVE**
**ARLINGTON, MN 55307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1703**

**Nonpriority creditor's name and mailing address**

**TSG**
**10 SECOND STREET NE**
**SUITE 214**
**MINNEAPOLIS, MN 55413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1704**

**Nonpriority creditor's name and mailing address**

**TUTCO INC**
**25069 NETWORK PLACE**
**CHICAGO, IL 60673-1250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1705**

**Nonpriority creditor's name and mailing address**

**TWF INDUSTRIES INC.**
**2611 CTY RD 45 SW**
**ALEXANDRIA, MN 56308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number *(if known)* |
|--------|----------------------------------|--------------------------|
|        | Name                             |                          |

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

**TWIN CITIES AIR CLEANING**
**PO BOX 314**
**ALBERTVILLE, MN 55301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**

**TWIN CITY OPTICAL CO**
**PAYMENT PROCESSING CENTER**
**P.O. BOX 815519**
**DALLAS, TX 75381-5519**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170 8**

**Nonpriority creditor's name and mailing address**

**TWIN CITY PLATING**
**641 HOOVER STREET NE**
**MINNEAPOLIS, MN 55413**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

**TWIN CITY SCALE INC**
**3011 E. 42ND STREET**
**MINNEAPOLIS, MN 55406**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

**TWIST EASE**
**2112 BROADWAY ST. NE**
**MINNEAPOLIS, MN 55413**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

**TXG INDUSTRIES INC**
**10893 SHADOW WOOD DR**
**HOUSTON, TX 77043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 2**

**Nonpriority creditor's name and mailing address**

**UBM CANON LLC**
**25589 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.171<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**UHAN PROFESSIONAL SERVICES LLC**
**2 NORTH BROADWAY, PO BOX 1000**
**GILBERT, MN 55741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**UHL COMPANY, INC**
**PO BOX 1575**
**LOCKBOX 1575**
**MINNEAPOLIS, MN 55480-1575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,380.00 |
|---|---|---|---|

**UL LLC**
**75 REMITTANCE DRIVE**
**SUITE 1524**
**CHICAGO, IL 60675-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,590.70 |
|---|---|---|---|

**ULINE**
**ATTN: ACCOUNTS RECEIVABLE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ULTRA PLUMBING SERVICES LLC**
**1175 EAGLE STREET**
**OGILVIE, MN 56358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ULTRATECH INC**
**280 ASCOT PARKWAY**
**CUYAHOGA FALLS, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $607.59 |
|---|---|---|---|

**UNA-DYN**
**11700 SHANNON DIRVE**
**FREDERICKSBURG, VA 22408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.172 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNDERWRITERS LABORATORIES**
**75 REMITTANCE DRIVE SUITE 1524**
**CHICAGO, IL 60675-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNIFIED THEORY INC**
**1811 WEIR DRIVE, SUITE 365**
**WOODBURY, MN 55125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNIFILTER INCORPORATED**
**1468 S. MANHATTAN AVE.**
**FULLERTON, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$712.98** |
|---|---|---|---|

**UNIFORM COLOR COMPANY**
**942 BROOKS AVENUE**
**HOLLAND, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNILOY, INC**
**PO BOX 535638**
**ATLANTA, GA 30353-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNIMATIC INC**
**3501 RALEIGH AVE**
**ST. LOUIS PARK, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNIQUE TOOL**
**15652 200TH STREET**
**HUTCHINSON, MN 55350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.172 7**

Nonpriority creditor's name and mailing address

**UNISHIPPERS**
**4225 30TH AVE S**
**MOORHEAD, MN 56560-6024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.172 8**

Nonpriority creditor's name and mailing address

**UNISORB**
**PO BOX 1000**
**JACKSON, MI 49204-1000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.172 9**

Nonpriority creditor's name and mailing address

**UNITED ELECTRIC**
**PO BOX 802578**
**CHICAGO, IL 60680-2578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,531.85**

---

**3.173 0**

Nonpriority creditor's name and mailing address

**UNITED PARCEL SERVICES**
**P.O. BOX 809488**
**CHICAGO, IL 60680-9488**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,947.49**

---

**3.173 1**

Nonpriority creditor's name and mailing address

**UNITED PLASTICS INC**
**1227 GARFIELD AVE**
**FLINT, MI 48505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 2**

Nonpriority creditor's name and mailing address

**UNITED RENTALS**
**301 WEST MABEL STREET**
**MANKATO, MN 56002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 3**

Nonpriority creditor's name and mailing address

**UNITED STANDARDS LAB**
**4250 NICOLLET AVENUE SOUTH**
**MINNEAPOLIS, MN 55409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,061.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.173 4**

**Nonpriority creditor's name and mailing address**

**UNITED STATES LIFE INSURANCE**
**P.O. BOX 62104**
**BALTIMORE, MD 21264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 5**

**Nonpriority creditor's name and mailing address**

**UNITED TRAILER LEASING**
**SDS-12-2757**
**P.O. BOX 86**
**MINNEAPOLIS, MN 55486-2757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,610.10**

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

**UNIVER SOLUTIONS USA INC**
**62190 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

**UNIVERSAL CLEANING SERVICES INC**
**12372 RIVER RIDGE BLVD**
**BURNSVILLE, MN 55337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

**UNIVERSAL DYNAMICS INC**
**11700 SHANNON DRIVE**
**FREDERICKSBURG, VA 22408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$930.56**

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**UNIVERSAL FORMATIONS INC**
**3850 WEST HIGHWAY 13**
**BURNSVILLE, MN 55337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,020.00**

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

**UNIVERSAL PUNCH CORP.**
**PO BOX 26879**
**SANTA  ANA, CA 92799-6879**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.174 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UNUM LIFE INSURANCE COMPANY OF AMERICA**
**PO BOX 406990**
**ATLANTA, GA 30384-6990**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPONOR NORTH AMERICA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**UPS SUPPLY CHAIN SOLUTIONS**
**28013 NETWORK PLACE**
**CHICAGO, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US HEALTH WORKS**
**PO BOX 741707**
**ATLANTA, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,059.38** |
|---|---|---|---|

**US WATER SERVICES INC**
**PO BOX 851361**
**MINNEAPOLIS, MN 55485-1361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$686.25** |
|---|---|---|---|

**USF HOLLAND**
**27052 NETWORK PLACE**
**CHICAGO, IL 60673-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**USF SURFACE PREPARATION**
**ABRASIVE SYSTEMS DIVISION**
**900 LUND BOULEVARDLANE N**
**ANOKA GROVE, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

**USP LUMBER CONNECTORS**
**703 ROGERS DRIVE**
**MONTGOMERY, MN 56069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

