# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY 20-42074
Chapter 7 case

Imperial Plastics, Incorporated,

Debtor.

## ORDER

This case is before the court on the trustee's motion for turnover of property of the estate pursuant to 11 U.S.C. § 542(a).

Based on the motion and the file,

IT IS ORDERED:

1. The motion is granted.

2. BMO Harris Bank shall turn over to the trustee the debtor's monies in the amount of $184,304.02 within ten (10) days from the entry of the order on this motion. The monies shall be delivered by check payable to "Randall L. Seaver, Trustee" at 12400 Portland Ave. S., Suite 132, Burnsville, MN 55337.

Dated: May 19, 2021

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/19/2021
Lori Vosejpka, Clerk, by LH