# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Case No.: 20–42074 – KHS
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Imperial Plastics, Incorporated

c/o 12400 Coit Road, Ste. 900
Dallas, TX 75251

Social security/Taxpayer ID/Employer ID/Other Nos.: 41–1857952

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 8/23/21 , or, for governmental units, within 180 days from the date of the Order for Relief or 8/23/21 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 5/19/21

        Lori Vosejpka
        Clerk, U.S. Bankruptcy Court
        301 Diana E. Murphy U.S. Courthouse
        300 South Fourth Street
        Minneapolis, MN 55415

        BY: admin
        Deputy Clerk

mnbflclm 10/14