**UTC FIRE & SECURITY**
**31572 INDUSTRIAL ROAD, SUITE 200**
**LIVONIA, MI 48150-5850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

**UTILITIES PLUS ENERGY SERVICE**
**18940 YORK ST NW**
**ELK RIVER, MN 55330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

**VALLEY CARTAGE & WAREHOUSE**
**8665 HUDSON BLVD N.**
**STE 100**
**LAKE ELMO, MN 55042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.175 2**

**Nonpriority creditor's name and mailing address**

**VALLEY ENTERPRISES**
**SWIFT-SPRTC**
**PO BOX 64835**
**ST. PAUL, MN 55164-0835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.175 3**

**Nonpriority creditor's name and mailing address**

**VALSPAR INDUSTRIES USA**
**P.O. BOX 741604**
**ATLANTA, GA 30374-1604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.175 4**

**Nonpriority creditor's name and mailing address**

**VALUE PLASTICS**
**PO BOX 911954**
**DENVER, CO 80291-1954**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$5,860.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

**VAN PAPER**
**2107 STEWART AVE**
**ST PAUL, MN 55116**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$259.36**

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

**VANDERPOEL DISPOSAL**
**PO BOX 212**
**MILACA, MN 56353**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 7**

**Nonpriority creditor's name and mailing address**

**VANTEC**
**205 CLOSZ DRIVE**
**P.O. BOX 847**
**WEBSTER CITY, IA 50595-0847**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 8**

**Nonpriority creditor's name and mailing address**

**VARIPHY INC**
**722 OLD JONAS HILL RD**
**LAFAYETTE, CA 94549**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

**VEDDER PRICE PC**
**ATTN: ACCOUNTS RECEIVABLE**
**222 N LASALLE STREET 24TH FLOOR**
**CHICAGO, IL 60601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

**VEITE CRYOGENIC EQUIPMENT**
**PO BOX 39358**
**NORTH RIDGEVILLE, OH 44039**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**VELOCITY TELEPHONE**
**656 MENDELSSOHN AVE N**
**GOLDEN VALLEY, MN 55427**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$4,027.44**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176
2**

**Nonpriority creditor's name and mailing address**

**VER-TECH
6801 BLECK DRIVE
ROCKFORD, MN 55373**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
3**

**Nonpriority creditor's name and mailing address**

**VERITAS TOOLS INC.
1080 MORRISON DRIVE
OTTAWA, ONTARIO K2H 1C4**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
4**

**Nonpriority creditor's name and mailing address**

**VERITIV CORP
7472 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,094.49**

---

**3.176
5**

**Nonpriority creditor's name and mailing address**

**VERIZON WIRELESS
PO BOX 16810
NEWARK, NJ 07101-6810**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,648.42**

---

**3.176
6**

**Nonpriority creditor's name and mailing address**

**VERNAY LABORATORIES INC
2077 CONVENTION CENTER CONCOURSE
SUITE 225
ATLANTA, GA 30337**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
7**

**Nonpriority creditor's name and mailing address**

**VERSATILE TRANSPORT LLC
PO BOX 456
BECKER, MN 55308-0456**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
8**

**Nonpriority creditor's name and mailing address**

**VICKIE KADRLIK
37460 FIRST AVENUE CT.
DENNISON, MN 55018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176 9**

**Nonpriority creditor's name and mailing address**
**VICTOR BYRD**
**2172 NORTONIA AVENUE**
**SAINT PAUL, MN 55119**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 0**

**Nonpriority creditor's name and mailing address**
**VICTORIA ZBYTOVSKY**
**19321 KLONDIKE LOOP**
**GRASSTON, MN 55030**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 1**

**Nonpriority creditor's name and mailing address**
**VICTORY POWER LLC**
**527 PROFESSIONAL DRIVE, #200**
**NORTHFIELD, MN 55057**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 2**

**Nonpriority creditor's name and mailing address**
**VICTREX USA INC**
**PO BOX 409293**
**ATLANTA, GA 30384-9293**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$21,832.79**

---

**3.177 3**

**Nonpriority creditor's name and mailing address**
**VIDEOJET TECHNOLOGIES**
**12113 COLLECTION CENTER DR.**
**CHICAGO, IL 60693**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 4**

**Nonpriority creditor's name and mailing address**
**VIKING AUTOMATIC SPRINKLER CO**
**PO BOX 74008409**
**CHICAGO, IL 60674-8409**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 5**

**Nonpriority creditor's name and mailing address**
**VIKING ELECTRIC**
**P.O. BOX 856832**
**MINNEAPOLIS, MN 55485-6832**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

**$573.70**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.177
6**

**Nonpriority creditor's name and mailing address**

**VIKING FIRE & SAFETY LLC
34 MAP DRIVE
MANKATO, MN 56001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177
7**

**Nonpriority creditor's name and mailing address**

**VIKING PALLET CORP
PO BOX 167
OSSEO, MN 55369**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$559.50**

---

**3.177
8**

**Nonpriority creditor's name and mailing address**

**VISUAL BUSINESS SOLUTIONS
6225 OLD MIDDLETON RD
MADISON, WI 53705**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.177
9**

**Nonpriority creditor's name and mailing address**

**VITRAN EXPRESS
PO BOX 633519
CINCINNATI, OH 45263-3519**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178
0**

**Nonpriority creditor's name and mailing address**

**VOLK TRANSFER INC.
2205 7TH AVENUE
MANKATO, MN 56001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178
1**

**Nonpriority creditor's name and mailing address**

**VON ESSEN LOCKSMITH SERVICE
PO BOX 96
ST. PETER, MN 56082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178
2**

**Nonpriority creditor's name and mailing address**

**WAGNER INSTRUMENTS
PO BOX 1217
GREENWICH, CT 06836-1217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.178 3**

**Nonpriority creditor's name and mailing address**

**WALBRO**
**C/O FOLEY & LARDER**
**500 WOODWARD AVE., STE. 2700**
**DETROIT, MI 48226-3489**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$359,419.00**

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

**WALBRO ENGINE MANAGEMENT**
**6242 GARFIELD**
**CASS CITY, MI 48726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

**WALETICH TRANSPORTATION**
**353 EAST INDUSTRIAL STREET**
**PO BOX 99**
**KASOTA, MN 56050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

**WALTER HAMMOND**
**4319 W 1ST STREET**
**DULUTH, MN 55807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 7**

**Nonpriority creditor's name and mailing address**

**WAREHOUSE EQUIPMENT SALES &**
**SERVICES, IN**
**PO BOX 153**
**ANDOVER, MN 55304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,601.71**

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

**WARWICK INDUSTRIAL, INC.**
**8204 WEST 125TH STREET**
**SAVAGE, MN 55378**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,627.00**

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

**WASHINGTON PENN PLASTIC CO INC**
**450 RACETRACK ROAD**
**PO BOX 236**
**WASHINGTON, PA 15301-0236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$497,808.40**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.179 0**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,988.93** |
| **WASTE MANAGEMENT OF WI-MN**<br>PO BOX 4648<br>CAROL STREAM, IL 60197-4648 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.179 1**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **WATER CONSERVATION SERVICE**<br>6251 WEST SHADOW LK DR<br>LINO LAKES, MN 55014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.179 2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,510.14** |
| **WATERLOGIC AMERICAS LLC**<br>2495 MAPLEWOOD<br>MAPLEWOOD, MN 55109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.179 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$468.00** |
| **WATERLOO WAREHOUSING & SERVICE CO INC**<br>324 DURYEA STREET<br>WATERLOO, IA 50701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.179 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,449.09** |
| **WAYNE WIRE CLOTH PRODUCTS**<br>1858 MOMENTUM PL<br>CHICAGO, IL 60689-5313 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.179 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **WDH MACHINING**<br>2664 OLYMPIC ST<br>BROOK PARK, MN 55007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.179 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **WELCH PACKAGING**<br>24775 NETWORK PLACE<br>CHICAGO, IL 60673-1247 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.179 7**

**Nonpriority creditor's name and mailing address**

**WELLMAN ADVANCED MATERIALS LLC**
**PO BOX 188**
**JOHNSONVILLE, SC 29555**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,415.00**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

**WELLMEI MOLD & PLASTICS INDUSTRIAL (HK)**
**ROOM 1511 15/F HEWLETT CENTRE**
**52-54-HOIYUEN ROAD, KWUN TONG**
**KOWLOON**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**

**WELLS FARGO CORPORATE CREDIT CARD**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 0**

**Nonpriority creditor's name and mailing address**

**WELLS FARGO FINANCIAL LEASING**
**PO BOX 10306**
**DES MOINES, IA 50306-0306**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,537.22**

---

**3.180 1**

**Nonpriority creditor's name and mailing address**

**WERNER ELECTRIC SUPPLY**
**PO BOX 856890**
**MINNEAPOLIS, MN 55485-6890**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 2**

**Nonpriority creditor's name and mailing address**

**WEST MICHIGAN MOLDING INC**
**1425 AERIAL VIEW DRIVE**
**GRAND HAVEN, MI 49417**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

**WESTBAY WELDING**
**300 - 15TH AVE. SE**
**WASECA, MN 56093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180 4**

**Nonpriority creditor's name and mailing address**
**WESTERN SPRING MANUFACTURING**
**13153 FENWAY BLVD N**
**HUGO, MN 55038-7467**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180 5**

**Nonpriority creditor's name and mailing address**
**WESTFIELD MACHINING**
**N6211 9TH DRIVE**
**WESTFIELD, WI 53964**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,675.00

---

**3.180 6**

**Nonpriority creditor's name and mailing address**
**WESTLAND CORP**
**1735 MAIZE ROAD**
**WICHITA, KS 67209**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180 7**

**Nonpriority creditor's name and mailing address**
**WHITE TAIL TOOL INC**
**1376 HICKORY STREET**
**OGILVIE, MN 56358**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180 8**

**Nonpriority creditor's name and mailing address**
**WICTLE INTERNATIONAL COMPANY**
**FLAT D 25/F., E-TRADE PLAZA**
**24 LEE CHUNG STREET, CHAI WAN**
**HONG KONG SAR**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180 9**

**Nonpriority creditor's name and mailing address**
**WILLIAM M GREWE dba MINUTEMAN PRESS**
**8742 LYNDALE AVE. S.**
**BLOOMNGTON, MN 55420**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,689.00

---

**3.181 0**

**Nonpriority creditor's name and mailing address**
**WIMACTEL INC.**
**PO BOX 561473**
**DENVER, CO 80256-1473**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
|        | Name                           |                        |  |

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

**WIMAN PLASTICS DIVISION**
**PO BOX 190**
**SAUK RAPIDS, MN 56379**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.181 2**

**Nonpriority creditor's name and mailing address**

**WISCONSIN DEPT. OF REVENUE**
**BOX 93208**
**MILWAUKEE, WI 53293-0208**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

**WISCONSIN ENGRAVING CO INC**
**2435 SOUTH 170TH STREET**
**NEW BERLIN, WI 53151**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

**WITTMANN BATTENFELD INC**
**1 TECHNOLOGY PARK DRIVE**
**TORRINGTON, CT 06790**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,728.53

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

**WIZ GRAPHICS LLC**
**1935 CLEVELAND STREET NE**
**MINNEAPOLIS, MN 55418**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

**WOOJIN PLAIMM, INC.**
**684 PARKRIDGE AVE.**
**NORCO, CA 92860**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.181 7**

**Nonpriority creditor's name and mailing address**

**WORKZONE LLC**
**16 W. TOWNSHIP LINE RD**
**EAST NORRITON, PA 19401**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Imperial Plastics, Incorporated | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

**WRICO STAMPING**
**2727 NIAGARA LANE N.**
**MINNEAPOLIS, MN 55447-4844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**WURTH ADAMS**
**9485 WINNETKA AVE NORTH**
**BROOKLYN PARK, MN 55445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

**$972.69**

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

**WYATT LEHNE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

**WYN SANTO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 2**

**Nonpriority creditor's name and mailing address**

**WYNALDA PACKAGING**
**PO BOX 370**
**8221 GRAPHIC DRIVE**
**BELMONT, MI 49306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

**X-CEL OPTICAL**
**806 S. BENTON DR.**
**SAUK RAPIDS, MN 56379**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

**X-RITE INCORPORATED**
**LOCKBOX 62750**
**62750 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

**XALOY INC.**
**PO BOX 8541**
**CAROL STREAM, IL 60197-8541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 6**

**Nonpriority creditor's name and mailing address**

**XCEL ENERGY COMPANY**
**P.O. BOX 9477**
**MINNEAPOLIS, MN 55484-9477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$34,921.77**

---

**3.182 7**

**Nonpriority creditor's name and mailing address**

**XPO LOGISTICS INC**
**29559 NETWORK PLACE**
**CHICAGO, IL 60673-1559**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 8**

**Nonpriority creditor's name and mailing address**

**YALE MECHANICAL COMPANY**
**220 WEST 81ST STREET**
**BLOOMINGTON, MN 55420**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 9**

**Nonpriority creditor's name and mailing address**

**YARDLEY PRODUCTS CORP**
**800 HIGH STREET**
**CHESTERTOWN, MD 21620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,509.90**

---

**3.183 0**

**Nonpriority creditor's name and mailing address**

**YASKAWA  AMERICA INC**
**2121 NORMAN DRIVE SOUTH**
**WAUKEGAN, IL 60085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.183 1**

**Nonpriority creditor's name and mailing address**

**YRC FREIGHT**
**P.O. BOX 93151**
**CHICAGO, IL 60673-3151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Imperial Plastics, Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.183 2**

**Nonpriority creditor's name and mailing address**

**YUDO INC**
**PO BOX 675012**
**DETROIT, MI 48267-5012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,613.00

---

**3.183 3**

**Nonpriority creditor's name and mailing address**

**YUSHIN AMERICA**
**35 KENNEY DRIVE**
**CRANSTON, RI 02920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$9,089.96

---

**3.183 4**

**Nonpriority creditor's name and mailing address**

**ZACHARY PFARR**
**972 IVY HILLS ROAD**
**BELLE PLAINE, MN 56011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.183 5**

**Nonpriority creditor's name and mailing address**

**ZATKOFF SEALS & PACKINGS**
**23230 INDUSTRIAL PARK DRIVE**
**FARMINGTON HILLS, MI 48335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.183 6**

**Nonpriority creditor's name and mailing address**

**ZENITH CUTTER COMPANY**
**DEPT. #5519**
**PO BOX 1451**
**MILWAUKEE, WI 53201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.183 7**

**Nonpriority creditor's name and mailing address**

**ZEON CHEMICALS LP**
**7873 SOLUTION CENTER**
**CHICAGO, IL 60677-7008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**ZEP MANUFACTURING CO**
**13237 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$567.24

---

| Debtor | Imperial Plastics, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.183 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ZEPHYR AUTOMATION LLC** ☐ Contingent | | |
| | **375 HICKORY STREET** ☐ Unliquidated | | |
| | **MAHTOMEDI, MN 55115** ☐ Disputed | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.184 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,964.27** |
|---|---|---|---|
| | **ZHEJIANG AB TECHNOLOGY CO., LTD** ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | Date(s) debt was incurred __ ☐ Disputed | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ZHONGSHAN YUEFONG(MAI'S)** ☐ Contingent | | |
| | **MANUFACTURE CO.** ☐ Unliquidated | | |
| | ☐ Disputed | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ZIEGLER** ☐ Contingent | | |
| | **SDS 12-0436, PO BOX 86** ☐ Unliquidated | | |
| | **MINNEAPOLIS, MN 55486-0436** ☐ Disputed | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ZOMAZZ INC** ☐ Contingent | | |
| | **2555 GARDEN ROAD SUITE A** ☐ Unliquidated | | |
| | **MONTEREY, CA 93940** ☐ Disputed | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Trade debt__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 7,713,404.57 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 7,713,404.57 |

Debtor    **Imperial Plastics, Incorporated**
          Name                                                    Case number (*if known*)

**Fill in this information to identify the case:**

Debtor name   **Imperial Plastics, Incorporated**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Master Supply Agreement** | |
| State the term remaining | **3M** **3M Mobile Int. Sol. Div.** **3M Center, Bldg. 235 1E** **Saint Paul, MN 55144** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Blocked Account Control Agreement, dated June 25, 2019** | |
| State the term remaining | **Ankura Trust Company, LLC** **140 Sherman Street** **4th Floor** **Fairfield, CT 06824** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Restructuring Agreement, Imperial Plastics, Incorporated and affiliates, and Ankura Trust Company, LLC, dated June 25, 2019** | |
| State the term remaining | **Ankura Trust Company, LLC** **140 Sherman Street** **4th Floor** **Fairfield, CT 06824** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Senior Subordinated Credit and Security Agreement, Imperial Plastics, Incorporated and affiliates and Ankura Trust Company, LLC, dated as of June 25, 2019** | |
| State the term remaining | **Ankura Trust Company, LLC** **140 Sherman Street** **4th Floor** **Fairfield, CT 06824** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Imperial Plastics, Incorporated**
    First Name        Middle Name        Last Name                Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Blocked Account Control Agreement, dated June 25, 2019** | |
|---|---|---|---|
| | State the term remaining | | **BMO Harris Bank, N.A.** |
| | List the contract number of any government contract | | **111 West Monroe Street, 9C**<br>**Chicago, IL 60603** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bosch Automotive Service Sol** |
| | List the contract number of any government contract | | **28635 Mount Road**<br>**Warren, MI 48092** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Carlisle Food Service Products** |
| | List the contract number of any government contract | | **1120 Oakleigh Drive**<br>**Atlanta, GA 30344** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Building lease in Mankato, MN, listed above, which the company subleases to Subtenant listed here** | |
|---|---|---|---|
| | State the term remaining | | **Chase Doors Group Holdings, LL** |
| | List the contract number of any government contract | | **11502 Century Blvd.**<br>**Cincinnati, OH 45246** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cisco Systems Capital CRP** |
| | List the contract number of any government contract | | **1111 Old Eagle School Road**<br>**Wayne, PA 19087** |

Debtor 1    **Imperial Plastics, Incorporated**

First Name    Middle Name    Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Purchase Agreement, dated April 7, 2020** | |
|---|---|---|---|
| | State the term remaining | | **Commercial Plastics Mora, LLC** |
| | List the contract number of any government contract | | **9600 55th Street** |
| | | | **Kenosha, WI 53144** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Inventory Stocking Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Deltatech** |
| | List the contract number of any government contract | | **5288 Valley Industrial Blvd. S** |
| | | | **Shakopee, MN 55379** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Tooling Equipment/Bailment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Donaldson Company, Inc.** |
| | List the contract number of any government contract | | **Global Sourcing** |
| | | | **P.O. Box 1299** |
| | | | **Minneapolis, MN 55440-1299** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Federal Cartridge Company** |
| | List the contract number of any government contract | | **900 Ehlen Dr** |
| | | | **Anoka, MN 55303** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Termination Agreement, dated April 7, 2020** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fulford Group, LLC** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Manufacturing Strategic Supplier Alliance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GE Healthcare** |
| | List the contract number of any | | **8200 W Tower Ave** |
| | | | **Milwaukee, WI 53223** |

| Debtor 1 | **Imperial Plastics, Incorporated** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Great American Financial Services Corp.** |
| | List the contract number of any government contract | | **625 First Street** **Cedar Rapids, IA 52401** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hach** |
| | List the contract number of any government contract | | **5600 Lindbergh Dr** **Loveland, CO 80539** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Employment and Non-Competition Agreement, Imperial Plastics, Incorporated and John A. Thomas, dated June 25, 2019** | |
|---|---|---|---|
| | State the term remaining | | **John A. Thomas** |
| | List the contract number of any government contract | | **14233 Wild Wings Ct.** **Minnetonka, MN 55345** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Blocked Account Control Agreement, dated June 25, 2019** | |
|---|---|---|---|
| | State the term remaining | | **Midcap Financial IV Trust (as agent)** |
| | List the contract number of any government contract | | **7255 Woodmount Avenue, Ste 200** **Bethesda, MD 20814** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Credit and Security Agreement, dated as of June 2019 (as amended) and related agreements (as amended)** | |
|---|---|---|---|
| | State the term remaining | | **MidCap Funding IV Trust (as agent)** |
| | List the contract number of any government contract | | **7255 Woodmount Avenue, Ste 200** **Bethesda, MD 20814** |

Debtor 1 **Imperial Plastics, Incorporated**
First Name  Middle Name  Last Name   Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Voluntary Surrender Agreement, dated April 7, 2020**

State the term remaining

List the contract number of any government contract

**MidCap Funding IV Trust (as agent)**
**7255 Woodmount Avenue, Ste 200**
**Bethesda, MD 20814**

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Safety services**

State the term remaining

List the contract number of any government contract

**OECS**
**1000 Shelard Parkway, Ste. 140**
**Minneapolis, MN 55426**

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Supplier Agreement**

State the term remaining

List the contract number of any government contract

**Pentair Technical Products**
**2100 Hoffman Way**
**Anoka, MN 55303**

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Confidential Disclosure Agreement**

State the term remaining

List the contract number of any government contract

**Polaris Industries, Inc.**
**2100 North Highway 55**
**Hamel, MN 55340**

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Master Supply Agreement**

State the term remaining

List the contract number of any government contract

**Polaris Industries, Inc.**
**2100 North Highway 55**
**Hamel, MN 55340**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Addendum to Master Supply Agreement**

State the term remaining

**Polaris Industries, Inc.**
**2100 North Highway 55**
**Hamel, MN 55340**

| Debtor 1 | **Imperial Plastics, Incorporated** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Building lease in Mankato, MN** | |
|---|---|---|---|
| | State the term remaining | | **Robert Lunieski** |
| | List the contract number of any government contract | _____ | **R2H Country Village, LLC** <br> **7645 Lyndale Ave. S., Ste. 250** <br> **Minneapolis, MN 55423** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **RSG Restructuring Advisors LLC** |
| | List the contract number of any government contract | _____ | **12400 Coit Road** <br> **Ste 900** <br> **Dallas, TX 75251** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Bank Equipment Finance** |
| | List the contract number of any government contract | _____ | **1310 Madrid Street** <br> **Marshall, MN 56258** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Building Lease Agreement in Mankato dated July 19, 2013 between Victory Power, LLC and Imperial Plastics, Incorporated; Victory Power, LLC** | |
|---|---|---|---|
| | State the term remaining | | **Victory Power, LLC** |
| | List the contract number of any government contract | _____ | **527 Professional Drive** <br> **Suite 200** <br> **Northfield, MN 55057** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Inventory Stocking Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Walbro Engine Management** |
| | List the contract number of any government contract | _____ | **6242 Garfield Ave** <br> **Cass City, MI 48726** |

| Debtor 1 | **Imperial Plastics, Incorporated** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Long Term Purchasing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Walbro LLC** |
| | List the contract number of any government contract | | **2015 West Rive Road, Ste. 202**<br>**Tucson, AZ 85704** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Financial Leasing Inc.** |
| | List the contract number of any government contract | | **800 Walnut St., MAC N005-044**<br>**Des Moines, IA 50309** |

| Fill in this information to identify the case: |
|---|

Debtor name   **Imperial Plastics, Incorporated**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Engineered Polymers Corp.** | **c/o Ballard Spahr LLP 2000 IDS Center, 80 S. 8th St. Minneapolis, MN 55402 formerly located at 21400 Hamburg Avenue Lakeville, MN  55044-8993** | **Ankura Trust Company, LLC** | ☑ D   **2.1** ☐ E/F ☐ G |
| 2.2 | **Engineered Polymers Corp.** | **c/o Ballard Spahr LLP 2000 IDS Center, 80 S. 8th St. Minneapolis, MN 55402 formerly located at 21400 Hamburg Avenue Lakeville, MN  55044-8993** | **MidCap Funding IV Trust** | ☑ D   **2.2** ☐ E/F ☐ G |
| 2.3 | **GBR Holding Corp.** | **c/o Ballard Spahr LLP 2000 IDS Center, 80 S. 8th St. Minneapolis, MN 55402 formerly located at 21400 Hamburg Avenue Lakeville, MN  55044-8993** | **Ankura Trust Company, LLC** | ☑ D   **2.1** ☐ E/F ☐ G |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.4 | **GBR Holding Corp.** | c/o Ballard Spahr LLP 2000 IDS Center, 80 S. 8th St. Minneapolis, MN 55402 formerly located at 21400 Hamburg Avenue Lakeville, MN  55044-8993 | **MidCap Funding IV Trust** | ■ D  __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.5 | **Integrated Manufacturing Compa** | c/o Ballard Spahr LLP 2000 IDS Center, 80 S. 8th St. Minneapolis, MN 55402 formerly located at 21400 Hamburg Avenue Lakeville, MN  55044-8993 | **Ankura Trust Company, LLC** | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.6 | **Integrated Manufacturing Compa** | c/o Ballard Spahr LLP 2000 IDS Center, 80 S. 8th St. Minneapolis, MN 55402 formerly located at 21400 Hamburg Avenue Lakeville, MN  55044-8993 | **MidCap Funding IV Trust** | ■ D  __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Integrated Products, Inc.** | c/o Ballard Spahr LLP 2000 IDS Center, 80 S. 8th St. Minneapolis, MN 55402 formerly located at 21400 Hamburg Avenue Lakeville, MN  55044-8993 | **Ankura Trust Company, LLC** | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **Integrated Products, Inc.** | c/o Ballard Spahr LLP 2000 IDS Center, 80 S. 8th St. Minneapolis, MN 55402 formerly located at 21400 Hamburg Avenue Lakeville, MN  55044-8993 | **MidCap Funding IV Trust** | ■ D  __2.2__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name  **Imperial Plastics, Incorporated**

United States Bankruptcy Court for the:  **DISTRICT OF MINNESOTA**

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $16,040,061.00 |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | $68,396,827.00 |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | $77,353,318.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Imperial Plastics, Incorporated** _____    Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer _Check all that apply_ |
|---|---|---|---|
| 3.1. **See attached Addendum** | **See attached Addendum** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Midcap Financial Services, LLC<br>7255 Woodmount Avenue<br>Sutie 200<br>Bethesda, MD 20814** | **Substantially all personal property assets** | **04/07/2020** | **$17,391,664.18** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Search America, Inc.<br>P.O. Box 53580, Dept. 23<br>Phoenix, AZ 85072-3580** | **Garnishment**<br>Last 4 digits of account number: ___8768___ | **5-27-20** | **$28,889.24** |
| **Masterson Staffing Solutions<br>3300 Fernbrook Lane, Suite 200<br>Minneapolis, MN 55447** | **Garnishment**<br>Last 4 digits of account number: ___8768___ | **6-23-20** | **$90,165.02** |
| **Atlas Staffing Inc.<br>c/o Robert J. Bruno, Ltd.<br>107 Professional Plaza<br>1601 East Highway 13<br>Burnsville, MN 55337** | **Garnishment**<br>Last 4 digits of account number: ___8768___ | **8-10-20** | **$41,114.80** |
| **TBD** | **Garnishment**<br>Last 4 digits of account number: ___8768___ | **7-24-20** | **$149,077.74** |

**Part 3:**   Legal Actions or Assignments

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Search America, Inc., Etc., PLTF. vs. Imperial Plastics, Incorporated, Etc., Et Al., DFTS**<br>**CV2019097396** | **Claim filed for unpaid services fees associated with recruiting an employee on behalf of the company** | **Maricopa County Superior Court, AZ**<br>**Office of the Clerk of the Superior Cour**<br>**201 West Jefferson Street**<br>**Phoenix, AZ 85003-2205** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Robert Lunieski, R2H Country Village, LLC and 316 Mankato, LLC vs Imperial Plastics, Inc.**<br>**Not assigned yet** | **Notice of breach of Long-Term Purchasing Agreement ("LTA") delivered to company by Walbro. Agreement requires company to supply covered products to Walbro.** | **State of Minnesota District Court**<br>**Fifth Judicial District**<br>**County of Blue Earth**<br>**11 Civic Center Plaza, Ste. 205**<br>**Mankato, MN 56001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Masterson Personnel, Inc. v. Imperial Plastics, Inc.**<br>**19HA-CV-20-2297** | **Garnishment/Execution** | **State of Minnesota District Court**<br>**First Judicial District**<br>**1620 S. Frontage Road**<br>**Suite 200**<br>**Hastings, MN 55033** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Capital One Bank (USA), N.A. v. Imperial Plastics**<br>**69DU-CV-13-2466** | **Collection** | **State of Minnesota District Court**<br>**First Judicial District**<br>**1620 S. Frontage Road**<br>**Suite 200**<br>**Hastings, MN 55033** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Starfield Companies, LLC v. Imperial Plastics, Incorporated**<br>**19HA-CV-20-2182** | **Collection** | **State of Minnesota District Court**<br>**Dakota County District Court**<br>**1560 Highway 55**<br>**Hastings, MN 55033** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Ronan Industries, Inc.**<br>**LACV140217** | **Collection** | **Iowa District Court**<br>**316 E. 5th Street**<br>**Waterloo, IA 50703** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Atlas Staffing, Inc. v. Imperial Plastics, Incorporated**<br>**19HA-CV-20-2665** | **Garnishment** | **State of Minnesota District Court**<br>**First Judicial District**<br>**1620 S. Frontage Road**<br>**Suite 200**<br>**Hastings, MN 55033** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* |
|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ballard Spahr, LLP**<br>**2000 IDS Center, 80 South Eighth Street**<br>**Minneapolis, MN 55402** | **Fees paid in exchange for debt guidance, winddown, foreclosure matters, litigation, debtor-creditor matter, asset disposition issues, bankruptcy relief and support.** | **4-30-20** | **See addendum** |
| | **Email or website address**<br>**www.ballardspahr.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor   **Imperial Plastics, Incorporated** _____   Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.   **RSG Restructuring Advisors, LLC** **8333 Douglas Avenue** **Suite 1200** **Dallas, TX 75225** | **Fees paid in exchange for debt guidance, winddown, foreclosure matters, litigation, debtor-creditor matter, asset disposition issues, bankruptcy relief and support.** | | **See addendum** |
| **Email or website address** **www.riverbendssg.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **Room 1311, Peninsula Business Center** **No. 93 Guangyuan Road** **Shilong Town** **Dongguan, China** | **October 9th, 2011 to October 1st, 2018** |
| 14.2.   **21320 Hamburg Avenue** **Lakeville, MN 55044** | |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Imperial Plastics, Incorporated**

Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Imperial Plastics Incorporated Retirement Savings Plan** | EIN: **373539-01** |

     Has the plan been terminated?
     ☐ No
     ■ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **BMO Harris Bank**<br>**115 S. LaSalle Street, 4W**<br>**Chicago, IL 60603** | **XXXX-7703** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other___ | **XX/XX/2020** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Imperial Plastics, Incorporated** | Case number *(if known)* | |

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**9450 W. Bloomington Fwy**<br>**Minneapolis, MN 55431** | **None** | **Believed to be accounting and shipping records** | ☐ No<br>■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor    **Imperial Plastics, Incorporated**                                          Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **GBR Holdings Corp.**<br>**21400 Hamburg Avenue**<br>**Lakeville, MN 55044** | **GBR Holding Corp. is a holding company that owns Engineered Polymers, Incorporated, a manufacturer of plastic injection molded parts** | EIN:     **43-1935442**<br><br>From-To   **7-31-20001 to present** |
| 25.2.  **Engineered Polymers Corp.**<br>**21400 Hamburg Avenue**<br>**Lakeville, MN 55044** | **Manufacturer of plastic injection molded parts** | EIN:     **41-1662462**<br><br>From-To   **2/21/1990 to present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Philip Holz**<br>**21400 Hamburg Ave.**<br>**Lakeville, MN 55044-8993** | **Approximately August of 2015 to January 4th, 2019** |
| 26a.2.  **John Thomas**<br>**21400 Hamburg Avenue**<br>**Lakeville, MN 55044** | **7/23/2018 to 04/30/2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **RSM US LLP**<br>**801 Nicollet Mall**<br>**West Tower, Suite 1100**<br>**Minneapolis, MN 55402** | **Approximately 2006 through 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Iron Mountain**<br>**9450 W. Bloomington Fwy**<br>**Minneapolis, MN 55431** | **It is known that the company has records stored at this location.  However, the exact nature, content and volume of these records is unknown.  They are believed to be shipping and accounting records.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor   **Imperial Plastics, Incorporated** _____   Case number *(if known)* _____

| Name and address |
|---|

26d.1.   **American General Life Insurance Company**
**c/o AIG Asset Management**
**2929 Allen Parkway**
**A36-04**
**Houston, TX 77019-2155**

26d.2.   **The Variable Annuity Life Insurance Comp**
**c/o AIG Asset Management**
**2929 Allen Parkway**
**A36-04**
**Houston, TX 77019-2155**

26d.3.   **Lexington Insurance Company**
**c/o AIG Asset Management**
**2929 Allen Parkway**
**A36-04**
**Houston, TX 77019-2155**

26d.4.   **Trailhead Fund Limited Partnership**
**90 South 7th Street**
**Suite 3700**
**Minneapolis, MN 55402-4198**

26d.5.   **Armory Capital- Imperial, LLC**
**100 West University Avenue**
**4th Floor**
**Champaign, IL 61820**

26d.6.   **Oberto Industries, LLC**
**701 Baneberry Court**
**Northfield, MN 55057**

26d.7.   **Rolco Inc.**
**11587 Jacobs Road**
**Orr, MN 55771**

26d.8.   **BMO Harris Bank**
**115 LaSalle Street**
**4W**
**Chicago, IL 60603**

26d.9.   **Midcap Financial Services, LLC**
**7255 Woodmount Avenue**
**Sutie 200**
**Bethesda, MD 20814**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

Debtor   **Imperial Plastics, Incorporated**                                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **RSM US LLP** | **12/20/2019 (Mora site) 12/30/2019 (Lakeville site)** | **$11,034,285.77 (est. based on 12/29/2019 inventory scorecard; cost basis)** |
| | Name and address of the person who has possession of inventory records | | |
| | **Zach Pfarr 21400 Hamburg Avenue Lakeville, MN 55044** | | |
| 27.2. | **Chesapeake Collateral Consulting, Inc.** | **12/17/2019** | **$11,425,871.63 (est. based on 12/8/2019 inventory scorecard; cost basis)** |
| | Name and address of the person who has possession of inventory records | | |
| | **Susan Prenger 806 Frederick Road Suite A Catonsville, MD 21228** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Harvey Tepner** | **11 Fifth Avenue New York, NY 10030** | **Chairman of the Board** | **None** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Marcy Lyons** | **21400 Hamburg Ave Lakeville, MN 55044** | **Board of Directors - Member** | **None** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Nicholas Scarsella** | **5486 Fairchild Road Crestview, FL 32539** | **Board of Directors - Member** | **None** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Jeff Mizrahi** | **11 Halsey Farm Drive Southampton, NY 11968** | **Board of Directors - Member** | **None** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Joseph Heinen** | **21400 Hamburg Ave Lakeville, MN 55044** | **Board of Directors - Member** | **None** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Timothy Hassenger** | **21400 Hamburg Ave Lakeville, MN 55044** | **Chief Restructuring Officer** | **None** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **John Thomas** | **15233 Wild Wings Ct Minnetonka, MN 55345** | **Chief Financial Officer** | **None** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Imperial Plastics, Incorporated**                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **American General Life Insurance Company** | **c/o AIG Asset Management 2929 Allen Parkway, A36-04 Houston, TX 77019-2155** | **Shareholder** | **None** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Variable Annuity Life Insurance Co.** | **c/o AIG Asset Management 2929 Allen Parkway, A36-04 Houston, TX 77019-2155** | **Shareholder** | **None** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lexington Insurance Company** | **c/o AIG Asset Management 2929 Allen Parkway, A36-04 Houston, TX 77019-2155** | **Shareholder** | **None** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Trailhead Fund Limited Partnership** | **90 South 7th Street, Suite 3700 Minneapolis, MN 55402-4198** | **Shareholder** | **None** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Armory Capital-Imperial, LLC** | **100 West University Avenue 4th Floor Champaign, IL 61820** | **Shareholder** | **None** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Oberto Industries, LLC** | **701 Baneberry Court Northfield, MN 55057** | **Shareholder** | **None** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Rankin Ahlm, Jr.** | **21400 Hamburg Ave Lakeville, MN 55044** | **Chief Executive Officer** | **July 9th, 2018 to January 25th, 2020** |
| **Joseph Heinen** | **21400 Hamburg Avenue Lakeville, MN 55044** | **Board Member - Former** | **Approximately 2014 through May, 2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **Imperial Plastics, Incorporated**                                     Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Harvey Tepner<br>11 Fifth Avenue<br>New York, NY 10003 | $2,781.75 Expense Reimbursement<br>$60,000.00 2019 Board Fees<br>$116.25 Expense Reimbursement<br>$10,000.00 January 2020 Board Fees<br>$10,000.00 February Board Fees<br>$10,000.00 March Board Fees<br>$10,000.00 April Board Fees<br>$10,000.00 May Board Fees | 11/12/2019<br>11/12/2019<br>01/02/2020<br>01/22/2020<br>02/06/2020<br>03/11/2020<br>03/31/2020<br>04/15/2020 | See descriptions with payment value |
| | Relationship to debtor<br>**Board Chairman** | | | |
| 30.2. | Nicholas Scarsella<br>5486 Fairchild Road<br>Crestview, FL 32539 | $37,500.00 2019 Board Fees<br>$6,250.00 January 2020 Board Fees<br>$6,250.00 February 2020 Board Fees<br>$6,250.00 March 2020 Board Fees<br>$6,250.00 April 2020 Board Fees<br>$7,500.00 May 2020 Board Fees | 11/12/2019<br>02/04/2020<br>02/04/2020<br>03/09/2020<br>04/01/2020<br>04/15/2020 | See descriptions with payment value |
| | Relationship to debtor<br>**Board Members** | | | |
| 30.3. | Jeff Mizrahi<br>MFG Partners<br>11 Halsey Farm Drive<br>Southampton, NY 11968 | $37,500.00 2019 Board Fees<br>$1,553.65 Expense Reimbursement<br>$6,250.00 January 2020 Board Fees<br>$6,250.00 February 2020 Board Fees<br>$6,250.00 March 2020 Board Fees<br>$6,250.00 April 2020 Board Fees<br>$7,500.00 May 2020 Board Fees | 11/13/2019<br>10/25/2019<br>01/22/2020<br>02/04/2020<br>03/09/2020<br>04/01/2020<br>04/15/2020 | See descriptions with payment value |
| | Relationship to debtor<br>**Board Member** | | | |
| 30.4. | John Thomas<br>21400 Hamburg Avenue<br>Lakeville, MN 55044 | $44,000.00<br>$22,000.00<br>$22,000.00<br>$88,000.00 | 02/04/2020<br>02/14/2020<br>02/19/2020<br>04/13/2020 | Payment pursuant to employment |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Integrated Manufacturing Companies, Inc.** | **EIN:**   **41-1981862** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Imperial Plastics, Incorporated** _____    Case number *(if known)* _____

---

| Part 14: | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     8/20/2020

_____    **Timothy Hassenger** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chief Restructuring Officer** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ Yes
☑ No

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
### District of Minnesota

In re   **Imperial Plastics, Incorporated**
_____
Debtor(s)

Case No. _____
Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal Services, I have agreed to accept   ............................ | $ | **15,335.00** |
| Prior to the filing of this statement I have received   .............. | $ | **15,335.00** |
| Balance Due   ......................................................... | $ | **0.00** |

2.   The source of the compensation paid to me was:
    ■   Debtor          ☐   Other (specify)

3.   The source of the compensation to be paid to me is:
    ■   Debtor          ☐   Other (specify)

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

    A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    D. Representation of the debtor in contested bankruptcy matters; and

    E. Other services reasonably necessary to represent the debtor(s).

6.   Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

LOCAL FORM 1007-1
REVISED 06/16

      I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **08/20/2020**

Signature of Attorney
**/s/ George H. Singer**

**George H. Singer**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

### United States Bankruptcy Court
#### District of Minnesota

In re   **Imperial Plastics, Incorporated**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   8/20/2020

**Timothy Hassenger/Chief Restructuring Officer**
Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## District of Minnesota

In re   **Imperial Plastics, Incorporated**

Debtor(s)

Case No. _____

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Imperial Plastics, Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Integrated Manufacturing Co.**
**c/o Ballard Spahr LLP**
**2000 IDS Center, 80 S. 8th St.**
**Minneapolis, MN 55402**

☐ None [*Check if applicable*]

**08/20/2020**

Date

**/s/ George H. Singer**

**George H. Singer**

Signature of Attorney or Litigant
Counsel for   **Imperial Plastics, Incorporated**

**Ballard Spahr LLP**
**2000 IDS Center, 80 S. 8th St.**
**Minneapolis, MN 55402**
**(612) 371-3211 Fax:(612) 371-3207**
**singerg@ballardspahr.com**

**Addendum to SOFA**

**Schedule A/B: Assets – Real and Personal Property**

**Part 2: Question 7. Deposits and Prepayments**

**<u>PREPAYMENTS</u>**

| | |
|---|---:|
| INFOR (software licensing) | $107,417.07 |
| Cisco | $25,878.07 |
| Salesforce.Com (software licensing) | $22,472.92 |
| Compudyne (network service) | $11,772.31 |
| Maintenance Reseller Corporation | $8,963.64 |
| Hawk Ridge Systems | $6,359.86 |
| Coordinated | $5,182.76 |
| M3V Software | $4,328.92 |
| Compudyne | $3,669.48 |
| Innovmetric Software | $2,650.56 |
| Autodesk | $2,327.50 |
| SmartDraw | $1,526.25 |
| Progessive Component | $1,350.00 |
| P2 Power LLC | $849.44 |
| Herc-U-Lift Forklift rental | $814.00 |
| Heartland | $184.55 |
| RSG Restructuring Advisors, LLC | 6,937.50 |
| J. Warfield | $900.00 |
| J. Thomas | $900.00 |
| **TOTAL** | **$214,484.83** |

**DEPOSITS**

| | |
|---|---|
| Ballard Spahr LLP | $3,967.98 |
| RSG Restructuring Advisors, LLC | $23,695.01 |

## Part 9: Personally Identifiable Information

### Question 17.  Imperial Plastics Incorporated Retirement Savings Plan

The Debtor its professionals have taken steps to terminate the Plan in June, 2020 and is required to file a Form 5500 and related steps to finally terminate Plan including an audit performed by independent accountants.

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

### Question 3. Certain payments or transfers to creditors within 90 days before filing this case (summary of BMO bank account activity)

| Date | Beneficiary | $ Amount |
|---|---|---|
| 5/18/20 | Delta Dental - Direct Debit | $1,906.49 |
| 5/21/20 | Delta Dental - Direct Debit | $1,758.35 |
| 5/22/20 | BMO Bank Fees - Account Charge | $3,563.75 |
| 5/27/20 | "Forced Check" - Search America Garnishment | $28,889.24 |
| 5/27/20 | BMO Legal Doc Process Fee | $100.00 |
| 6/1/20 | Delta Dental - Direct Debit | $116.10 |
| 6/2/20 | RSM 401k Audit Fees - Wire | $21,000.00 |
| 6/8/20 | One Beacon Insurance - Direct Debit | $15,960.75 |
| 6/8/20 | ADP Payroll Services - Direct Credit | ($25.00) |
| 6/12/20 | ADP Payroll Services - Direct Debit | $469.80 |
| 6/12/20 | ADP Payroll Services - Direct Debit | $19.80 |
| 6/22/20 | BMO Bank Fees - Account Charge | $2,471.19 |
| 6/23/20 | "Forced Check" - Masterson Staffing Garnishment | $90,165.02 |
| 7/6/20 | ADP Payroll Services - Direct Credit | ($50.00) |
| 7/20/20 | SLOC Group Outsource - Direct Credit | ($1,158.01) |
| 7/22/20 | BMO Bank Fees - Account Charge | $2,112.56 |
| 7/24/20 | "Forced Check" - Lunieski and R2H | $149,077.74 |
| 7/24/20 | BMO Legal Doc Process Fee | $100.00 |
| 7/27/20 | Deposit - SFM Work Comp Premium Refund | ($69,106.00) |
| 8/10/20 | "Forced Check" - Party TBD | $45,226.28 |
| 8/10/20 | BMO Legal Doc Process Fee | $100.00 |

**Question 11.  Payments**

RSG Restructuring Advisors, LLC ("RSG") and Ballard Spahr LLP ("Ballard") were retained to assist the Debtor and its affiliated entities in connection with various matters that included advice, work and services relating to a wind down of the Debtor and its affiliated entities, default and foreclosure issues and matters in connection with obligations owed to secured and unsecured creditors, litigation issues, collection proceedings, employee issues, general corporate issues, corporate governance matters, bankruptcy relief and business support.  Without limiting the foregoing, services included work and the retention of professionals to finalize accounting functions, termination of employees and migration of employees to COBRA, and termination of the Debtor's 401(k) plan. On or about April 16, 2020 and April 30, 2020, RSG and Ballard received retainers approved by the board of directors in the amount of $144,300 and $50,000, respectively, and incurred fees and costs in connection with these matters as well as matters relating to bankruptcy.